FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT 2004 FEB -3 P 12: 30

US DISTRICT
BRIDGEPORT

| | |
|---|---|
| RICHARD MALLETT<br>    PLAINTIFF, | : CIVIL ACTION NO.<br>  3:01CV1137 (AHN) |
| VS. | : |
| TOWN OF PLAINVILLE, et. al,<br>    DEFENDANTS, | : February 2, 2004 |

### REQUEST FOR RULE 16 SCHEDULING CONFERENCE

The Plaintiff, respectfully requests a Rule 16 scheduling and planning conference. This particular case has been stayed since April 23, 2002. The stay has been lifted as of January 28, 2004. The plaintiff requests a Rule 16 scheduling and planning conference for the purpose of setting up a discovery plan and deadlines for the reamainder of the litigation in order to expedite this action.

WHEREFORE, the Plaintiff respectfully requests that this Court grant this request for a Rule 16 scheduling conference.

THE PLAINTIFF,
RICHARD MALLETT

BY: _____
Erin I. O'Neil, Esq.
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06119
(860)523-4055
Federal Bar #ct 23073

## **CERTIFICATION**

This is to certify that a copy of the foregoing was faxed or mailed, postage prepaid, on this February 2, 2004, to all counsel of record including:

Dennis G. Ciccarillo
Eisenberg, Anderson, Michalik & Lynch
136 West Main St.
PO Box 2950
New Britain, CT 06050-2950

J. William Gagne, Jr.
1260 Silas Deane Highway
Wethersfield, CT 06109

Michael Rose
Alexandra Voccio
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Clerk
US District Court
915 Lafyette Boulevard
Bridgeport, CT 06604

Erin I. O'Neil