UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 FEB -4  A 11: 40

| | |
|---|---|
| RICHARD MALLETT | US DIST: CIVIL ACTION NO. |
| PLAINTIFF, | BRIDG: 3:01CV1137 (AHN) |
| VS. | : |
| TOWN OF PLAINVILLE, et. al, | |
| DEFENDANTS, | : February 2, 2004 |

### REQUEST FOR RULE 16 SCHEDULING CONFERENCE

The Plaintiff, respectfully requests a Rule 16 scheduling and planning conference. This particular case has been stayed since April 23, 2002. The stay has been lifted as of January 28, 2004. The plaintiff requests a Rule 16 scheduling and planning conference for the purpose of setting up a discovery plan and deadlines for the reamainder of the litigation in order to expedite this action.

WHEREFORE, the Plaintiff respectfully requests that this Court grant this request for a Rule 16 scheduling conference.

THE PLAINTIFF,
RICHARD MALLETT

BY: _____
Erin I. O'Neil, Esq.
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06119
(860)523-4055
Federal Bar #ct 23073