UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD B. MALLETT | : | NO.: 3:01CV1137 (AHN) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF PLAINVILLE; AND IN THEIR | : | |
| INDIVIDUAL AND OFFICIAL CAPACITIES | : | |
| JOHN BOHENKO, FORMER TOWN | : | |
| MANAGER; ROBERT JACKSON, TOWN | : | |
| MANAGER; SHIRLEY OSLE, ASSISTANT | : | |
| TOWN MANAGER; ROBERT JAHN | : | |
| DIRECTOR, WATER POLLUTION | : | |
| CONTROL DEPARTMENT; DONALD | : | |
| BECKER; JAMES KAINE; MICHAEL | : | |
| CONKLIN; BUTCH PARADIS, FORMER | : | |
| MUNICIPAL EMPLOYEES UNION | : | |
| PRESIDENT; STEVEN CLARK, | : | |
| MUNICIPAL EMPLOYEES UNION | : | |
| PRESIDENT; AMERICAN FEDERATION | : | |
| OF STATE, COUNTY AND MUNICIPAL | : | |
| EMPLOYEES LOCAL 1303-56 | : | MARCH 4, 2004 |

## **APPEARANCE**

Please enter the appearance of **Alexandria L. Voccio**, as attorney for the

defendant, Michael Becker, James Kaine and Michael Conklin, in addition to the

appearances already on file by this firm.

DEFENDANTS,
DONALD BECKER, JAMES KAINE and
MICHAEL CONKLIN


By/s/Alexandria L. Voccio
   Alexandria L. Voccio,
   ct21792
   Howd & Ludorf
   65 Wethersfield Avenue
   Hartford, CT  06114
   Phone:  (860) 249-1361
   Fax:  (860) 249-7665
   E-mail:  avoccio@hl-law.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 4th day of March, 2004.

James S. Brewer, Esquire
Erin I. O'Neil-Baker, Esquire
818 Farmington Avenue
West Hartford, CT  06119

Robert Michalik, Esquire
Plainville Town Counsel
Eisenberg, Anderson, Michalik & Lynch
136 West Main Street
P.O. Box 2950
New Britain, CT  06050-2950

J. William Gagne, Jr., Esquire
Gagne & Associates, P.C.
1260 Silas Deane Highway
Wethersfield, CT  06109

/s/Alexandria L. Voccio
Alexandria L. Voccio