UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Scheduling Conference Calendar

Honorable Alan H. Nevas, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Courtroom #3

March 4, 2004

11:30 a.m.

CASE NO. **3:01cv1137 (AHN)**   **Mallett v Town of Plainville**

James S. Brewer  ✓ Erin O'Neil
Brewer & O'Neil
818 Farmington Ave.
West Hartford, CT 06119

✓ Dennis G. Ciccarillo
Eisenberg, Anderson, Michalik & Lynch
136 W. Main St., PO Box 2950
New Britain, CT 06050-2950

Daniel C. DeMerchant
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190

✓ J. William Gagne, Jr.
J. William Gagne & Assoc.
1260 Silas Deane Hwy.
Wethersfield, CT 06109
522-5049

Alan Neigher
Byelas & Neigher
1804 Post Rd East
Westport, CT 06880
203-259-0599

Erin I. O'Neil-Baker
Brewer & O'Neil
818 Farmington Ave.
West Hartford, CT 06119
860-523-4055

✓ Melinda A. Powell
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190

Michael J. Rose
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190

                                      BY ORDER OF THE COURT
                                      KEVIN F. ROWE, CLERK

Any request for postponement should be addressed to Alice Montz at 203 579-5952

Held: (1) Parties will file updated 26(f) report.
(2) Parties will determine whether another attempt of mediation with HBF would be helpful.