Case 3:01-cv-01137-AHN    Document 87    Filed 03/23/2004    Page 1 of 1

FILED
2004 MAR 18 P 12: 05
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

01CV1137AMD26F

RICHARD B. MALLETT
    PLAINTIFF,

VS.

TOWN OF PLAINVILLE, et al.
    DEFENDANTS.

CIVIL ACTION NO.
3:01CV1137 (AHN)

March 5, 2004

## AMENDED
## REPORT OF PARTIES' PLANNING MEETING

**Date Complaint Filed:** June 19, 2001, 3:01 CV 1137 (AHN)

**Date Complaint Served 3:01 CV 1137(ANH):** On or about June 25, 2001.

**Date of Defendants' Appearances 3:01 CV 1137(AHN):**

    Defendants Town of Plainville, John Bohenko, Robert Jackson, Shirley Osle, Robert Jahn, and Janet Marineau, by Attorney Dennis G. Ciccarillo on June 25, 2001.

    Defendants Donald Becker, James Kaine and Michael Conklin, by Attorney Michael Rose on July 26, 2001.

    Defendants Butch Paradis, Steven Clark, and AFSCME Local 1303-56, by Attorney J. William Gagne, Jr., on October 4, 2001.

Pursuant to Fed. R. Civ. P. 16(b), 26(f) and D. Conn. L. Civ. R. 38, a conference was held on September 26, 2001 and the parties have circulated drafts of this report.

Participants were as follows:

    Attorney James S. Brewer for the Plaintiff.

    Attorney Dennis G. Ciccarillo for the Defendants Town of Plainville, John Bohenko, Robert Jackson, Shirley Osle, Robert Jahn, and Janet Marineau.

APPROVED. SO ORDERED.
Discovery cutoff date 7-30-04
Dispositive Motions due by 9-30-04
3/22/04
ALAN H. NEVAS, U.S.D.J.

EISENBERG, ANDERSON, MICHALIK & LYNCH LLP • ATTORNEYS AT LAW
136 WEST MAIN STREET • POST OFFICE BOX 2950 • NEW BRITAIN, CT 06050-2950 • (860) 229-4855 • (860) 225-8403 • JURIS NO. 37765
FAX: (860) 223-4026