FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT 2004 FEB -3 P 12:30

01CV1137RE&CNF

US DISTRICT
BRIDGEPORT

| | |
|---|---|
| RICHARD MALLETT<br>    PLAINTIFF, | : CIVIL ACTION NO.<br>: 3:01CV1137 (AHN)<br>: |
| VS. | : |
| TOWN OF PLAINVILLE, et. al,<br>    DEFENDANTS, | : February 2, 2004 |

### REQUEST FOR RULE 16 SCHEDULING CONFERENCE

The Plaintiff, respectfully requests a Rule 16 scheduling and planning conference. This particular case has been stayed since April 23, 2002. The stay has been lifted as of January 28, 2004. The plaintiff requests a Rule 16 scheduling and planning conference for the purpose of setting up a discovery plan and deadlines for the reamainder of the litigation in order to expedite this action.

WHEREFORE, the Plaintiff respectfully requests that this Court grant this request for a Rule 16 scheduling conference.

THE PLAINTIFF,
RICHARD MALLETT

BY: _____
Erin I. O'Neil, Esq.
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06119
(860)523-4055
Federal Bar #ct 23073

5/07/04 DENIED as moot. SO ORDERED.

ALAN H. NEVAS, U.S.D.J.