UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD MALLETT | : | CIVIL ACTION NO. |
|     PLAINTIFF, | : | 3:01CV1137 (AHN) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF PLAINVILLE, et. al, | : | |
|     DEFENDANTS, | : | July 28, 2004 |

## MOTION FOR EXTENSION OF TIME

The plaintiff, pursuant to LOCAL R. CIV. P. 7(b) and FED. R. CIV. P. 6, hereby moves for an extension of time to extend the discovery deadline because of a busy deposition schedule and several responses due to Motions for Summary Judgment. Currently the discovery deadline is July 30, 2004. The plaintiff requests an extension of 30 days until and including August 30, 2004 to complete discovery.

Plaintiff contacted defendants' counsel and they do not object to this Motion for an Extension of Time with exception of Attorney Gagne whom we have not received a reply from at time of filing.

                                                                  PLAINTIFF,
                                                                    RICHARD MALLET

By: _____
      Erin I. O'Neil
      818 Farmington Avenue
      West Hartford, CT  06119
      (860) 523-4055
      Juris No.  418807
      Fed Bar No. ct 23073

## **CERTIFICATION**

  This is to certify that a copy of the foregoing was faxed or mailed, postage prepaid, on this July 28, 2004, to all counsel of record including:

Dennis G. Ciccarillo
Eisenberg, Anderson, Michalik & Lynch
136 West Main St.
PO Box 2950
New Britain, CT 06050-2950

J. William Gagne, Jr.
1260 Silas Deane Highway
Wethersfield, CT 06109

Michael J. Rose, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

A+ Reporting Services
10 Ryan Drive
Wallingford, CT 06492

_____

Erin O'Neil