UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD MALLETT | : | CIVIL ACTION NO. |
|     PLAINTIFF, | : | 3:01CV1137 (AHN) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF PLAINVILLE, et. al, | : | |
|     DEFENDANTS, | : | July 29, 2004 |

## APPEARANCE

Please enter the appearance of ALYSSA S. VIGUE on behalf of the Plaintiff, in the above entitled matter.

PLAINTIFF,

BY:_____
Alyssa S. Vigue
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06119
Federal Bar #ct 25178
Tel.: (860)523-4055
Fax: (860) 233-4215
avigue@brewerandoneil.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing was faxed or mailed, postage prepaid, on this July 29, 2004, to all counsel of record including:

Dennis G. Ciccarillo
Eisenberg, Anderson, Michalik & Lynch
136 West Main St.
PO Box 2950
New Britain, CT 06050-2950

J. William Gagne, Jr.
1260 Silas Deane Highway
Wethersfield, CT 06109

Alexandria L. Voccio
Daniel C. DeMerchant
Michael J. Rose
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

_____
Alyssa S. Vigue