UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUL 30 P 2: 28
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| RICHARD MALLETT | : | CIVIL ACTION NO. |
| PLAINTIFF, | : | 3:01CV1137 (AHN) |
| v. | : | |
| TOWN OF PLAINVILLE, et. al | : | |
| DEFENDANTS, | : | July 28, 2004 |

## MOTION FOR EXTENSION OF TIME

The plaintiff, pursuant to LOCAL R. CIV. P. 7(b) and FED. R. CIV. P. 6, hereby moves for an extension of time to extend the discovery deadline because of a busy deposition schedule and several responses due to Motions for Summary Judgment. Currently the discovery deadline is July 30, 2004. The plaintiff requests an extension of 30 days until and including August 30, 2004 to complete discovery.

Plaintiff contacted defendants' counsel and they do not object to this Motion for an Extension of Time with exception of Attorney Gagne whom we have not received a reply from at time of filing.

PLAINTIFF,
RICHARD MALLET

By: _____
Erin I. O'Neil
818 Farmington Avenue
West Hartford, CT 06119
(860) 523-4055
Juris No. 418807
Fed Bar No. ct 23073

---

Motion Granted.
Discovery cutoff date 8-30-04
Dispositive Motions due by 9-30-04
SO ORDERED
8-03-04