FILED

2004 AUG 16 P 12: 08

U.S. DISTRICT COURT
BRIDGEPORT, CONN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| RICHARD MALLETT<br>PLAINTIFF, | : CIVIL ACTION NO.<br>: 3:01CV1137 (AHN)<br>: |
| v. | : |
| TOWN OF PLAINVILLE, et. al,<br>DEFENDANTS, | :<br>: August 12, 2004 |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigning respectfully moves to withdraw her appearance on behalf of the plaintiff, in the above-captioned matter due to severing her employment relationship with Brewer & O'Neil. LLC. The plaintiff continues to be represented by James S. Brewer of Brewer & O'Neil, LLC.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

PLAINTIFF,

BY: _Alyssa Vigue_
Alyssa S. Vigue
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06119
Federal Bar #ct 25178
Tel.: (860)523-4055
Fax: (860) 233-4215
avigue@brewerandoneil.com

## CERTIFICATION

This is to certify that a copy of the foregoing was faxed or mailed, postage prepaid, on this August 12, 2004, to all counsel of record including:

Dennis G. Ciccarillo
Eisenberg, Anderson, Michalik & Lynch
136 West Main St.
PO Box 2950
New Britain, CT 06050-2950

J. William Gagne, Jr.
1260 Silas Deane Highway
Wethersfield, CT 06109

Alexandria L. Voccio
Daniel C. DeMerchant
Michael J. Rose
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

*Alyssa S. Vigue*
Alyssa S. Vigue