UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------x
)
RICHARD B. MALLETT,            )        CIVIL ACTION NO.
    Plaintiff            )        3:01 CV 1137 (AHN)
)
VS.                            )
)
TOWN OF PLAINVILLE, ET AL.,)            August 26, 2004
    Defendants            )
)
---------------------------------------------x

## MOTION FOR PERMISSION TO FILE BRIEF IN EXCESS OF 40 PAGES

Pursuant to Local R. Civ. P 7(a)2, the Defendants, Town of Plainville, John Bohenko, Robert Jackson, Shirley Osle, Robert Jahn, and Janet Marineau, (hereinafter, "the Town Defendants"), respectfully move for permission to file a brief in excess of 40 pages. Dispositive motions are due by September 30, 2004, and the Town Defendants intend to file and brief a Motion for Summary Judgment as to all eight counts of the Complaint. Because there are five such Defendants, and eight counts containing allegations covering a time frame of about a decade, adequate presentation on all of the issues will require a brief in excess of the 40 page limit prescribed by Rule 7.

Attorney O'Neil on behalf of the Plaintiff objects to this motion; counsel for all other defendants do not object to this motion.

Wherefore, the Town Defendants seek permission to file a brief in excess of 40 pages, and to be allowed to file a brief up to 55 pages in length.

Dated at New Britain, Connecticut, this 26th day of August, 2004.

DEFENDANT, TOWN OF PLAINVILLE,

BY: _____
Dennis G. Ciccarillo
Fed. Bar # ct06580
Eisenberg, Anderson, Michalik & Lynch LLP
136 West Main Street
P.O. Box 2950
New Britain, CT 06050-2950
Telephone: (860) 225-8403

## CERTIFICATION

This is to certify that the foregoing was sent by first class mail, postage prepaid, this 26th day of August, 2004, to:

J. William Gagne, Jr., Esq.
1260 Silas Deane Highway
Wethersfield, CT 06109

Alexandria L. Voccio, Esq
Michael J. Rose, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Erin I. O'Neil, Esq.
James S. Brewer, Esq.
818 Farmington Avenue
West Hartford, CT 06119

_____
Dennis G. Ciccarillo
Commissioner of the Superior Court

- 2 -