# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**RICHARD MALLETT,**                    **CIVIL ACTION NO.**
    **PLAINTIFF**                       **3:01-CV-1137** (AHN)


VS.


**TOWN OF PLAINVILLE, ET AL**          **SEPTEMBER 24, 2004**
    **DEFENDANTS**

### DEFENDANTS. BUTCH PARADIS. STEVEN CLARK
### AND AFSCME LOCAL 1303-56
### MOTION FOR EXTENSION OF TIME

In accord with the above Defendants' request at the pre-trial conference on September 22, 2004,

Defendants Butch Paradis, Steven Clark and AFSCME Local 1303-56 request an extension of 30 days

to October 29, 2004 to file dispositive motions. Currently the motions are due on September 30, 2004.

Counsel has been on trial in Hartford with Judge Lavine, and needs additional time to draft the motion.


Respectfully submitted, DEFENDANTS,
BUTCH PARADIS, STEVEN CLARK and
AFSCME, LOCAL 1303-56
                    ... GagneJr,
& Associate?, P.C.


By_____
J. William Gagne, Jr.
Law Office of J. Willia

1260 Silas Deane Highway
Wethersfield,CT06109
Telephone: (860) 522-5049
Facsimile: (860)571-6084
Fed. Bar No. ct02126 Email:
j^g

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed via first class mail, postage prepaid, on September 24, 2004, to all counsel and pro se parties of record, as set forth below:

Erin O'Neil, Esq. Brewer &
O'Neil 818 Farmington
Avenue West Hartford, CT
06119

Dennis G. Ciccarillo, Esq.
Ejsenberg, Anderson, Michalik & Lynch, LLP
136 West Main Street
P.O. Box 2950
New Britain, CT 06060-2950

Alexandria Vocclo, Esq.
Howd & Ludorf 65
Wethersfield, Avenue
Hartford, CT 06114


J. William Gagne, Jr.