Page 1

```
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 2
                                                    COPY
 3

 4   * * * * * * * * * * * * *
     RICHARD B. MALLETT,          )
 5                                )
                Plaintiff,        )
 6                                )   Civil Action No.
         -vs-                     )   3:01 CV 1137 (AHN)
 7   TOWN OF PLAINVILLE, et al.,  )
                                  )
 8              Defendants.       )
     * * * * * * * * * * * * *
 9

10

11

12

13        Deposition of RICHARD B. MALLETT, taken
     before Bethany A. Carrier, a Court Reporter and Notary
14   Public within and for the State of Connecticut,
     pursuant to Notice and the Federal Rules of Civil
15   Procedure, at the offices of Eisenberg, Anderson,
     Michalik & Lynch, 136 West Main Street, New Britain,
16   Connecticut, taken on July 20, 2004, commencing at
     11:11 a.m.
17

18

19

20

21

22

23
                 Bethany A. Carrier, LSR 071
24              Brandon Smith Reporting Service
                      44 Capitol Avenue
25              Hartford, Connecticut  06106
                      (860) 549-1850
```

Page 7

1                    DIRECT EXAMINATION

2

3   BY MR. GAGNE:

4       Q   Mr. Mallett, I'm going to be asking you some

5   questions.  And if you don't understand any of the

6   questions, you can ask me to repeat them.  If at any

7   time you want to consult with your attorney, feel free

8   to ask for a recess; however, I'd ask that you not do

9   it during the middle of a question.  You know, if I ask

10  you a question and answer it and then if you want to

11  have a recess, that's fine.

12          Three, did you have any type of alcohol or

13  drugs or are you under any medication that would

14  interfere with your ability to testify today or recall

15  events that may be asked of you?

16      A   No.

17      Q   Okay.  Do you know who James Kaine is,

18  K-A-I-N-E?

19      A   Yes.

20      Q   Who is he?

21      A   I believe he's still an operator at the

22  Plainville Water Pollution Control.

23      Q   Did you ever work with him?

24      A   Yes.

25      Q   Do you know whether or not he held any union

Page 8

```
 1   position?
 2       A    He did at one time.
 3       Q    Do you know what the position was that he
 4   held?
 5       A    He was steward at one time.  I believe he was
 6   vice president at one time.
 7       Q    Do you know when he was steward?
 8       A    I don't recall the dates.
 9       Q    Do you know when he was vice president?
10       A    No, I don't recall the dates.
11       Q    Was he a steward while you were working at
12   the Plainville Water Pollution Control facility?
13       A    Yes, at some part of the time he was.
14       Q    Do you know how long he was a steward while
15   you were there?
16       A    No.
17       Q    Was he a vice president while you were
18   working at that facility?
19       A    I believe so.
20       Q    Do you know how long a time period he was the
21   vice president while you were working there?
22       A    No.
23       Q    Who is Donald Becker?
24       A    Another worker at the plant.
25       Q    Did he work with you?
```

```
1     A    Yes.
2     Q    Do you know what his job classification
3  was?
4     A    I believe at the time he was an Operator II
5  when I was there.
6     Q    Do you know whether or not he held any union
7  position?
8     A    He was president at one time.
9     Q    Do you know what time period he was
10 president?
11    A    No.
12    Q    Was he president do you know if it was a
13 year?  Two months?  Six years?  Do you have any idea?
14    A    It was quite a while.  I don't recall the
15 exact time frame.
16    Q    How about Richard Tingle?
17    A    He was a worker at the WPC lab worker.
18    Q    Did he work with you?
19    A    I worked with him in the lab from time to
20 time.
21    Q    Do you know whether he held any union
22 position?
23    A    I don't believe so.
24    Q    How about Michael Christon I guess it is?
25    A    I think the name is wrong.
```

