Mallett v. Town of Plainville

7/20/2004                                                                                     Richard Mallett

Page 40

```
1      A    Yes.
2      Q    Okay.  But you don't recall any other style
3  or kind of harassment?
4      A    Well, I know what happened to me.  But the
5  specifics about the other people I don't recall.
6      Q    Okay.  And with respect to what happened to
7  you, there were also criticisms of you in staff
8  meetings, correct?
9      A    Yes.
10     Q    That related to your performance, correct?
11     A    Criticisms that related to people's opinions
12 of my performance.
13     Q    All right.  Their opinions of your
14 performance.  So you disagreed with whether -- you
15 disagreed with them, but they were criticisms based on
16 performance, correct?
17     A    No.
18     Q    What's not correct about that?
19     A    They were based on people's opinions, I
20 believe.
21     Q    Yes.  But people's opinions of how you
22 worked?
23     A    Yes.
24     Q    Yes.  Now, in late July 1992 you filed a
25 claim for workers' compensation, correct?
```

```
1      A     Yes.

2      Q     And you've alleged that at that time you

3   reported Becker's harassment to Town Manager Bohenko.

4   Withdrawn.

5            Did you at that time report anything about

6   Becker's harassment to Defendant Bohenko?

7      A     I believe so.

8      Q     At that time you contended that harassment --

9   or let's say stress on the job was what caused you to

10  have to be out of work, correct?

11     A     As I recall, that's -- I believe that's

12  correct.

13     Q     And you were represented at that point in

14  time by an attorney, correct?

15     A     Yes, sir.

16     Q     That was Attorney Granger; is that correct?

17     A     Yes.

18     Q     And there came a point when you signed an

19  agreement with respect to your workers' comp claim; is

20  that correct?

21     A     I would have to see it to recall.

22     Q     Okay.  Showing you Defendants' 6.

23              MS. O'NEIL:  I'm sorry, was there a

24  question?

25              MR. CICCARILLO:  No, I don't think --
```

Page 42

```
 1              MS. O'NEIL:  Okay.
 2       A      Appears I did sign this.
 3  BY MR. CICCARILLO:
 4       Q      Okay.  So with respect to Defendants' 6, you
 5  did -- that's your signature that appears near the end
 6  of that document?
 7       A      It appears to be, yes, sir.
 8       Q      Okay.  And as part of your resolution of your
 9  workers' comp claim at that point, you requested
10  reassignment to some other kind of job, correct?
11       A      My attorney may have at that time.  I don't
12  recall.
13       Q      Were you reassigned to another job?
14       A      Yes.  Yes.
15       Q      May I see that?  Well, actually you can keep
16  that one.  On page 4 of Defendants' 6 there is a
17  sentence about a third of the way down that starts,
18  "Upon approval of the settlement agreement."  Do you
19  see that?  See where I am there?
20       A      Yes.
21       Q      Okay. And then it goes on to talk about
22  certification to return to work.  But upon approval and
23  that certification, the claimant will be immediately --
24  will be immediately provided a job by the respondent
25  employer, the Department of Public Works, see that?
```

Page 43

```
1      A    Yes.
2      Q    And you were, in fact, correct?  You were
3  provided a job in Public Works?
4      A    Yes.
5      Q    And that arrangement and whatever else
6  came -- whatever else is recited in this document were
7  to fully and finally settle all claims with respect to
8  this comp claim, correct?
9      A    That's what it says, yes.
10     Q    And all claims by or against the parties
11 hereto arising from the aforesaid incidents, correct?
12     A    That's what it says, yes.
13     Q    And your initials are out in the right-hand
14 column, correct?
15     A    I don't see them.
16     Q    RB, it's cut off a little bit.  RB are your
17 first two initials, correct?
18     A    Yes.
19     Q    And you see the initials of all the other
20 people who signed on the next page?
21     A    Yes.
22     Q    Now, you've alleged that in Paragraph 23 of
23 your complaint that the transfer, you call it a
24 reassignment, forced you to take a reduction in pay.
25 You agreed to that reassignment, did you not?
```

Page 44

1   A   As I read that document, yes.

2   Q   With the advice of attorney who also signed
3   that document, correct?

4   A   I believe he did.

5   Q   Now, you say -- you then say that in February
6   of 1993 you applied for the position, that is assistant
7   plant Operator I. Had anyone been in that position
8   between your leaving it and let's say February of
9   1993?

