Page 87

1  believe. I'd have to --

2  Q    And what happened?

3  A    Richard Tingle told me that I was being
4  replaced in a position I held by a junior man.

5  Q    Oh, and that's where we get to Cianchetti?

6  A    Yes.

7  Q    And the reason you think that happened was
8  because Cianchetti worked on his car, Tingle's car?

9  A    I think that contributed to it.

10 Q    Do you know of any other reason why
11 Cianchetti --

12 A    Going back to the election of '99. After
13 that election, people -- they didn't treat me the
14 greatest as it was, but they began shunning me even to
15 a greater extent. And I could go to Siberia for weeks
16 at a time and not have any visitors unless it was
17 absolutely necessary for somebody to be there. I was
18 shunned.

19 Q    Do you know whether some or all of those
20 people were aware that your attorney had written a
21 threatening letter to Mr. Becker in 1993?

22 A    I don't know if they all knew.

23 Q    Periodically you wrote -- you would write a
24 letter or a longer document to somebody in management
25 complaining, for example, about the dog and the

Page 96

1    A    Richard Tingle mentioned it. James Kaine

2  himself even told me one time how could I stay in a

3  place where nobody talked to me. He said he would have

4  to leave. He couldn't stand it. How do I do it.

5    Q    Now, with respect to the lab business having

6  let's say Mr. Cianchetti be the backup. Did you have

7  some remaining responsibilities with the lab after Mr.

8  Cianchetti became the backup?

9    A    As I saw it, my lab time -- for a short time

10 we were rotating. He was going in there one day or

11 whenever it was and then I would go in. Gradually over

12 time I was removed totally. And he told me so.

13   Q    I'm sorry, who told you so?

14   A    Richard Tingle. He said Mike Cianchetti was

15 taking my spot in there and that this is just after I

16 had been offered -- shortly after I had been offered

17 the opportunity for lab certification. So it doesn't

18 make sense. It makes sense to me, I know what's going

19 on, but --

20   Q    What do you mean by offer the opportunity for

21 lab certification?

22   A    After a few years of working in there,

23 Richard Tingle had praised me. And I told him I can

24 only do what I can do. I didn't know everything he

25 knew. And he said that's fine. And I said I

Page 97

1   constantly -- not constantly, but I repeatedly asked
2   for more lab time because I made mistakes on tests.
3   And he said, Don't worry about it.  In time you're
4   going to make mistakes.  I make mistakes.
5          And then I was -- James Kaine was in charge
6   of giving assignments, but Rich Tingle told me to talk
7   to him and he would ask Jim Kaine to assign me there.
8   I couldn't go right to Jim Kaine.  So over time my time
9   dwindled down to nothing.  And I was removed in spite
10  of asking for more lab time to work towards
11  certification.
12      Q   What is lab certification?  You don't need
13  that to be an Operator I, right?
14      A   No.
15      Q   Do you need it to be an Operator II?
16      A   I don't think so.
17      Q   Okay.  What do you need lab certification
18  for?
19      A   To work in the lab.  Be a chemist or I
20  believe work in there full time.  And that may have
21  been an opportunity I could have achieved, but I'll
22  never know.
23      Q   You said that you repeatedly asked for more
24  lab time.
25      A   Repeatedly.  Over and over.

Page 98

```
 1      Q    To whom did you ask?
 2      A    Richard Tingle.  He told me he was the one to
 3  talk to to get assigned to the lab.  And that's -- I
 4  believe that to be true, and that's the way it was in
 5  that place.
 6      Q    Now, lab time, that's when Mr. Tingle needed
 7  some help, right?  Your kind of lab time is when he
 8  needed help?
 9      A    Or assistance, yes.
10      Q    Okay.  And so it was on an as needed basis as
11  determined by Mr. Tingle?
12      A    I was in there times when he didn't really
13  need me for practice, to do -- there were times when he
14  would have some business to do and he'd invite me in
15  there and I would do what I could do.
16      Q    All right.  You -- I think you've said
17  earlier that you were replaced in the lab.  I thought
18  you said that Mr. Tingle didn't want you and I
19  understood that as saying that Mr. Tingle replaced you.
20  Is that --
21      A    I believe it was his decision.
22      Q    His decision?
23      A    He's the one that told me I was being
24  replaced.
25      Q    Okay.  So there was a time when he was giving
```

Page 99

1  you more time in the lab, which is what you wanted, and

2  then that time -- and then there was a time

3  afterward -- after which that time diminished,

4  correct?

