Mallett v. Town of Plainville

7/20/2004                                                    Richard Mallett

Page 156

1    the overtime -- gets the first call.

2        A    First call.

3        Q    Okay.  So if there is one man called, the

4    senior man will do it?

5        A    Yes, if it doesn't require two people.

6        Q    Are you aware of any other teams when you

7    were working there that alternated?

8        A    I'm not sure if the other ones did or not.

9    I'm not sure.

10       Q    Okay.  So you don't know of any teams that

11   actually did alternate?  You can't sit here today and

12   say, I know at least one other team alternated?

13       A    No, I can't say that.

14       Q    Okay.  So Mr. Becker, would you agree with me

15   that Mr. Becker, the individual that you've actually

16   sued in this lawsuit, one of the individuals you sued

17   in this lawsuit actually treated you more favorably

18   than people on other shifts?

19       A    No, because he took the overtime from me.

20       Q    But before he actually did that he was

21   actually treating you more favorably?

22       A    I suppose you could look at it like that.

23       Q    And you believe that he took away the

24   alternating that you guys had been doing because he

25   believes that you had denied him an overtime

fa84c6f4-07f0-4913-a609-de38e8ffd8c1

7/20/2004                                                                Richard Mallett

Page 157

1    opportunity?

2         A    That's what he told me.

3         Q    Well, do you believe that?

4         A    I thought his reasoning was way out of

5    line.

6         Q    Are you aware of any other motivation for his

7    decision to change the procedure?

8         A    Well, I believe -- in his open words he told

9    me he was trying to push me over the edge

10   psychologically.  So I believe that was just another

11   way for him to keep up the pressure on me

12   psychologically because he told me that's what he was

13   trying to do to me.

14        Q    When did he tell you that?

15        A    It was prior to his appeal of -- his

16   suspension.  I can't remember the exact year.  But I

17   went to him to try to reason with him and he told me

18   that -- I told him how his treatment of me made me feel

19   and he said, I know how it makes you feel and I'm

20   trying to push you over the edge.  So --

21        Q    In Paragraph 36 of your complaint it says,

22   "August 8, 1995, Becker was to receive a hearing of

23   appeal for his suspension."  Is that the appeal hearing

24   you're referring to?

25        A    Yes.

fa84c6f4-07f0-4913-a609-de38e8ffd8c1

7/20/2004                          Mallett v. Town of Plainv.                    Richard Mallett

Page 159

1    some -- be the first man on call when you were doing

2    the beeper?

3        A     For a short time.

4        Q     Does that make sense to you?

5        A     Does it make sense to me?  Nothing I've been

6    through, hardly anything makes sense to me.

7        Q     And Becker was a senior man when you were

8    working with him?

9        A     Yes.

10        Q     With respect to Mr. Cunningham, I'm still

11    kind of unclear what you've relayed to him, but let me

12    ask you this question:  Did you actually seek Mr.

13    Cunningham out to expose some wrongdoing within the

14    town?

15        A     No.  We live on the same street two houses

16    apart.

17        Q     Okay.  When you spoke to him, was that your

18    goal to unveil this wrongdoing?

19        A     I spoke to him as a neighbor, like I do a lot

20    of neighbors.

21        Q     You were asked about the false and misleading

22    rumors that are cited in Paragraph 14 of your

23    affidavit.  And I believe you testified that those

24    included statements that you were incompetent and

25    unsafe.  Is that correct?

fa84c6f4-07f0-4913-a609-de38e8ffd8c1

Mallett v. Town of Plainville

7/20/2004                                                          Richard Mallett