Page 10

```
 1              MS. O'NEIL:  Conklin?
 2   BY MR. GAGNE:
 3       Q    Michael Conklin.  Do you know who he is?
 4       A    Yes.
 5       Q    What's his job?  Do you know?
 6       A    When I was there, he was an operator.
 7       Q    And do you know whether he held any union
 8   position?
 9       A    Yes, I believe he was union steward at one
10   time.
11       Q    Do you know what the time period was?
12       A    No, I don't know exactly.
13       Q    Did you ever ask Mr. Kaine in either his
14   union capacity -- in his union capacity as steward or
15   vice president, did you ever discuss with him any
16   problems you might have been experiencing at the
17   workplace?
18       A    Yes.
19       Q    Do you recall when that was?
20       A    Not exactly.
21       Q    Okay.  Do you recall what you said to him?
22       A    No.  It was so long ago.  No, I don't.
23       Q    Do you recall what he said to you?
24       A    No.
25       Q    So you can recall nothing about the
```

Page 12

```
 1    BY MR. GAGNE:
 2        Q    Richard Tingle I think you indicated was not
 3    a union official.
 4        A    No.
 5        Q    Michael Conklin, you said he was a steward.
 6    Did you ever discuss with Mr. Conklin any of the
 7    problems that you claim you were alleging in your
 8    complaint at your work site?
 9        A    Just repeat that, please.
10        Q    Do you ever discuss with Mr. Conklin any of
11    the problems that you allege in your complaint that you
12    were experiencing at the work site?
13        A    Yes.
14        Q    And when was that?
15        A    That last incident where he was involved.
16        Q    And what was that?
17        A    I was harassed and threatened by him.
18        Q    Well, what did he say to you?
19        A    He called me a cunt and he stuck his finger
20    in my face and said, You're going down nigger.
21        Q    And that was it?  That's the extent of the
22    conversation with him?
23        A    No.
24        Q    Was there more?
25        A    Yes.
```

Case 3:01-cv-01137-AHN   Document 98-2   Filed 09/29/2004   Page 7 of 20
Mallett v. Town of Plainv
7/20/2004                                                    Richard Mallett

Page 13

| | | |
|---|---|---|
| 1 | Q | What else was said? |
| 2 | A | He came to me later and explained that Richard Tingle had told him that -- Richard Tingle instigated an attack on me is what he told me. |
| 5 | Q | What did he actually say? |
| 6 | A | Richard Tingle? |
| 7 | Q | No. What did Michael Conklin say to you? You said later on he said something to you. What did he say to you? |
| 10 | A | Basically I don't remember every word, but he had told me what had provoked his attack on me. |
| 12 | Q | As best you can recall, what did he say? |
| 13 | A | That Richard Tingle had told him that I had ratted Mike out. |
| 15 | Q | Okay. Do you recall when this occurred? |
| 16 | A | I believe it was February of 2001. |
| 17 | Q | Do you recall where it occurred? |
| 18 | A | It was in the employees' room. |
| 19 | Q | And that's the only incident that you had with Mr. Conklin regarding your work environment at Plainville? |
| 22 | A | That's the only one I recall right now. |
| 23 | Q | Well, if you recall any more regarding any of the people I mentioned about, will you notify your attorney so they can notify us? |

Brandon Smith Reporting

fa84c6f4-07f0-4913-a609-de38e8ffd8c1

Case 3:01-cv-01137-AHN    Document 98-2    Filed 09/29/2004    Page 8 of 20
Mallett v. Town of Plainville
7/20/2004                                                    Richard Mallett

Page 14

1   A   Yes, sir.

2   Q   You testified -- you mentioned in your -- in

3   Paragraph 27 of your complaint that, "On or about June

4   14th, 1993, plaintiff resumed his position as assistant

5   plant operator at the WPC. Upon his return, plaintiff

6   immediately faced constant harassment, intimidation and

7   was spearheaded by Becker and Kaine."

8       Would you tell us the specific -- right after

9   June 14th, 1993, what the date was when the first

10  incident of harassment occurred?

11  A   I'm not sure. I believe it was the 16th.

12  Q   And what happened?

13  A   I went to work in Siberia.

14  Q   Where is Siberia?

15  A   It's a part of the plant. It's set off from

16  the main building. It's -- they call it Siberia

17  because it's like isolated, away from the main plant.