10  A   I don't recall. I don't think so.

11  Q   Okay. And the town sought proof of your
12  ability to return to that job, correct?

13  A   Yes.

14  Q   Okay. You allege that in your complaint
15  here, that is that you wanted to go back; that you
16  applied for that; that the town wanted proof of your
17  fitness to go back to that job; and that thereafter you
18  were granted clearance to return to that job. You
19  recite those facts in here. Why?

20  A   Why?

21  Q   Yes. Why?

22  A   Could you just repeat your last question?

23  Q   You allege that you wanted to return to the
24  Operator I position; that the town wanted some
25  fitness -- some medical fitness for duty information;

Case 3:01-cv-01137-AHN    Document 98-3    Filed 09/29/2004    Page 6 of 20
Mallett v. Town of Plainv
7/20/2004                                                    Richard Mallett

Page 45

```
 1  that you were granted that; that -- I'm sorry, that you
 2  were granted medical clearance; and that you thereafter
 3  in fact did resume your position or get reassigned to
 4  the position.
 5      A    Yes, I did.
 6      Q    And my question is why is -- are those four
 7  paragraphs in here?  What do they have to do with your
 8  complaint?
 9      A    I'm not sure.
10      Q    Okay.  Do you claim the town did anything
11  wrong in that sequence of events?
12      A    I'm not sure about that.
13      Q    Now is your time to tell me, sir.  Are you
14  claiming now that the town did something wrong when it
15  reassigned you to Operator I?
16      A    I requested to be assigned there.
17      Q    Right.  And you were, correct?
18      A    Yes.
19      Q    Did the town do anything wrong in that
20  regard?
21      A    In granting my request?
22      Q    Yes.
23      A    I don't believe so.
24      Q    Okay.  Now, with respect to Attorney Granger,
25  he remained your attorney for some purposes, did he
```

Page 47

1   may have known.

2   Q   You didn't ask Mr. Granger -- Attorney
3   Granger to send a letter to Mr. Becker?

4   A   I don't remember what we talked about. That
5   was a long time ago.

6   Q   Do you know that Mr. Becker in fact received
7   a letter from Attorney Granger?

8   A   Yes.

9   Q   How do you know that?

10  A   He mentioned it to me.

11  Q   Who did?

12  A   Mr. Becker.

13  Q   Okay. And how did he mention it to you?

14  A   I don't remember his -- what he said to me.

15  Q   Well, what did -- you remember him mentioning
16  it to you. I want to -- tell me what he mentioned.

17  A   I don't recall exactly what he said to me.

18  Q   Did anyone else mention anything to you about
19  the letter that your attorney had sent to Mr. Becker?

20  A   I don't recall.

21  Q   All right. In the summer of 1993 you were
22  interviewed by Town Manager Bohenko, correct?

23  A   I believe it was '93.

24  Q   And that had to do with the circumstance
25  involving Patty Cassidy, correct?

Page 48

1    A    I believe so.

2    Q    And during that interview you answered a lot

3  of questions that Mr. Bohenko put to you, correct?

4    A    I believe that's correct.

5    Q    And during that interview you also mentioned

6  a series of things, including, for instance, an old

7  issue of Mr. Becker drinking while at work?

8    A    I don't remember specifically what was

9  mentioned.

10   Q    Okay.  In any event, Town Manager Bohenko

11 gave you an opportunity to basically say everything you

12 wanted to say about Mr. Becker, correct?

13   A    I don't remember him questioning me.

14   Q    Is there -- and at that point in time you, to

15 some extent, had also complained about Mr. Becker,

16 correct?

17   A    I believe that was around the time.

18   Q    Well, I don't mean to trick you here or leave

19 anything in doubt.  You say in Paragraph 28 that on

20 July 13th, '93, you reported an incident to Bohenko

21 involving the so-called "fucking queer" comment.