5      A    I never got what I requested, but yes, my

6  time diminished after a time, yes, in spite of my

7  efforts.

8              MR. CICCARILLO:  Why don't we take five

9  minutes.  I'd like to try to stay on schedule so we

10 can get this done.

11

12             (Recess:  1:34 pm to 1:47 pm.)

13

14 BY MR. CICCARILLO:

15     Q    Do you claim that John Bohenko retaliated

16 against you in any way?

17     A    I would have to say, in my opinion, he did

18 not.

19     Q    Did he harass or defame you?

20     A    No.

21     Q    How about Bob Jackson?  Did he retaliate

22 against you?

23     A    I don't believe so.

24     Q    Did he harass or defame you?

25     A    No, not that I know of.

Page 104

1  back at you for something that you did, right?

2      A    I believe that's true.

3      Q    And I want to know what it is you think you
4  did that's motivated Kaine to get back at you.

5      A    It had gone on for years. I had spoke up
6  about mistreatment of people and the actions of some
7  against other people and I suffered retaliation for
8  years.

9      Q    You spoke up about how people got unfairly
10 criticized?

11     A    How I got harassed. How I've been
12 threatened.

13     Q    And how you've been threatened we went over
14 with with Mike Rose in the last deposition, correct?

15     A    Yes.

16     Q    That's all the sense of threatening that you
17 talked -- that's what you mean by threatening, right,
18 whatever you told him?

19     A    No. I believe I made a mistake in my last
20 deposition.

21     Q    Okay.

22     A    I was physically threatened.

23     Q    Tell me what mistake you want to tell me
24 about.

25     A    As I recall, I believe I said no to the -- I

Page 105

1   was asked if I was physically threatened, and I was.  I
2   made a mistake.
3       Q    Okay.  Who do you claim that physically
4   threatened you?
5       A    The last incident was Michael Conklin when he
6   stuck his finger in my face and said what he said.
7       Q    And how was that physically threatening?
8       A    How is it physically threatening to me?
9       Q    Yes.
10      A    He can be an intimidating guy.
11      Q    Why?  Because of his size?
12      A    Yes.  Because of the rage in his eye and I --
13  I felt threatened that morning.  And I believe Richard
14  Tingle and Frank Marchione believed that to be true,
15  too, from what I hear.  They were interviewed about
16  what happened.
17      Q    Do you want to go back over any other sense
18  of physically threatened that you might have denied
19  last time we were here?
20      A    I believe Jim Kaine -- the incident where he
21  called me a coward and a piece of shit after that union
22  meeting, he said, Come on.  He threatened me.  That was
23  a threat.
24      Q    How did he threaten you?
25      A    I felt physically threatened when he took the

Page 106

1  action that he did.

2      Q    What did he do to cause you to feel
3  physically threatened?

4      A    He clenched and he said to me, Come on, and
5  he had the rage in his eye.  He said, Come on.  You had
6  to be there to understand.

7           MS. O'NEIL:  Just noting that your fist
8  is clenched.

9      A    Yes.  I'm clenched.  But I can't put the rage
10 in my eyes that he had, but it was there and I felt
11 physically threatened.

12 BY MR. CICCARILLO:

13     Q    Like he -- and this was immediately after
14 that union election in '99?

15     A    Yes.  I think it was the day after, I
16 believe.  Because I went to work a part-time job to
17 help put my kid through college and I didn't attend the
18 union meeting.

19     Q    Okay.  You said something -- you gave us --
20 you've said something about that leaf raking overtime
21 business and about Ms. Marineau's decision being
22 influenced by others, but you said that some of her
23 decisions were influenced.  What decision other than
24 the leaf raking overtime?