Page 160

```
 1      A     Yes.

 2      Q     What specifically are you aware that Mr.

 3  Becker said regarding your incompetence?

 4      A     Specifically -- I don't know specifically.  I

 5  was told that he had complained about my competence and

 6  in crew meetings he had complained about my competence

 7  to me.  And Jim Kaine did the same thing, complained

 8  about my competence.  And I believe it was unjust.

 9      Q     Do you recall any specifics that Mr. Becker

10  or Mr. Kaine said regarding your incompetence?

11      A     Specifics?

12      Q     Correct.

13      A     As I recall, just general -- I was told I

14  didn't know my job.  Things of that nature.  General

15  comment.

16      Q     Did you ever hear Mr. Becker or Mr. Kaine

17  speaking to others about your competence level?

18      A     In crew meetings.

19      Q     Okay.  Was he speaking to others in those

20  crew meetings or was he talking to you?

21      A     He was speaking to everybody.

22      Q     What would he say in those meetings?

23      A     Just make comments about my incompetence.  I

24  was asked to leave.  You know, why don't I go somewhere

25  else.  Things of that nature.
```

fa84c6f4-07f0-4913-a609-de38e8ffd8c1

Mallett v. Town of Plainville

7/20/2004                                                    Richard Mallett

Page 161

1      Q     Why do you believe Mr. Becker and Mr. Kaine

2    would say something about your incompetence at these

3    crew meetings?

4      A     Because Mr. Becker told me he was trying to

5    push me over the edge.  James Kaine told me that he

6    would back Don Becker 100 percent.  It was no secret to

7    me how they felt about me.

8      Q     Well, I believe you're alleging that Mr.

9    Becker had discussed your performance issues back as

10   early as 1991 or 1992; is that correct?

11     A     I believe so.

12     Q     Okay.  So what do you believe motivated Mr.

13   Becker at that time?

14     A     His personal feelings about me.

15     Q     What personal feelings were those?

16     A     Hostile feelings.

17     Q     Do you know why he was hostile towards you or

18   had developed hostile feelings towards you?

19     A     I believe so.

20     Q     Why?

21     A     Well, there was an incident when I -- shortly

22   after I started there where he -- in my opinion he

23   harassed and threatened to have me and another guy

24   cleaning toilets.  He was way out of line.  He was

25   drinking that day.  He was out of line.  So I didn't

fa84c6f4-07f0-4913-a609-de38e8ffd8c1

Mallett v. Town of Plainville

7/20/2004                                                    Richard Mallett

Page 162

1    say anything at the time.

2           So we went down to the break room and he

3    started on me again.  And I just told him, I said, You

4    ain't got no business talking to me like that.  And

5    basically in my opinion I stood up to a workplace

6    bully.  And ever since then, in my opinion, it's

7    been -- in my opinion retaliation for speaking up to a

8    person who I considered to be -- to have been a

9    workplace bully.

10       Q    Okay.  That incident you're talking about

11   when Becker threatened you to clean the toilets, is

12   that what you said?

13       A    Among other things, yes.

14       Q    Did you report that to anyone else?

15       A    Management.

16       Q    Anyone else.

17       A    I don't think so.

18       Q    Okay.

19       A    I don't remember reporting it.  I went to

20   talk to Jimmy Kaine about it.  At that time he was my

21   friend working at the lab.  And I felt bad and I went

22   up to explain to him why I did what I did and come to

23   find out he knew what was going on.  That's when he

24   told me, I back Don 100 percent.  From that day forward

25   our relationship has never been the same.

fa84c6f4-07f0-4913-a609-de38e8ffd8c1

Mallett v. Town of Plainville

7/20/2004                                                    Richard Mallett

Page 163

1      Q    Okay.  So do you believe that both Mr. Becker

2   and Mr. Kaine started making these references to your

3   incompetence and/or being unsafe because you stood up

4   to Mr. Becker on this incident?

5      A    I believe so.  I believe that's true.

6      Q    Okay.  You're claiming, I believe, that my

7   clients have retaliated against you for not showing up

8   or not voting at the union meeting; is that correct?

9      A    That's correct.

10     Q    Are there any other reasons why you believe

11  Mr. Conklin has retaliated against you?

12     A    I believe Mike is following the lead of the

13  other two.  That's what I believe.  And I also believe

14  that if someone in that crew could do me harm or take

15  an opportunity from me, I believe -- I believe that

16  Donald Becker and James Kaine looked approvingly on

17  that.

18     Q    Okay.  But I'm asking you what you believe --

19  are there any activities that you were engaged in that

20  you believe Mr. Conklin had retaliated against you

21  for?