18  And I noticed on the bulletin board there was a picture

19  of a Frankenstein likeness, which I reported to my boss

20  and I reported it. It was, I believe, referring to me

21  and my wife.

22  Q   Well, did it say anything on the picture that

23  mentioned your name?

24  A   Yes. Not my name specifically, but it was --

25  the picture of Frankenstein had details on the picture

Page 15

```
 1    that related to me.
 2         Q     For example, what were they?
 3         A     On the picture there was a picture of a
 4    Number 1 on the picture's arm and a scar on the other
 5    arm.  And some derogatory -- I believe a derogatory
 6    statement.
 7         Q     And you reported that to your boss?
 8         A     Yes.
 9         Q     Who was your boss?
10         A     Joe Watkins at the time.
11         Q     And what led you to believe -- do you believe
12    that Becker and Kaine were responsible for that?
13         A     No.
14         Q     Do you know who was responsible for that?
15         A     I believe Donald Becker was responsible.
16         Q     Do you have any evidence to substantiate your
17    belief?
18         A     Yes.
19         Q     What's that?
20         A     I asked him about it.
21         Q     And when did you ask him about it?
22         A     I don't remember the date.
23         Q     And what did you say to him?
24         A     I asked him, What is the meaning of this?
25         Q     And what did he say?
```

Case 3:01-cv-01137-AHN   Document 98-2   Filed 09/29/2004   Page 10 of 20
Mallett v. Town of Plainville
7/20/2004                                                    Richard Mallett

Page 16

```
 1      A    His response was he had a friend with a dog
 2   named Harley.  That was his response.
 3      Q    So you asked him what was the meaning of
 4   this?
 5      A    Yes.
 6      Q    And he said he had a friend with a dog named
 7   Harley?
 8      A    Yes.
 9      Q    And that was it?
10      A    That was his response.
11      Q    When was the next incident after June 14th --
12   June 16th where there was harassment involving Mr.
13   Becker or Mr. Kaine?
14      A    I don't recall the date but Mr. Becker
15   referred to me as a fucking queer one day.
16      Q    Well, is that the incident that's in
17   Paragraph 28 of your complaint?
18      A    Yes.  That's the one.
19      Q    Is that it?
20      A    Yes.
21      Q    You say called you a fucking queer and then
22   physically threatened you.  What did he do to
23   physically threaten you?
24      A    His actions were -- I felt threatened by his
25   actions.
```

Page 17

```
 1       Q    Describe what he did that made you feel
 2   threatened.
 3       A    He told me that -- I told him I didn't want
 4   to hit him with a bundle of rags that I was delivering.
 5   I said, I don't want to hit you.  He was standing in
 6   the doorway blocking the doorway and he said, You're
 7   fucking right you don't want to hit me with that bundle
 8   of rags, you fucking queer.  And he said it in a very
 9   threatening manner.
10       Q    Well, what was threatening about it?
11       A    I considered it to be in a threatening
12   manner.
13       Q    That was your subjective feeling?
14            MS. O'NEIL:  Objection.  Calls for
15   legal speculation.
16   BY MR. GAGNE:
17       Q    That was your subjective feeling?
18       A    Can you explain what --
19       Q    That was your feeling?  That's how you
20   interpreted it?
21       A    Yes.
22       Q    Okay.  Then when was the next incident after
23   that?
24       A    I don't recall the specific dates.  I don't
25   recall.
```

Case 3:01-cv-01137-AHN   Document 98-2   Filed 09/29/2004   Page 12 of 20
Mallett v. Town of Plainville
7/20/2004                                                    Richard Mallett

Page 20

1  one?

2     A   I don't recall exactly what I said to him.

3     Q   Who is Mr. Watkins?

4     A   He was superintendent when I started to work
5  there at the WPC.

6     Q   He was not a union official?

7     A   At one time, but he was superintendent when I
8  went there.

9     Q   In Paragraph 34 you say you filed numerous
10 grievances against Mr. Kaine, K-A-I-N-E. Do you have a
11 copy of that grievance?