22   A    I believe that's the correct date.

23   Q    Okay.  And that there was some more taunting

24 thereafter in July and then in August of '93 you were

25 interviewed by Bohenko.  So this is all within a month.

Page 49

```
 1   You were interviewed about all these things that you
 2   reported to Mr. Bohenko and saw with respect to Patty
 3   Cassidy, correct?
 4        A    To the best of my recollection, that's true.
 5        Q    Is there something that Mr. Bohenko should
 6   have done, other than ask you all these questions?
 7        A    I'm not sure what his exact responsibility
 8   was as far as taking action.
 9        Q    Well, let's forget about the action for the
10   moment.  What he did was he asked you a lot of
11   questions about what you knew, saw and complained
12   about, correct?
13        A    I believe so.
14        Q    Was there anything inappropriate about
15   that?
16        A    About him asking me?
17        Q    Yes.
18        A    I don't think so.  He was the town manager.
19        Q    Right.  I presume you wanted him to ask you
20   questions, correct?
21        A    I believe I was called to his office, as I
22   recall.
23        Q    You got a lot of attention from him at that
24   time, didn't you?
25        A    From Mr. Bohenko?
```

Page 50

```
 1      Q    Yes.
 2      A    A lot of attention?
 3      Q    Yes.
 4      A    I don't know what you mean by that.
 5      Q    Your complaints got a lot of attention at
 6   that time, did they not?
 7      A    Yes, I believe my complaint did.
 8      Q    Yes.  And in fact Mr. Becker was subsequently
 9   suspended, correct?
10      A    Yes.
11      Q    Okay.  Is there a problem with that reaction
12   from the town?
13      A    I don't understand what you mean by that.
14      Q    You complained about Mr. Becker, you were a
15   witness to certain things with respect to Ms. Cassidy,
16   and immediately stemming from that Mr. Becker was
17   disciplined.  The question is:  Is there anything
18   inappropriate about that sequence of events?
19      A    I don't know if the action taken was
20   appropriate or not.
21      Q    Which action?
22      A    The suspension.
23      Q    And what don't -- what do you suspect wasn't
24   appropriate?
25      A    I don't suspect either way.
```

Page 53

```
1      A    Before it was resolved?

2      Q    Yes.

3      A    Yes, I believe it was either you or Mr.
4   Bohenko had met with Patty Cassidy.  She had agreed --

5      Q    Let me try the question again.

6           Do you claim that it was -- withdrawn.

7           Do you know whether the town or Mr. Bohenko
8   had a duty to ask you your opinion about that ultimate
9   resolution?

10     A    Do I know if he had a duty?  I don't know.

11     Q    Okay.  Now, Attorney Gagne asked you some
12  questions this morning with respect to an allegation
13  that you've made, this happens to be Paragraph 33 of
14  your complaint -- actually, 33 and 34.  In 33 you say
15  that you filed a grievance against Becker and then in
16  34 you say you filed numerous grievances against Kaine,
17  or I assume it's Kaine.  And the question was where are
18  these grievances?  And you say you don't know; is that
19  correct?

20     A    There is probably some in union files.

21     Q    Are you claiming that -- withdrawn.

22          First of all, I think this morning you've
23  already indicated that you didn't file a grievance
24  against any one person, correct?

25     A    I believe I said I didn't believe I filed it
```

Page 54

1  against any specific person.

2     Q    Okay.  Even though that's what your

3  allegations say?  Your allegations say against Becker,

4  against Kaine.  But that's not true; is that correct?

5     A    I don't believe I filed any specific

6  grievance against any specific person.

7     Q    Okay.  Now, when you say grievance, when you

8  use the word grievance, what are you talking about?

9     A    I'm not a -- I'm not up to speed with my

10 grievance procedures.  I've been away from that for a

11 long time.

12    Q    Okay.  If you could look then to Defendants'

13 4.  Do you recognize that document?

14    A    Yes.

15    Q    What do you recognize it as?

16    A    This is an official grievance form.

17    Q    Okay.  And this happens to be a grievance

18 that you filed, correct?