25     A    I believe the decision to -- that I was

1    meetings?

2         A    Management people were there and the crew
3    were there.

4         Q    Okay.  How often did you have staff or crew
5    meetings?

6         A    There were two meetings that stick out in my
7    mind.

8         Q    No, no, I'm asking generally now, were those
9    held on a regular basis?

10        A    I don't recall the schedule.  I remember
11   having crew meetings.

12        Q    About how often did those happen?

13        A    Boy, I don't remember.

14        Q    Okay.  In any event, there are -- there are
15   two meetings that you recall where the time card
16   business was discussed?

17        A    Yes.

18        Q    And did you say that you were threatened in
19   one of those meetings?

20        A    Donald Becker threatened to take legal
21   action.

22        Q    Okay.  So the threat was that he would take
23   some legal action against you?

24        A    Yup.

25        Q    Did he say in what sense he would take legal

Page 128

```
 1     Q    Not by them, but by coworkers, right?
 2     A    Yes.  A human being can only take so much.
 3     Q    Did you or did you not give information to
 4  Mr. Cunningham regarding time cards?
 5     A    Did I give information to him?
 6     Q    Yes.
 7     A    You better be more specific, sir, please.
 8     Q    Did you give any information to Mr.
 9  Cunningham about time cards in the summer and fall of
10  2000?
11     A    I don't recall specifically what we talked
12  about.  He asked me general questions about the place
13  and I talked to him.  He's my neighbor.  Specifically
14  about time cards, I don't recall giving him any
15  specific information.
16     Q    Okay.  Now, you've indicated that in those
17  two meetings where Mr. Becker accused you of giving
18  information to Mr. Cunningham, you didn't say anything,
19  correct?
20     A    No.
21     Q    You didn't agree, you didn't disagree,
22  correct?
23     A    No.  I saw no reason to respond.  I believe
24  it would have only brought more hostilities towards
25  me.
```

Page 129

```
1      Q    Okay.  Do you know whether anybody in
2   management of the town knew whether or not you had
3   given any information to Mr. Cunningham?
4      A    Do I know if they knew that?
5      Q    Yes.
6      A    He's my neighbor.  I talk to him when I see
7   him.  I don't know.
8      Q    But I mean the question is:  Do you know
9   whether, for instance, Shirley Osle knew anything about
10  what you did or didn't talk to Mr. Cunningham about?
11     A    I don't see how she could.
12     Q    I mean, you didn't tell her you talked to
13  Bill -- you didn't tell her you talked to Bill
14  Cunningham about time cards, right?
15     A    People had asked me --
16     Q    Yes or no?
17     A    I don't remember specifically being asked if
18  I talked to him about time cards.
19     Q    Didn't say -- withdrawn.
20          Did you tell Ms. Osle that you had been
21  communicating with Cunningham about time cards?
22     A    I do not remember specifically telling her
23  that.
24     Q    Did you tell anything like that to
25  Ms. Marineau, Mr. Jahn or Mr. Jackson?
```

Page 133

1      A     If there wasn't an agreement to alternate the
2  calls, yes.
3      Q     Well, what was there in October of 2000?  Was
4  there an agreement to alternate or not?
5      A     Yes.  And Becker took that opportunity away
6  from me.  Wait a minute.  Let me check the date.  Let
7  me say I'm not sure about the exact date when he took
8  the overtime opportunity from me.  This particular time
9  here I don't believe -- okay.  I'm sorry.  Repeat the
10 question again.
11     Q     I'm trying to figure out just what the
12 advantage of being a crew leader is.
13     A     More overtime.
14     Q     Yes.  But how?  How do you end up -- if you
15 alternate overtime, how do you get more overtime by
16 having the denotation crew leader?
17     A     The situation that I was in where we
18 alternated was the only one I remember where it was
19 alternating.  Usually the senior man gets the first
20 call every time in a normal -- what I remember as the
21 normal beeper arrangement.  We had an arrangement that
22 I don't believe other crews had.  They may have.  I
23 don't know.  We alternated.  Some crews didn't
24 alternate.
25           But the advantage was the Operator II senior