22     A    Well, the last -- when he threatened me, he

23  thought that I had ratted him out to a boss, which

24  turned out to be a lie, which Richard Tingle told him.

25  So I guess he was retaliating against me for what he

Page 165

```
 1    WPC, general questions, and I answered him.

 2         Q    Is there any other activity that you were

 3    engaged in that you believe Mr. Conklin has retaliated

 4    against you for?

 5         A    Not that I can recall right now.

 6         Q    Okay.  What activities do you believe you

 7    were engaged in that Mr. Kaine has retaliated against

 8    you for?

 9         A    In my opinion, I stood up to Donald Becker

10    and I believe I was not supposed to do that.  And like

11    I said, ever since that day in 1992, or whatever it was

12    when he told me that, said that to me, I believe that

13    he knew that Donald Becker was out of line but he stood

14    by him anyway.  And as I said, that's when things

15    changed for me and him after a long friendship.

16         Q    Do you believe that Mr. Kaine has retaliated

17    against you as a result of your engaging in any other

18    conduct?

19         A    I'm not sure.

20         Q    And why do you believe -- strike that.

21              What actions do you believe Mr. Becker has

22    retaliated against you for?

23         A    For standing up to him.

24         Q    Do you believe that you have been engaged in

25    any other activities that brought about retaliatory
```

fa84c6f4-07f0-4913-a609-de38e8ffd8c1

Mallett v. Town of Plainville

Page 168

1      Q    How many times did you complain about Mr.

2   Conklin's alleged harassment of you?

3      A    I believe just once, if I recall correctly.

4      Q    And when was that?

5      A    The day of the incident.  February 7th I

6   believe it was.

7      Q    And when you say -- when you say "incident,"

8   you're referring to the incident where he called you

9   cunt and --

10     A    Yes.  Pretty nasty.

11     Q    And Conklin was actually reprimanded for

12   that?

13     A    I believe so.

14     Q    And that's the only incident of alleged

15   harassment that you reported by Mr. Conklin?

16     A    That I reported, yes.

17     Q    How many times did you report Mr. Kaine's

18   alleged harassment of you?

19     A    To management?  I don't know.  I can't

20   recall.  To management, I don't know if I ever did.  I

21   don't recall.

22     Q    How many times did you report Mr. Becker's

23   alleged harassment of you?

24     A    I can't be sure.  Two or three times.  I'm

25   not sure.

Mallett v. Town of Plainvil...

7/20/2004                                                          Richard Mallett

Page 169

1    Q    When were those two or three times?

2    A    Well, the incident where he called me a

3    queer.  One time he called me a fat ass.  He had some

4    other words for me one day and I reported that.

5    Q    And do you recall when he called you the

6    queer?

7    A    Yes.

8    Q    When?

9    A    It was -- boy, I don't remember a specific

10   date.  It was early on in my career.  I believe it was

11   after I returned to the WPC.

12   Q    Okay.  Paragraph 28 of your complaint says

13   July 13, 1993.  Does that sound right?

14   A    I believe that sounds right.

15   Q    Okay.  And then you said there was a fat ass

16   comment.

17   A    Yes.

18   Q    Is that the same as what's referenced in

19   Paragraph 29, an incident on July 20, 1993?

20   A    29?

21   Q    Yes.

22   A    No, that's a different incident.

23   Q    Okay.  When did he call you fat ass?

24   A    I don't have the date.

25   Q    Do you know what year?

Brandon Smith Reporting

fa84c6f4-07f0-4913-a609-de38e8ffd8c1

Mallett v. Town of Plainville

7/20/2004                                                      Richard Mallett

Page 170

```
 1      A     It was -- it might have been the same year as

 2   the previous incident, but I'm not positive.  It was

 3   around the general time, as I recall.

 4      Q     And you reported both those incidents?

 5      A     Yes.

 6      Q     And then you said you maybe reported another

 7   incident where other words were used?

 8      A     Yes.

 9      Q     Okay.  What other words were used?

10      A     I was standing by a tank.  He rode by in a

11   truck and looked at me and said, Fuck you, asshole.  So

12   I figure I would report it, maybe it might stop some

13   day.

14      Q     So is that the incident reported on Paragraph

15   29 of your complaint?

16      A     Yes.

17      Q     So you reported -- strike that.

18            So we just discussed three incidents that you

19   believe occurred in 1993; is that correct?

20      A     In that general time frame.

21      Q     Okay.  Have you reported Mr. Becker's alleged

22   harassing conduct towards you at any time since 1993?

23      A     I don't recall.  I don't think so.  I believe

24   that's when I resigned myself to the fact that

25   complaining was just going to bring more retaliation
```