12    A   No, I don't.

13    Q   Do you have a copy of either the grievance
14 you referred to in Paragraph 33 or those in 34 in your
15 possession somewhere?

16    A   No, I don't.

17    Q   You don't have any of them?

18    A   No, I don't.

19    Q   If you come across them, you'll produce them
20 for us?

21    A   Yes.

22    Q   How many grievances did you file against Mr.
23 Kaine?

24    A   I don't recall filing grievances specifically
25 against Mr. Kaine.

Page 21

```
1      Q    Well, the statement says, "Plaintiff filed
2   numerous grievances against" -- well, says client, I
3   assume that that's Kaine, K-A-I-N-E.  Is it your
4   testimony that you didn't file any against Mr. Kaine?
5      A    I don't recall any right now.
6      Q    Did you ever make an allegation that Mr.
7   Kaine was misusing town property?
8      A    I don't recall making a specific allegation
9   that Mr. Kaine was misusing town property.
10     Q    If you recall, you'll let us know?
11     A    Yes.
12     Q    Are you saying you didn't make that or you
13  don't recall?
14     A    I don't recall making that specific
15  allegation.
16     Q    Do you recall making an allegation against --
17  filing a grievance against Mr. Kaine for raising and
18  keeping a pit bull at the WPC?
19     A    I remember grievances, but I don't remember
20  filing specific grievances against Mr. Kaine in
21  particular.
22     Q    Okay.  Let me ask:  Did you file a grievance
23  against Mr. Kaine for raising and keeping a pit bull at
24  WPC?
25     A    I don't believe a grievance was filed
```

Page 22

1    specifically against Mr. Kaine.

2        Q    Did you file a grievance with anybody about

3    raising and keeping a pit bull at WPC?

4        A    I believe I raised the issue.

5        Q    Did you file a grievance, though?

6        A    I believe so.

7        Q    And what about did you file a grievance for

8    misuse of town property at the health spa and fitness

9    center?

10       A    I don't recall specifically filing a

11   grievance as to misuse of town property.

12       Q    Okay.  In your complaint you say Mr. Paradis

13   was aware of an allegation about a pit bull.  What do

14   you base your assertion that Mr. Paradis was aware of a

15   pit bull being maintained at the WPC?

16       A    He did work at the -- well, he was at the

17   plant from time to time.

18       Q    That's the only reason -- is that the only

19   factor that you base your conclusion on?

20       A    I don't recall what I based it on really

21   specifically.

22       Q    How about your claim that Mr. Paradis was

23   aware that WPC was being used as a health spa and

24   fitness center?  What facts do you base that assertion

25   on?

Page 27

```
1      A    I don't recall the specific rights, no.
2      Q    You indicated that you suffered emotional
3  distress since your leaving the Town of Plainville.
4  When did you leave the Town of Plainville?
5      A    2001.
6      Q    And when did you begin working there?
7      A    In 1990.
8      Q    And when did the alleged acts of harassment
9  begin?
10     A    I don't remember specific dates now.
11     Q    Can you give us an approximate time period?
12 Give us a year?
13     A    I don't recall.  Approximately a year and a
14 half.  That's just an estimate.
15     Q    Prior to your leaving?
16     A    No, no, prior to my arriving.  I mean after I
17 arrived there.
18     Q    During the course of your employment or
19 thereafter, have you ever consulted with a psychiatrist
20 or psychologist concerning your emotional condition?
21     A    Repeat that, please.
22     Q    Have you ever consulted with a psychologist
23 or psychiatrist?
24     A    Ever?
25     Q    Yes.
```

Page 35

```
1    A    No.
2    Q    And that includes through to today,
3    correct?
4    A    Yes, sir.
5    Q    Now, we've heard the word "Siberia" a few
6    times here and you described that as a certain place
7    that's rather isolated.
8    A    Yes.
9    Q    And is that facility usually manned by one
10   person?
11   A    Yes.
12   Q    And who are -- what classes of employees tend
13   to draw the assignment to work in Siberia, as you put
14   it?
15   A    When I was there, usually it was Operator
16   I.
17   Q    Operator I.  Anyone other than an Operator
18   I?
19   A    I believe other operators have worked there
20   at different times.  Operator II's, I believe.
21   Q    Okay.  When you say other operators?
22   A    Operator II.
23   Q    If you could be more specific?
24   A    Yes.  Operator II's I believe from time to
25   time have worked there.
```