19    A    Yes.  I signed this.

20    Q    Okay.  And my question is:  Back in 1994 with

21 respect to the grievances that you allege in Paragraphs

22 33 and 34, were they grievances like this that is

23 Defendants' 4?

24    A    I assume so.

25    Q    But you don't know because you don't have any

1      Q     Now, you've just identified those people as
2  the people who shunned you.
3      A     In my opinion.
4      Q     In your opinion, was Steve Gregory also in
5  the conspiracy?
6      A     I don't know if I would term it that way.
7  He, at times, didn't act normal with me like a normal
8  crew member would who would cooperate with somebody.
9      Q     So you don't know if Gregory is in on the
10 conspiracy?
11     A     I would say I'm not sure.
12     Q     Did Tingle shun you?
13     A     He kicked me out of the lab.  I consider
14 that --
15     Q     Okay.  So you add him to the list of
16 shunners?
17     A     Sure.
18     Q     Anybody else?
19     A     I think that covers everybody.
20     Q     Okay.  Let's go back a step then.  You say
21 that Becker unjustly took overtime from you.
22     A     Yes.
23     Q     What do you mean by that?
24     A     In my opinion.
25     Q     What do you mean?

Page 70

```
 1        A    At one point I was his partner on the beeper
 2   crew.  We carry beepers, two people, every week.  And
 3   it was my turn for overtime.  At one time we alternated
 4   overtime.  I was at the plant and an alarm went off and
 5   it required to push a button.  I was already at the
 6   plant.  It was before I had gone home.  So I reset the
 7   button, didn't think anything of it.  And as I thought
 8   was the proper thing to do, the following workday and
 9   being a senior man and the beeper -- other person
10   carrying the beeper I reported it.  There was an alarm
11   and I took care of it and I didn't think anything more
12   of it.  And I think it was the next day he took
13   overtime from me.  He took every call, every first
14   call -- in other words, the only time I got overtime
15   with him after that was when it required two people.
16            So he would -- he wanted me to call him in
17   and get him whatever it was, three, four hours double
18   time when I was there.  And that's why he took the
19   overtime from me.  And that was, I believe, in '96 or
20   '7.  There is no telling how much income that was taken
21   from me because of that action which I thought was
22   unjust.
23        Q    All right.  Let me try to understand this one
24   a little bit better.  In '96 or '7 you had turns
25   carrying a beeper?
```

```
1     A    Yes.
2     Q    Okay.
3     A    No, two people carried the beeper.
4     Q    Two people at the same time?
5     A    Two people.  We rotated overtime.  One
6  overtime opportunity he got, the next one I got.  And
7  we rotated at that time.
8     Q    Did that have something to do with the
9  beeper?
10    A    Yes.  The two beeper people that carried the
11 beeper at that time.  I can't speak for the other
12 crews, but me and him rotated each call in, or Sunday
13 work.
14    Q    Okay.  So a call for some work off hours came
15 in through -- let's call it a dispatcher.
16    A    The police called the plant.
17    Q    The police called the plant.  And someone at
18 the plant then called -- then relayed --
19    A    I was working scheduled overtime.  That was
20 my scheduled day to work.
21    Q    Okay.  Wait a minute.  We're talking -- so
22 we're not talking about a call out, we're talking about
23 scheduled overtime now?
24    A    I was working scheduled overtime and a
25 plant -- a call came into the plant from the
```

Page 72

```
 1   dispatcher.  There was a problem at the plant.
 2       Q    Okay.  And then what happened?
 3       A    I dealt with the problem, which I thought was
 4   the proper thing to do.  I saw no reason to call
 5   another man in and cost the town an extra however much
 6   it was when I was right there.  It made no sense to me.
 7   I didn't even consider it.
 8       Q    And you did that one certain time, is that
 9   what you're saying?
10       A    Yes.
11       Q    And then something happened after that?
12       A    Yes.  The next workday I notified him of the
13   problem because it might have needed to be looked at or
14   whatever.  I just wanted to notify somebody to share
15   information.  And he felt that I should have called him
16   in, even though I was already there and he took
17   overtime from me.
18       Q    Okay.  He thought you should have called him
19   in?
20       A    Right.
21       Q    Okay.  What do you mean by he took overtime
22   from you?
23       A    We rotated every call in.
24       Q    Now we're talking call in?
25       A    Yes.  Every opportunity for overtime.  I'm
```