Page 138

1   the first man to be called, the next day it was taken
2   away from me and I was put back to a -- the way it was
3   previously. And Doug Kahle told me why, and he didn't
4   tell me specifically, but he said I'd be better off
5   where I was because I was going to be set up.
6           So again, I felt like there was nobody to
7   complain to because --
8       Q   Kahle told you you were going to be set up
9   by?
10      A   Becker and Conklin. That's what he told
11  me.
12      Q   And you didn't ask Jan Marineau anything
13  about this?
14      A   No. I didn't think it would do any good.
15      Q   She was pleased the day before that you were
16  going to have whatever this meant?
17      A   Yes.
18      Q   And you didn't go back to her?
19      A   I feared that all I would do is cause
20  retaliation to be directed at me again. I felt there
21  was nothing I could do about it.
22      Q   You went out on workers' comp on March 27,
23  2001, correct?
24      A   I believe that's the date.
25      Q   Okay. And you never returned to active duty,

Case 3:01-cv-01137-AHN   Document 98-4   Filed 09/29/2004   Page 14 of 20
Mallett v. Town of Plain
7/20/2004                                                    Richard Mallett

Page 139

```
1    correct?
2       A    Not at the WPC, no.
3       Q    Did you return anywhere to active duty in the
4    Town of Plainville?
5       A    No.
6       Q    In the Town of Plainville?
7       A    No.
8       Q    And you were released from the hernia
9    status -- withdrawn.
10           You were released as to the hernia problem on
11   June 18th, correct?
12      A    I'm not sure about the specific date.
13      Q    Let's just assume for argument it was June
14   18th.  And your lawsuit was dated June 19th, correct?
15      A    I'm not sure.  I'd have to look it up.  It's
16   right here somewhere.
17      Q    Obviously while you were out on the hernia
18   absence the lawsuit was being planned, correct?
19      A    I assume so.  That's the proper dates.
20      Q    Did you go to see any mental health person
21   prior to the bringing of a lawsuit?
22      A    I believe I saw Mr. Toper after.
23      Q    After the start of the lawsuit?
24      A    I could be wrong.  I'd have to check the
25   dates.
```

Page 150

1  trial in support of your claims?

2      A   I imagine if somebody asks me something
3  pertaining to them, I imagine I would have to mention
4  them. I don't know. I imagine I would have to mention
5  it if you asked me about them.

6      Q   Okay. Well, do you plan on asserting any
7  other incidents in support of your claims that you were
8  threatened by Mr. Conklin?

9      A   I'm not sure. I can't answer that right now.
10  I don't know.

11      Q   Okay. Then why don't you tell me what other
12  incidents you believe Mr. Conklin physically threatened
13  you?

14      A   There was an incident he used to have a big
15  bag, a punching bag in the garage area. And there was
16  a period when I was being shunned and I believe treated
17  unfairly. And I walked by one time and within inches
18  of me he -- well, it had to be an open hand he smacked
19  it. It caused a very loud noise and I didn't care too
20  much for that. I believe that was meant to threaten
21  and intimidate me.

22      Q   When did that incident take place?
23      A   I don't have the date right now of that
24  incident.

25      Q   What year?

Page 151

```
 1     A    I'm not sure of the year.  I'm not sure.  I
 2  don't know the year.
 3     Q    Do you know if it was prior to that 1999
 4  union meeting that's at issue?
 5     A    No.  I believe it was after.
 6     Q    Did the bag move at all when Mr. Conklin hit
 7  it?
 8     A    I didn't turn around and look.  I imagine it
 9  had to move.
10     Q    Okay.  But you didn't see it?
11     A    I didn't see the bag move.
12     Q    Did he say anything -- did Mr. Conklin say
13  anything to you when he hit the punching bag?
14     A    I don't recall.  I don't remember if he said
15  anything.
16     Q    Was Mr. Conklin hitting the punching bag
17  prior to your entering that area?
18     A    I don't know.  I don't know.
19     Q    Okay.  So you have no way of knowing whether
20  or not Mr. Conklin was already hitting the punching bag
21  before you walked by that?
22     A    No.  I don't know that.
23     Q    And he didn't say anything to you?
24     A    I don't recall him saying anything.
25     Q    Any other incidents in which you believe you
```

Page 152

1   were physically threatened by Mr. Conklin?