Brandon Smith Reporting

fa84c6f4-07f0-4913-a609-de38e8ffd8c1

Mallett v. Town of Plainv

7/20/2004

Richard Mallett

Page 171

1    and lost opportunities and more misery.

2         Q     Attorney Gagne had asked you earlier about

3    your May 14, 1994 grievance about harassing messages on

4    the bulletin board.  Do you remember that?

5         A     I remember talking about that.

6         Q     Do you recall in your prior deposition being

7    asked about what those harassing messages were?

8         A     I don't recall it, but he --

9         Q     In that testimony you had indicated that the

10   harassing messages that you recall were garbage being

11   taped on the bulletin board?

12        A     That was one incident.

13        Q     So you recall now another incident?

14        A     The Frankenstein picture, yes.  That was

15   shortly after I returned.

16        Q     Because you didn't mention the Frankenstein

17   in the prior deposition.

18        A     I didn't?  That's been on my mind for all

19   these years.  I'm sorry I didn't do that.  Because in

20   my opinion, it refers to my wife.  So --

21        Q     How does it refer to your wife?

22        A     In my opinion.  I can't believe -- it's a

23   picture of Frankenstein that Mr. Becker drew because he

24   told me words to that effect.

25        Q     Becker never told you that he drew it,

Brandon Smith Reporting

fa84c6f4-07f0-4913-a609-de38e8ffd8c1

Mallett v. Town of Plainville

7/20/2004                                                          Richard Mallett

Page 172

1    right?

2        A    I said, What is the meaning of this?  And he

3    said, I got a friend named -- I got a friend with a dog

4    named Harley or something.

5        Q    Okay.  That's not him telling you that he

6    drew it, right?

7        A    No.  He was -- I had seen many, many samples

8    of his artwork at the plant and it was similar.  And

9    there is no doubt in my mind that Mr. Becker left that

10   there for me.

11       Q    Did you see him do it?

12       A    No.

13       Q    Did anyone tell you that Mr. Becker put that

14   there?

15       A    He did in other words.

16       Q    You believed that that was him telling you

17   that he had done it?

18       A    Excuse me?

19       Q    You believed that that was him telling you

20   that he had done it by saying the part about the --

21       A    Yes.

22       Q    -- the friend.  Okay.  You never told me how

23   that was a reflection on your wife.

24       A    Well, he knows that I ride a motorcycle.  I

25   rode a motorcycle at the time.  It was a picture of

fa84c6f4-07f0-4913-a609-de38e8ffd8c1

Mallett v. Town of Plainvi...

7/20/2004                                                                 Richard Mallett

Page 173

1    Frankenstein.  In the past we had joked about being

2    tall.  Hey, Frankenstein.  Different what I thought

3    were friendly remarks, having fun.  So I made a mistake

4    a long time ago, I got a tattoo and he put that -- drew

5    that on one arm.  And I have a scar on my arm right

6    here he was very careful to put that on the other arm.

7    So I'm the only person in that place or anyone I know

8    that has a Number 1 on their arm and a scar on the

9    other arm.  And it says underneath it said, "Frank's

10   got a hog and he also has a motorcycle."

11             Now, if necessary, I believe I can bring an

12   officer of the Connecticut Motorcycle Riders

13   Association to come in and describe what, in his

14   opinion, that means.  That means to me that I have a

15   motorcycle and I have a hog, too.

16        Q     And the hog was a reference to your wife?

17        A     That's right.  And I still believe to this

18   day that this was part of his effort, as he told me

19   with his own words, to push me over the edge.

20        Q     And when was the Frankenstein put on the

21   board?

22        A     Oh, it was like two days after I returned to

23   the WPC.