Page 36

```
 1      Q    So -- and earlier today in answering some
 2   question from Attorney Gagne, you said -- I think you
 3   indicated that in 1993 you were -- you happened to be
 4   at work in Siberia, correct?
 5      A    Yes.
 6      Q    So from time to time over the years you draw
 7   the assignment to go to Siberia, so to speak?
 8      A    While I was there, yes.
 9      Q    Well, yes, of course while you were there.
10   But my point is that you and several other people,
11   whether it's Operator I's or II's, periodically were
12   assigned to Siberia, correct?
13      A    Yes.
14      Q    And is there any certain schedule by which
15   people draw that assignment and then are relieved from
16   that assignment?  Do you understand my question?
17      A    While I was there -- while Joe Watkins, my
18   former superintendent was there, it was on a rotating
19   basis usually.
20      Q    And did there come a time when it wasn't
21   rotating?
22      A    Yes.
23      Q    And when was that?
24      A    After Joe Watkins left it wasn't rotated as
25   often.
```

Page 37

1    Q    By that do you mean that the period of time
2    that you were assigned to Siberia was longer than it
3    had been before?
4    A    At times, yes.
5    Q    What kind of length of times are we talking
6    about here before and then after Joe Watkins?
7    A    As I recall when Joe was there, I believe it
8    was a week and you would move on.  Normally it's about
9    a week.
10   Q    And then after Joe Watkins left what was the
11   period of time that you might be assigned there?
12   A    As I recall it was -- it varied from one week
13   to three.  It varied.
14   Q    One week to --
15   A    To any number of weeks.
16   Q    Any number of weeks.  Okay.  And sometimes it
17   would get into a period of months?
18   A    I believe so, yes.
19   Q    Okay.  And that included for you, correct?
20   A    Yes.
21   Q    And that included for others, correct?
22   A    I am not sure if others were assigned there
23   for those lengths of time.
24   Q    You don't know what the other -- the length
25   of other people's assignment was there; is that

Page 38

```
 1    correct?
 2         A    Not exactly, no.
 3         Q    Do you know approximately?
 4         A    I don't recall really.
 5         Q    You allege that in November '99 you were
 6    permanently assigned to Siberia.  What do you mean by
 7    permanently?
 8         A    I believe it was for an extended period of
 9    time.
10         Q    Okay.  And is it your understanding that
11    other people weren't assigned there for extended
12    periods of time?
13         A    I'm not sure what their periods of time
14    were.
15         Q    Okay.  Did you complain to anybody about that
16    particular assignment?
17         A    I don't recall complaining.
18              MS. O'NEIL:  Can we take just like a
19    quick break?
20              MR. CICCARILLO:  Yes.
21
22              (Recess:  12:04 pm to 12:06 pm.)
23
24    BY MR. CICCARILLO:
25         Q    Prior to your having been the object, as you
```

Page 39

1  say, of harassment and threatening in June of 1991, you
2  allege that you witnessed other incidents of harassment
3  by Mr. Becker. That's your allegation, correct?
4      A   Yes.
5      Q   And those incidents of harassment occurred
6  essentially in staff meetings, correct?
7      A   Not totally, but they occurred there, too.
8      Q   Okay. And in those meetings in 1990 and '91
9  where you witnessed harassment in staff meetings, what
10 are you talking about?
11     A   As I recall, belittling people. Things of
12 that nature.
13     Q   Belittling how?
14     A   I don't recall the specifics. I believe
15 criticisms that were inappropriate.
16     Q   Criticisms of the way other people did or
17 didn't do their jobs?
18     A   I believe that was included.
19     Q   Other than that, if there was something other
20 than that, what was it?
21     A   It's hard to recall now. I don't recall
22 right now.
23     Q   Okay. So you do recall that one of the
24 styles of harassment was by criticism for other
25 people's performance?