Page 74

```
 1       Q     Right.  It wasn't always Becker, right?
 2       A     No.
 3       Q     And the matching up, was that an Operator I
 4  with an Operator II, or not necessarily that?
 5       A     In my situation it was.
 6       Q     In your situation meaning when you carried a
 7  beeper, the other person who carried the beeper was an
 8  Operator II?
 9       A     Yes.
10       Q     And you don't know whether that pairing was
11  carried on with others?
12       A     I believe other Operator II's teamed up, I
13  believe.  In my situation it was a I and a II.
14       Q     And sometimes the II was a Becker --
15  sometimes the Operator II was Becker?
16       A     Yes.
17       Q     Sometimes it was another Operator II?
18       A     Yes.
19       Q     Okay.  So after you didn't call Becker in on
20  that certain occasion in '96 or '97, how did you -- how
21  did he cause you to lose overtime?
22       A     When an emergency call came in, it was no
23  more alternating.  Every first call went to the
24  Operator II, which was him.
25       Q     And how did that happen?
```

Page 75

1      A      How did that happen?

2      Q      Yes.

3      A      From the police department. The police
4      department notified the beeper crew of emergencies.

5      Q      And how do you know that all of those -- when
6      you were paired with him that all the calls went to
7      him?

8      A      He told me. Not when I was paired with him.
9      When he took the overtime from me, that's what he told
10     me, he was taking all the calls that didn't require two
11     people.

12     Q      Okay.

13     A      So I no longer was in the rotation of
14     holidays, Sundays. When it came up -- if it happened
15     to be my turn, it wasn't my turn anymore.

16     Q      During the week you happen to carry a
17     beeper?

18     A      Yes.

19     Q      If you were paired with Becker and if it were
20     a case where only one person was required, it was a
21     one-man job, it would always go to Becker?

22     A      After the -- after he took my opportunity
23     from me, yes. We alternated prior to that. We didn't
24     alternate after that.

25     Q      And how was it -- how did he manage to

Page 76

```
 1   accomplish that?
 2        A    Accomplish what?
 3        Q    To be the one person that got all those
 4   calls?
 5        A    I'm not sure.  I think he told -- I think the
 6   dispatcher always -- I don't know if they always called
 7   the Operator II beeper.  I'm not sure how that worked.
 8   I don't recall how that worked.
 9        Q    Okay.
10        A    I just know what he told me.
11        Q    And you say this happened in '96 or '97?
12        A    I'm not sure of the date, but that's
13   approximate.
14        Q    Okay.  And it seems to have been because you
15   didn't call him in on a certain occasion?
16        A    Yes, I believe that's the reason.
17        Q    Okay.  And --
18        A    As a matter of fact, he told me that I fucked
19   him out of overtime.  Those were his words.
20        Q    On that one occasion and then thereafter he
21   took it when it was just a one-man job?
22        A    Yes.
23        Q    Did you complain to the union?
24        A    No.  I feared retaliation.
25        Q    Did you complain to any management person?
```

Page 86

```
 1    competent enough to do the lab work?
 2        A    I believe they were personal reasons.
 3        Q    Well, first of all you just gave a reason
 4    that had to do with them thinking you weren't quite
 5    competent enough in something, correct?  That was one
 6    of the reasons at least?
 7        A    I believe so.
 8        Q    Okay.
 9        A    Richard Tingle told me to forget it because I
10    wasn't going to get it.  It wasn't going to be
11    allowed.
12        Q    Okay.
13        A    And if you were there at the time you would
14    understand.  It wouldn't be allowed.
15        Q    And what was Tingle again, his class?
16        A    Chemist or lab technician.  I don't know the
17    exact -- or this could have been Terry Vigeant at the
18    time.  I don't remember when Tingle came exactly right
19    now, but it could have been Terry Vigeant at the
20    time.
21        Q    Okay.  And you say that there was a time when
22    you weren't doing that lab work anymore.
23        A    Yes.
24        Q    And when was that?
25        A    I believe it was some time in 2000, I
```