2       A    I don't recall any more.

3       Q    Why haven't you mentioned this particular
4   incident previously?

5       A    I didn't remember it.

6       Q    It just came back to you when I asked you the
7   question?

8       A    Yes, as a matter of fact it did.

9       Q    So you didn't remember it at your last
10  deposition?

11      A    I don't believe so.

12      Q    And you didn't remember it when you were
13  asked the question earlier today?

14      A    No.

15      Q    Okay. Was it a very traumatic experience for
16  you?

17      A    Very traumatic? It upset me.

18      Q    It upset you. But you didn't remember it
19  before me asking you the question just now?

20      A    It was in my memory. I had to bring it out.
21  No, I didn't recall it.

22      Q    Okay. You also indicated that Mr. Kaine
23  physically threatened you when he clenched his fist and
24  said, Come on; is that correct?

25      A    Yes.

Page 153

```
1      Q    Did Mr. Kaine raise his hand to you at all?
2      A    He took his hands up like this and said, Come
3  on, in a position like a boxing position similar to.
4  He raised his hands and Come on.
5      Q    How far away was Mr. Kaine from you?
6      A    I would say less than a foot.
7      Q    When he clenched his fists, did he approach
8  you when he was doing that?
9      A    He leaned forward, puffed his chest out and
10 said, Come on.
11     Q    Did he take any steps forward?
12     A    No.  I don't think he stepped forward.  It
13 was like a foot between us.
14     Q    Did he say anything to you other than, Come
15 on?
16     A    Yes.  He called me a coward and a piece of
17 shit.
18     Q    Did he say anything else to you that you
19 believe was threatening violence?
20     A    Did he say anything, no.  Just his actions
21 were -- I considered threatening.  Probably anybody
22 would.
23     Q    Has Mr. Becker physically threatened you at
24 all?
25     A    Yes, I felt threatened from him.
```

Page 154

```
 1      Q    Physically threatened?
 2      A    Physically threatened.
 3      Q    Okay.  Well, you haven't mentioned that
 4   previously.  So how do you believe Mr. Becker
 5   physically threatened you?
 6      A    Well, the incident with the queer incident
 7   there, he's pretty threatening that day.
 8      Q    It was a verbal comment, correct?
 9      A    Well, I didn't know that it couldn't have
10   resulted in more.  I didn't know that.
11      Q    Did he take any physical action against
12   you?
13      A    No.
14      Q    Any physical movements against you?
15      A    I don't recall his exact movements.
16      Q    Well, at least you have Conklin sticking his
17   finger in your face, right, and you have Kaine
18   clenching his fist.  Was there any similar conduct by
19   Mr. Becker?
20      A    I don't recall if he stepped towards me or
21   not.  I was several feet away from him.  I don't
22   recall.
23      Q    You've testified today about losing certain
24   opportunities.  What position do you believe you would
25   have had with the town if you were given such
```

1   opportunities?

2       A    Right now today where could I be?  There is
3   no telling.  I don't know how I can judge that.  I
4   could be the head of the lab.  I don't know.  I could
5   be an Operator II.  I can't tell because how do you
6   tell if you were treated fairly where you could have
7   been?  I could have -- sky's the limit maybe.  Who
8   knows.  I don't know.

9       Q    Do these opportunities that you were
10  referring to, were they a requirement for you to be an
11  Operator II?

12      A    No, there is no requirement.

13      Q    You testified about Mr. Becker denying you
14  the overtime when you were doing the beeper for the
15  week.

16      A    Yes.

17      Q    And that's not in your complaint, correct?

18      A    I'm not sure.

19      Q    You want to take a look at it?

20      A    I don't think it's in there.

21      Q    Okay.  And you didn't mention that in your
22  prior deposition testimony either?

23      A    I don't think so.

24      Q    And it's my understanding that you said the
25  general practice is that senior man on the team gets