24        Q     So back in '93?

25        A     I believe it was '93.

Brandon Smith Reporting

fa84c6f4-07f0-4913-a609-de38e8ffd8c1

Case 3:01-cv-01137-AHN    Document 98-5    Filed 09/29/2004    Page 15 of 21
Mallett v. Town of Plainvi
7/20/2004                                                    Richard Mallett

Page 175

1    but I did all the jobs I could do.  And I talked about

2    it with him and he said, Forget it, because it's not

3    going to happen.  They're not going to let it happen.

4    So just --

5        Q    How did Becker have the authority to give you

6    additional compensation?

7        A    He had a lot of influence in that department.

8    And there is no doubt in my mind that I would have got

9    it if he had approved it.

10       Q    Well, he wouldn't have been the one to

11   actually approve the compensation, right?

12       A    No.  But I believe he could have used his

13   influence to get it done.  No doubt in my mind.

14       Q    And he wasn't the final decision maker?

15       A    No.

16       Q    And Kaine wasn't the final decision maker?

17       A    No, but I believe they could have influenced

18   it, the decision.

19       Q    And one of them were the final decision maker

20   on having you removed from the lab; is that correct?

21       A    I don't know what their involvement with that

22   was.  I believe that there may have been some

23   involvement, but I can't say because I don't know for

24   sure.  But --

25       Q    Do you have any evidence that they were the

fa84c6f4-07f0-4913-a609-de38e8ffd8c1

Mallett v. Town of Plainville

7/20/2004                                                      Richard Mallett

Page 176

1    final decision maker with respect to your removal from

2    the lab?

3         A    No.

4         Q    And actually earlier in your deposition you

5    testified that it was Tingle's decision, right?

6         A    He was the -- I believe it was his

7    decision.

8         Q    Okay.  You had also mentioned earlier in your

9    deposition that Mr. Kaine had asked you or said to you

10   how could you handle working in the environment.  Do

11   you remember that?

12        A    Yes, I do.

13        Q    When did he say that to you?

14        A    I don't have the exact date.

15        Q    What year?

16        A    I'm not sure of that either.

17        Q    Is it your testimony that he asked you that

18   at the same time that he was allegedly harassing you as

19   well?

20        A    He was not friendly with me at that time.

21        Q    Was he harassing you at that time?

22        A    That particular instance I don't recall him

23   harassing me right then.

24        Q    Any time prior to then?

25        A    Well, there were incidents and sometimes long

fa84c6f4-07f0-4913-a609-de38e8ffd8c1

Mallett v. Town of Plainv

7/20/2004                                                        Richard Mallett

Page 177

1   periods of time in between, weeks maybe, there would

2   always be another incident.  It was just a matter of

3   time for me.

4        Q    Had Mr. Kaine harassed you at all prior to

5   him asking you how you could handle working in that

6   environment?

7        A    Boy, I don't recall right now.

8        Q    Okay.  And you also don't recall when he

9   asked you that?

10       A    No.

11       Q    And it's my understanding that you did not

12   file a grievance against Becker or Kaine as referenced

13   in your complaint in Paragraphs 33 and 34; is that

14   correct?

15       A    I don't believe the grievance was the way to

16   go with that.  I believe you just report it to your

17   supervisor if you see something that's not right.

18       Q    Okay.  Did you tell your supervisor that you

19   believed Kaine was misusing town property?

20       A    Repeat that, please.

21       Q    Did you tell any of your supervisors that

22   Kaine was misusing town property?

23       A    I don't remember saying that to any of my

24   supervisors.

25       Q    Did you tell any of your supervisors that you

fa84c6f4-07f0-4913-a609-de38e8ffd8c1

Page 178

1    believed Kaine -- strike that.

2            Did you complain to any of your supervisors

3    about Kaine's raising and keeping a pit bull at the

4    WPC?

5       A    I don't recall complaining to my supervisors

6    about that.

7       Q    Did you complain to any of your supervisors

8    that Becker had posted harassing messages on the WPC

9    bulletin board targeted at you?

10      A    I don't recall that.

11      Q    You had also mentioned that Doug -- someone I

12   didn't write down the last name.

13      A    Kahle.

14      Q    Kahle told you that Becker was orchestrating

15   harassment against you; is that correct?

16      A    Yes.

17      Q    When did he tell you that?

18      A    I'm not sure of the date.

19      Q    Do you know what year?

20      A    Approximately 2000 -- or 1999.  Around in

21   that area.  I'm not really sure.  It was towards the

22   end of my career.

23      Q    Did he tell you how he knew that?

24      A    He had told me that he had overheard him

25   talking many times about how he would -- was out to get

fa84c6f4-07f0-4913-a609-de38e8ffd8c1

Mallett v. Town of Plainville

7/20/2004                                                    Richard Mallett

Page 182

1          Q      That was a different conspiracy, right?

2      There was one that you said started after the union

3      meeting in 1999?

4          A      In my opinion, it was a continuation of a

5      pattern of bad treatment that I had suffered for

6      years.

7          Q      Okay.  What evidence do you have that there

8      was a conspiracy?  That these people actually got

9      together and said, Let's conspire against Mr.

10     Mallett?

11         A      It was my opinion that there was a

12     conspiracy.

13         Q      Do you have any evidence of that?

14         A      My being avoided, disassociated with.  The

15     day after I refused to sign that document, Donald

16     Becker put my time card at the bottom of the time card

17     slot.  All the time cards would be lined up and mine

18     would be -- it might be a small thing, but there was no

19     doubt in my mind it was part of his effort to push me

20     over the edge again.

21         Q      My reading of your deposition testimony last

22     time is you never seen Mr. Becker do that with your

23     time cards, correct?

24         A      No, I didn't see him.  He was the time

25     keeper.  He was the only one that was supposed to --

fa84c6f4-07f0-4913-a609-de38e8ffd8c1

7/20/2004                                          Richard Mallett

Page 183

1        Q    Did anyone else have access to the time

2    cards?

3        A    Anyone that walked by, I suppose.

4        Q    And you never saw Mr. Becker do that with

5    your time cards, right?

6        A    I don't recall if I saw him put them back in

7    the morning.  I don't recall.

8        Q    Again, what evidence though -- or do you have

9    any evidence that these people got together to conspire

10   against you?

11       A    They're all avoiding me.

12       Q    And that could have been an independent

13   decision made by each of them, right?  In other words,

14   they could have all been upset that you didn't sign the

15   memorandum without talking to each other.  They could

16   have independently said, You know what, this guy either

17   I don't like him or I don't like what he's doing.

18       A    That's possible, I suppose.

19       Q    Do you have any reason that they got together

20   and said --

21       A    Well, they would all -- when I would walk

22   into a room they would all leave together and all go

23   congregate together and have picnics together.  So they

24   did a lot together.  When it was an emergency or

25   something, I remember seeing a lot of them going out

Mallett v. Town of Plainville

7/20/2004                                                                Richard Mallett

Page 187

1                    STATE OF CONNECTICUT

2        I, Bethany A. Carrier, LSR 071, a Notary Public,

3   duly commissioned and qualified in and for the State of

4   Connecticut, do hereby certify that pursuant to Notice,

5   there came before me on the 20th day of July, 2004, the

6   following-named person, to wit:  RICHARD B. MALLETT,

7   who was by me duly sworn to testify to the truth and

8   nothing but the truth; that he was thereupon carefully

9   examined upon his oath and his examination reduced to

10  writing under my supervision; that this deposition is a

11  true record of the testimony given by the witness.

12       I further certify that I am neither attorney nor

13  counsel for nor related to nor employed by any of the

14  parties to the action in which this deposition is

15  taken, and further that I am not a relative or employee

16  of any attorney or counsel employed by the parties

17  hereto, or financially interested in this action.

18       IN WITNESS THEREOF, I have hereunto set my hand
    this ___28TH___ day of ___July_____, 2004.
19

20

21                    _Bethany Carrier_____
                            Bethany A. Carrier
22                            Notary Public

23

    My Commission Expires:
24  October 31, 2008

25

Brandon Smith Reporting

fa84c6f4-07f0-4913-a609-de38e8ffd8c1