1

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

3

RICHARD MALLETT                    3:01CV1137 (AHN)

4

VS.                                DECEMBER 4, 2001

5

6

7

8

9

10

TOWN OF PLAINVILLE; AND IN
THEIR INDIVIDUAL AND OFFICIAL
CAPACITIES: JOHN BOHENKO, FORMER
TOWN MANAGER; ROBERT JACKSON, TOWN MANAGER;
SHIRLEY OSLE, ASSISTANT TOWN MANAGER;
ROBERT JAHN, DIRECTOR WATER POLLUTION CONTROL;
DONALD BECKER, JAMES KAINE, MICHAEL CONKLIN;
BUTCH PARADIS, FORMER MUNICIPAL EMPLOYEES
UNION PRESIDENT; STEVEN CLARK, MUNICIPAL
EMPLOYEES UNION PRESIDENT,
AMERICAN FEDERATION OF STATE, COUNTY
AND MUNICIPAL EMPLOYEES, LOCAL 1303-56

11

12

13

DEPOSITION OF RICHARD MALLETT

14

15

APPEARANCES:

16

17

18

LAW OFFICES OF JAMES BREWER
      Attorneys for the Plaintiff
      818 Farmington Avenue
      West Hartford, Connecticut 06119
BY:  ERIN O'NEIL-BAKER, ESQUIRE

19

20

21

22

HOWD & LUDORF
      Attorneys for the Defendants
      Donald Becker, James Kaine and
      Michael Conklin
      65 Wethersfield Avenue
      Hartford, Connecticut 06114
BY:  MICHAEL ROSE, ESQUIRE

23

24

25

SUSAN LEMIRE
REGISTERED PROFESSIONAL REPORTER

NIZIANKIEWICZ & MILLER REPORTING SERVICE

EXHIBIT B

```
 1    APPEARANCES:
      (Continued)
 2
                        EISENBERG, ANDERSON, MICHALIK
 3                      AND LYNCH
                            For the Defendants,
 4                          Water Pollution Control,
                            Shirley Osle, Robert Jahn, Robert
 5                          Jackson, John Bohenko and the
                            Town of Plainville
 6                          136 West Main Street
                            New Britain, Connecticut
 7                      BY:  DENNIS CICCARILLO, ESQ.

 8
                        J. WILLIAM GAGNE, JR., ESQUIRE
 9                          For the Defendants, Butch
                            Paradis, Steven Clark
10                          and AFSCME
                            1260 Silas Deane Highway
11                          Wethersfield, Connecticut 06109

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

NIZIANKIEWICZ & MILLER REPORTING SERVICE

1    A    I don't ever remember talking about the WPC

2    before that.  I may have.  I don't recall.  I know we

3    talked about the Roadways Department, Highway

4    Department.

5        Q    Now, how long had you been laid off as of

6    the time that Becker and Kaine came to your home in

7    1990?

8        A    I believe it was about three months,

9    somewhere around that area.  That's usually -- one

10   year I got laid off -- about three months, I would

11   say, give or take.

12       Q    That was the first time you met Donald

13   Becker?

14       A    I believe so.  I don't recall meeting him

15   before that.  I may have seen him around.  A formal

16   meeting, I don't recall meeting him before that.

17       Q    Do you recall what Mr. Becker said to you

18   at this first meeting in 1990?

19       A    Basically, it was there's an opening.  I

20   don't specifically recall who said what, thinking back

21   now.  But I was told of the opening and there was an

22   opportunity for me.

23       Q    Did Mr. Becker encourage you to apply for

24   the position?

25       A    I believe they both did, yes.


                NIZIANKIEWICZ & MILLER REPORTING SERVICE

26

```
 1    remember one, I believe was Arnie Lyons who worked at

 2    the WPC at the time.  I don't remember who the other

 3    people were.

 4         Q    Did either Mr. Becker or Mr. Kaine

 5    interview you?

 6         A    I don't believe they were involved with

 7    that process.

 8         Q    Do you know if they provided any

 9    recommendations or references for you?

10         A    I'm sure they did.

11         Q    Why are you sure that they did?

12         A    Because they came to my house and said

13    there was an opening, encouraged me to apply.  That's

14    why I say I'm sure they did.

15         Q    So you acknowledge that these two gentlemen

16    helped you get the position at the WPC, correct?

17         A    Yes.

18         Q    What was the eventual title that you

19    obtained?

20         A    Operator one.

21         Q    What was the approximate date that you came

22    aboard?

23         A    I believe it was February of '90.

24         Q    What was Donald Becker's title as of

25    February of 1990?
```

NIZIANKIEWICZ & MILLER REPORTING SERVICE

1       A       I believe it was operator two.

2       Q       Are you sure about that?

3       A       No.

4       Q       What was Mr. Kaine's title as of February

5    of 1990?

6       A       I believe he was operator two, also, but --

7    I believe so because I've never -- I think he was an

8    operator two.

9       Q       What was your rate of pay when you started,

10   if you recall?

11      A       Approximately, twelve dollars an hour, I

12   think it was to start.  I'd have to check.  I am not

13   really sure about that.

14      Q       Now, you indicated that you believe both

15   Becker and Kaine were operator twos.  When you entered

16   WPC, did you look to them as supervisors or as

17   co-workers?  In other words --

18      A       Co-workers.

19      Q       You understood the question.

20      A       Yes.

21      Q       Becker and Kaine weren't your boss when you

22   went to WPC, right?

23      A       Correct.

24      Q       Now, granted it's difficult to really go

25   back ten years in time and recall your impressions,

NIZIANKIEWICZ & MILLER REPORTING SERVICE

1          A       Where?

2          Q       Yes.   Is that too broad?   Do you want me to

3     give you a more specific question?

4          A       Sure.

5          Q       Looking at Defendants' Exhibit 1, which is

6     the Plaintiff's Complaint dated June 19th, 2001,

7     paragraph eleven, it notes that you started working in

8     March at the WPC.   And paragraph twelve says that soon

9     after your hire you noticed defendant Becker consuming

10    alcohol, including beer and whiskey.

11         A       Yes.

12         Q       What's the importance of that?   Why is that

13    in your lawsuit?

14         A       Could I read that?

15         Q       Sure.

16                 (Pause.)

17         A       This was taken from the documentation that

18    I had given to Mr. Brewer, my diary or whatever, my

19    notes.

20         Q       When you noticed Mr. Becker consuming

21    alcohol, when was that?

22         A       It was early on in my employment there.

23    Specific date, I can't give you right now.

24         Q       Did you report it to anyone?

25         A       The bosses, they were aware of it.


                NIZIANKIEWICZ & MILLER REPORTING SERVICE

30

1        Q    That was not my question.

2        A    Can you repeat it.

3        Q    Did you report it to anyone?

4        A    No.  I don't remember reporting it to

5   anyone.

6        Q    When was the last time you saw Becker

7   consume alcohol at WPC while working?

8        A    I don't recall.  It's been a long time.

9        Q    How long is the last time, five years, at

10  least?

11       A    I would say as a guess, five.  I'm not

12  really sure. I don't want to --

13       Q    Can you recall independently ever seeing

14  Don Becker consuming alcohol at work at any point in

15  the last five years?

16       A    No.

17       Q    Let me ask you this.  Isn't it true you

18  gave Don Becker alcohol as a present for helping you

19  get the position?

20       A    Yes.

21       Q    And you gave Jim Kaine a case of Budweiser

22  as a thanks for getting the job?

23       A    Yes, I did.

24       Q    Were you upset when you saw Donald Becker

25  consuming alcohol sometime in say 1990, '91?


                NIZIANKIEWICZ & MILLER REPORTING SERVICE

31

```
1         A      Could you rephrase that?

2         Q      Well, is there something about it that you

3    don't understand?

4         A      Could you just ask me one more time, that

5    question.

6         Q      Sure.   I'll have the Court Reporter read it

7    back.

8                       (Pending question read by the

9                       Reporter.)

10        A      I would say no.

11   BY MR. ROSE:

12        Q      And you didn't report it to management?

13        A      '90, '91?  I don't believe reporting it to

14   anybody.

15        Q      In other words --

16        A      I don't remember reporting it to anybody.

17        Q      When you would see Becker drinking, was he

18   so intoxicated that he couldn't perform his job on any

19   of these occasions?

20        A      I feel my answer would be an opinion.

21        Q      Well, I'm asking you, then, for an opinion.

22        A      In my opinion, my opinion I believe that he

23   was more than likely impaired at one time or another.

24        Q      Why didn't you report it to management?

25        A      Well, management was already aware it was
```

NIZIANKIEWICZ & MILLER REPORTING SERVICE

33

```
 1        Q      Why did you report Mr. Becker to Mr., is it

 2   Bohenko?

 3        A      Yes.

 4        Q      Why did you report him?

 5        A      When I left there I wanted to describe

 6   conditions that led to my leaving there, that led me

 7   to want to leave there.

 8        Q      You already told me, though, it didn't

 9   upset you that you had seen Mr. Becker drinking at

10   work, correct?

11        A      Yes.

12        Q      So if it didn't upset you to see him

13   drinking, would it be fair to assume the only reason

14   you would have reported Mr. Becker would be to get him

15   in trouble?

16        A      I would say no.

17        Q      It didn't bother you, you told me that,

18   right?

19        A      No.

20        Q      You were leaving WPC?

21        A      Yes.

22        Q      And you told Mr. Becker's supervisor that

23   he was consuming alcohol; for what purpose?

24        A      To explain the conditions that I felt, that

25   was just one piece of, one of the conditions that made
```

NIZIANKIEWICZ & MILLER REPORTING SERVICE

39

1  inappropriate in that limited time period?

2      A    From?

3      Q    Your Complaint, from 1990 to 1991.

4  Paragraph thirteen.

5      A    I don't know if it's as specific as you

6  want it, but there are several, many incidents where

7  Mr. Becker would address people in what I felt was

8  inappropriate language, abusive.

9      Q    Like what?

10     A    Hum.  Criticizing people.

11     Q    For what, for their weight?  For their

12  height, job performance?

13     A    I would say job performance.

14     Q    And you thought what was inappropriate

15  about that?

16     A    I didn't think it was warranted a lot of

17  times.

18     Q    So you saw one of your co-workers

19  criticizing the work of other co-workers; is that

20  correct?

21     A    Yes.

22     Q    And you personally don't think it was

23  warranted?

24     A    No.

25     Q    Is that correct?


            NIZIANKIEWICZ & MILLER REPORTING SERVICE

40

1      A      Yes.

2      Q      And you'll acknowledge that you had all the

3   experience of approximately one year at WPC as of the

4   time you were making these observations?

5      A      Yes.

6      Q      And how long had Mr. Becker been there?

7      A      A long time.  I'm not sure.

8      Q      Ten, fifteen, twenty years?

9      A      Fifteen, I would say.  Maybe more.

10      Q      And was this what you label harassment

11   directed towards anyone in particular that you can

12   recall at this time?

13      A      I don't recall specific incidents involving

14   specific individuals right now.  I can't recall that.

15      Q      Did you report at any time prior to June of

16   1991 this allegedly abusive behavior to any of your

17   supervisors?

18      A      I had talked to them but I don't remember

19   the dates.  I honestly don't remember.

20      Q      Who did you talk to?

21      A      Joe Watkins.

22      Q      What did you tell him?

23      A      Basically that there was people being

24   treated inappropriately.

25      Q      Go ahead.


                NIZIANKIEWICZ & MILLER REPORTING SERVICE

41

```
 1          A       As I recall, as best as I recall.
 2          Q       Isn't it true that you thought Mr. Becker
 3     was picking on co-employees?  Yes or no.
 4          A       Yes.
 5          Q       And he did that to a variety of people,
 6     right?
 7          A       Yes.
 8          Q       Yourself included?
 9          A       Yes.
10          Q       He didn't do it just to women, did he?
11          A       No.
12          Q       He didn't do it just to minorities, did he?
13          A       No.
14          Q       Tell me about the times that Mr. Becker
15     criticized you in a way that you think is
16     inappropriate, in this time period, if you can recall.
17          A       Well, the first incident that I was
18     involved with was, I believe it was '91.  I think it
19     was '91.  I don't know the date for sure.  But we were
20     on a roof with a digester and we were doing a job and
21     Don Becker came up and started yelling at us and
22     acting very inappropriately towards me and another
23     employee, and I thought that was inappropriate.
24          Q       Who's "us"?  Who were you with?
25          A       This guy, Emeral Belinger.
```

NIZIANKIEWICZ & MILLER REPORTING SERVICE

42

1      Q      What were you doing at the time?

2      A      Pumping a digester.  We were on a roof.

3      Q      Were you at the time performing that

4  function the way it was instructed to be performed?

5      A      Yes.

6      Q      You were?

7      A      Yes.

8      Q      You were not making any errors in the

9  protocol or produce for pumping that digester?

10      A      I remember the pump was clogged.  I

11  remember that.  Because the pump was off, actually.

12  We weren't pumping and you had to drag it out and

13  unclog it, as best I can remember, and it wasn't

14  pumping at the time.

15      Q      What did Don Becker say to you when he came

16  up to that digester in 1991?

17      A      He told us to get the, get the thing

18  pumping, I believe he said, because Arnie was

19  watching, who was the boss, and the pump wasn't

20  running.  It was supposed to be running.  We had a job

21  to do.  It wasn't running and it was, we explained --

22  wait a minute.  I'm not sure if we explained right

23  there it was plugged or not, because I was kind of

24  surprised at the way he was talking to us.  So I don't

25  specifically remember if I had an exchange with him up


NIZIANKIEWICZ & MILLER REPORTING SERVICE

43

1    there.  But as I recall, a pump was clogged, it wasn't

2    pumping.  It should have been.  And we were working to

3    get it back in operation.  That's when Don came up and

4    started yelling at us.

5         Q    Is that the most significant or severe act

6    of harassment that you can attribute to Don Becker in

7    the period of 1990 to 1991, March '90 to June 1991?

8         A    Involving myself?

9         Q    Yes.

10        A    I believe so.

11        Q    So that's what you mean by harassment, Mr.

12   Becker wasn't nice to you?

13        A    No.

14        Q    What do you mean by harassment?  Did he

15   sexually harass you at any point from March '90 to

16   June, 1991?

17        A    No.

18        Q    So what exactly do you mean by harassment?

19   Just not treating you nicely?

20        A    He spoke to me, us, in an inappropriate way

21   that was not consistent with his position, or

22   anybody's position, for that matter.

23        Q    So he wasn't nice to you?

24        A    No.

25        Q    And that made you upset?


NIZIANKIEWICZ & MILLER REPORTING SERVICE

```
1        A       Yeah.  Yes.  Sorry.  Yes.

2        Q       Paragraph fourteen says "On or about June

3  1991, plaintiff was, himself, harassed and threatened

4  by Becker while at the WPC."

5                Tell us about that incident where Mr.

6  Becker harassed you and threatened you.

7        A       That I, there were several incidents,

8  however I'm, if I recall correctly, there was one of

9  the times when I was told something like, my way or

10  highway; if you don't like it, here is the gate.

11  Things of that nature.

12        Q       So you thought that was a threat?

13        A       I think so.

14        Q       Did Donald Becker ever physically threaten

15  you up through June of 1991?

16        A       No.

17        Q       So this statement that says "On or about

18  June 1991 plaintiff, himself, was harassed and

19  threatened by Becker," that's not true, is it, he

20  never threatened you?

21        A       Threats come in different forms.

22        Q       What type of threat did Don Becker give you

23  that led you to put this in your journal, which is now

24  in your lawsuit?  Did he say hey, Mallett, I'm going

25  to kill you?
```

NIZIANKIEWICZ & MILLER REPORTING SERVICE

47

1    A       Under those conditions at that time, I

2  think it could be considered that, yes.

3       Q       Did you consider it?  This is your lawsuit.

4       A       Yes.

5       Q       You thought that that was violent to say

6  "My way or the highway"?  That's violent?

7       A       Under that set of circumstances, at that

8  time, I considered it to be violent.

9       Q       What was the set of circumstances that made

10  it so violent?  Did he have a firearm?

11      A       Not that I know of.

12      Q       Was he intoxicated?

13      A       I can't say for sure each incident.

14      Q       Was he physically threatening you?

15      A       No.

16      Q       How tall are you?

17      A       Six foot four.

18      Q       How tall is Mr. Becker?

19      A       I'm not sure.

20      Q       He's not six-four?

21      A       No.

22      Q       Five-six, five-seven?

23      A       Uh-huh.

24      Q       How much do you weigh?

25      A       Right now, about two thirty-five.


NIZIANKIEWICZ & MILLER REPORTING SERVICE

48

1      Q      What did you weigh back in '91?

2      A      Two thirty-five.

3      Q      What did Becker weigh in 1991?

4      A      I don't know.  I have no idea.

5      Q      You found those statements, "My way or the

6  highway" to be violent, is that what your testimony

7  is?

8      A      Under those circumstances, at that time,

9  that's the way it made me feel.

10     Q      Paragraph sixteen notes "Kaine participated

11  in this."  Again, only going up to June of 1991, what

12  happened with Mr. Kaine?

13     A      Similar incidents.

14     Q      Now, Kaine was your friend, right?

15     A      Absolutely.

16     Q      So do you have any suspicions or thought as

17  to why Mr. Kaine started treating you violently?

18     A      I believe I wasn't living up to, I believe

19  he believed that I wasn't living up to expectations of

20  an employee.

21     Q      So the comments that Kaine gave you were

22  work related, is that fair to say?

23     A      During this time, I believe so.

24     Q      He was dissatisfied with your job

25  performance?


NIZIANKIEWICZ & MILLER REPORTING SERVICE

49

1         A      I think so.

2         Q      And that's what you're referring to as

3    violent verbal attacks, correct?

4         A      At that time, under the circumstances, at

5    that time.

6         Q      I know you've said that twice and I know

7    under the circumstances.

8         A      I'm not trying to be smart with you.  I'm

9    trying to explain, at that time I considered it to be

10   violent.

11        Q      So let me ask you this.  Can you tell me

12   anything that Jim Kaine did or said to you prior to

13   the time that you first saw Doctor Paul Gallagher that

14   you would consider a violent verbal attack?  Can you

15   name one thing?

16        A      I remember back in those days there were

17   what were considered crew meanings.  What it turned

18   out to be was more or less a criticizing meeting, just

19   to, that's what it seemed to me to be like, anyway,

20   just to criticize whoever it may be.  And more often

21   than not I was criticized.  And, like I said, during

22   those meetings, under those circumstances, at that

23   time, I did consider a lot of these times to be

24   violent.

25        Q      You don't like being criticized, is that

NIZIANKIEWICZ & MILLER REPORTING SERVICE

```
 1   fair?

 2        A     I haven't a problem being criticized.

 3        Q     Isn't that one of the reasons you're suing

 4   these defendants, because they criticized you

 5   violently?

 6        A     Under those circumstances, at that time, I

 7   considered it to be violent.

 8        Q     So you like criticism or you don't like

 9   criticism?

10        A     It's a part of life.

11        Q     Were you upset when these defendants

12   criticized you prior to July 31st, 1992?

13        A     Was I upset?

14        Q     Uh-huh.

15        A     I believe I was every time to a certain

16   extent.

17        Q     Why did you leave the WPC on July 31st,

18   1992?

19        A     I just felt like I couldn't function

20   anymore down there under the conditions.

21        Q     Is there anything more violent or

22   physically threatening than what you've already

23   described to me today under oath that led up to you to

24   leaving?

25        A     I don't recall right now.  I don't recall
```

NIZIANKIEWICZ & MILLER REPORTING SERVICE

56

1    building and I asked him to move, because I had to get

2    the bail of rags into the building, and that's when

3    that incident occurred.

4         Q    The record's not going to reflect what it

5    is.  You have to tell us what Becker said to you.

6         A    I went to move the bail of rags into the

7    building to off load it off the truck and I remember

8    he was standing in the doorway, and I said, could you

9    please move.  And I believe he moved.  I said

10   something like, I don't want to hit one of you men

11   with the bail.  It's a bail, big bail.  Then he said

12   something to me to the effect that, you're damn right

13   you don't want to hit one of us.  So I moved the bail

14   inside, came out to the truck and that's when he

15   referred to me as a fucking queer.  There were other

16   words that I can't recall every word that happened.

17        Q    Were you staring at him at the time that he

18   said it or at any time prior to that?

19        A    Was I staring at him when he said it?

20        Q    Or at any time prior to it.

21        A    Staring at him?  I don't think so.  I don't

22   recall.

23        Q    You might have been?  You can't recall one

24   way or the other?

25        A    I don't believe I was staring at him.  I

NIZIANKIEWICZ & MILLER REPORTING SERVICE

1    was trying to do my job, just get out of there.  I

2    wasn't staring at anybody, because I could feel that

3    it wasn't a happy place to be.

4         Q    Now, Mr. Becker called you a fucking queer,

5    correct?

6         A    Yes.

7         Q    And what did you say in response?

8         A    I don't recall saying anything.

9         Q    Did you feel he was making that statement

10   to you because he thought you were homosexual?

11        A    I don't know what he was thinking.

12        Q    Do you believe that his motivation in

13   saying that was geared by some sort of animosity

14   toward your gender?  You're a male, correct?  I'm not

15   being flip, but you're a male?

16        A    Yes.

17        Q    Do you think Mr. Becker has anything

18   against men?

19        A    I don't know.  I couldn't speak for him.

20        Q    Okay.  Did you report that comment to any

21   person that you worked for, any supervisor?

22        A    I believe it was Joe Watkins there at the

23   time, I believe.

24        Q    How soon afterwards?

25        A    I don't recall.


                NIZIANKIEWICZ & MILLER REPORTING SERVICE

1      Q      That's not my question.  There is a very
2  specific date here.  How would you know that unless
3  you recorded it and wrote it down?  Right?
4      A      Yes.
5      Q      In paragraph twenty-nine you also have this
6  date of July 20th, it's your testimony that you've
7  also written that down, correct?
8      A      Yes.  It had to be because that's where
9  that came from, yes.
10     Q      Rather than writing it down, why didn't you
11 report these comments up to management?
12     A      I believe I did.
13     Q      Okay.  Did you write down to whom you
14 reported it to?
15     A      I don't know if I did or not.
16     Q      Now, when Mr. Becker allegedly said "fuck
17 you asshole" to you, where were you?
18     A      I was at the front.  There's these tanks.
19 Or at the side.  Somewhere to the front to the side of
20 a tank and he rode by and said that to me.
21     Q      What did you say in response that?
22     A      Nothing.
23     Q      Next paragraph says "On July 26th, Becker
24 and Kaine harassed and taunted the plaintiff while at
25 work."


NIZIANKIEWICZ & MILLER REPORTING SERVICE

60

1          What do you mean by saying that both Becker

2     and Kaine harassed and taunted you while at work?

3     What did they do?

4          A     I believe this was the incident in my

5     supervisor's office, I believe.  I went in to empty a

6     garbage can, Mr. Becker went up to my ear and made

7     baby noises in my ear like wah, wah.  I believe this

8     is the time I'm referring to.  And I thought that was

9     taunting.

10          Q     What did Mr. Kaine do?

11          A     He was, he was in the office and he was, I

12     believe he thought it was kind of funny.  He was

13     acting like it was a joke.

14          Q     You're not suing him because he thought

15     something was funny.  You have a made an allegation

16     that he, Kaine, harassed and taunted you, in paragraph

17     thirty.  What did Kaine do to harass and taunt you as

18     you've described it in paragraph thirty?

19          A     This specific time?

20          Q     Yes.

21          A     I don't remember that day.  I believe, I

22     believe his attitude and laughter and -- contributed

23     to the event.

24          Q     So he didn't harass or taunt you, did he?

25          A     I believe under those circumstances and in

NIZIANKIEWICZ & MILLER REPORTING SERVICE

61

1   that room that day, I considered that, if I did that

2   to somebody I would think I was harassing them.

3          Q     Would you expect you'd get sued for it?

4          A     For this one particular incident?  Probably

5   not.

6          Q     Now, let's start talking about the Patricia

7   Cassidy situation.  Paragraph thirty-one of your

8   Complaint notes that "In August '93 you were

9   interviewed by Bohenko about Becker's alleged

10  harassment of the plaintiff and other employees,

11  especially Patricia Cassidy."

12         What actual observations did you make

13  regarding Mr. Becker that implicated him in several

14  instances of harassment?

15         A     Well, I don't know the specifics of her

16  Complaint, but from what I saw there was alcohol being

17  drank at that time and some gestures were made that I

18  thought were inappropriate.

19         Q     What were the gestures -- first of all, I

20  take it you observed these gestures?

21         A     Yes.  We all used to have lunch together.

22         Q     What were the gestures that you observed

23  that you thought were inappropriate done by Mr.

24  Becker?

25         A     Well, there was the cheek thing.


                NIZIANKIEWICZ & MILLER REPORTING SERVICE

62

```
1            Q      What's the cheek thing?

2            A      Well, there was a movement where you grab

3     and make a noise with his mouth when she would turn

4     around.  I took it as pretty offensive if she would

5     have seen what was happening.

6            Q      What was offensive about it?  What's often

7     significant about pulling on someone's own cheek?

8            A      I believe it was, I believe it was to

9     assimilate some kind of act.

10           Q      What kind of act?  I'm not trying to

11    embarrass you.  I need to understand what you thought

12    it was.  What did you think Mr. Becker was trying to

13    assimilate?

14           A      I'm not positive.

15           Q      Intercourse or something like that?

16           A      Something -- something sexual.  I don't

17    know.

18           Q      Did --

19           A      Actually, it was kind of embarrassing.

20           Q      Did Mrs. Cassidy ever see this incident?

21           A      I'm not sure.

22           Q      Okay.  So you told the Town manager, is it,

23    Bohenko, that Mr. Becker pulled on his cheek and did

24    that?  And we're talking about the sexual harassment

25    case of Patricia Cassidy.  What else did you tell
```

NIZIANKIEWICZ & MILLER REPORTING SERVICE

63

1    Bohenko that Becker did?

2        A    He used to throw the bottlecaps over head,

3    beer bottle caps.

4        Q    Is that sexual harassment, throwing bottle

5    caps over your head?

6        A    Probably not.

7        Q    What else did you tell Bohenko that Becker

8    did regarding the sexual harassment claim of Mrs.

9    Cassidy?

10       A    I don't recall right now.

11       Q    Well, is there anything else you recall?

12   Because one of the difficult things for me is you say

13   you don't recall now and then you recall at trial.

14       A    I understand.

15       Q    I'm going to have to ask you to have as

16   much specifics at trial.  Granted your recollection

17   may get refreshed.  Is there anything else you can

18   recall that you told the Town manager about the

19   alleged sexual harassment of Patricia Cassidy?

20       A    I'm sorry.  Right now I can't recall.

21       Q    Do you know firsthand that Becker was

22   suspended for three days on October 7th, as you allege

23   in paragraph thirty-two?

24       A    Yes.

25       Q    Do you know what that was for?


                NIZIANKIEWICZ & MILLER REPORTING SERVICE

64

```
 1          A      For harassing me.

 2          Q      Okay.  So it wasn't for harassing Patricia

 3   Cassidy?

 4          A      I believe it was a combination.  Because we

 5   both went to a suspension appeal, so it had to be both

 6   of us.

 7          Q      Did you ever file a claim with the EEOC in

 8   which you allege that you had been retaliated against

 9   by Mr. Becker for participating in a sexual harassment

10   investigation?

11          A      I don't believe I ever filed an EEOC

12   complaint.

13          Q      Did you ever file a complaint with the

14   Connecticut Commission on Human Rights and

15   Opportunities alleging that you had been retaliated

16   against by Mr. Becker for participating in a sexual

17   harassment investigation?

18          A      I don't believe so.

19          Q      Now, paragraph thirty-three of your

20   Complaint talks about May 13th, 1994 where you filed a

21   grievance against Becker for posting harassing

22   messages on the bulletin board.

23                 What harassing messages were on the

24   bulletin board?

25          A      What was the date of that?
```

NIZIANKIEWICZ & MILLER REPORTING SERVICE

65

```
1          Q      May 13, 1994, paragraph thirty-three.

2          A      Well, that may have been the time there was

3   like all kinds of garbage put up on the bulletin board

4   where I was working, miscellaneous garbage.

5          Q      Like what?

6          A      Rags, pieces of paper, rags, an empty

7   container of goo or something like that.  I don't know

8   what it contained.

9          Q      Is that what you're referring to when you

10  say "posting harassing messages on the WPC bulletin

11  board, targeted at plaintiff"?

12         A      For '94?  I'm not really sure about that

13  one.  There may have been more there than I recall

14  now.

15         Q      I will let you look at the Complaint.

16  Paragraph thirty-three you allege that Mr. Becker put

17  up --

18         A      Yeah, that was probably the time I referred

19  to with all the miscellaneous garbage.  There may have

20  been a note or something up there with the material.

21  I don't recall specifically but there was a bunch of

22  miscellaneous garbage put up on the bulletin board.

23         Q      What does miscellaneous garbage mean?  What

24  did he put up that was taunting and harassing?

25         A      It was just like I said, a bunch of garbage
```

NIZIANKIEWICZ & MILLER REPORTING SERVICE

66

1   put up on the bulletin board.  It would have no reason

2   to be there.

3          Q      Why did you believe it was directed to you?

4          A      Because I was working over there at the

5   time.

6          Q      Is that the only reason you believe this,

7   as you call it, miscellaneous garbage was directed at

8   you because you were working there?

9          A      I assume so.

10         Q      Okay.  Was anyone else working at the

11  facility at the time?

12         A      Not in this building.

13         Q      And did you ever see Mr. Becker put this

14  up?

15         A      No.

16         Q      But you made a complaint against him,

17  anyway, even though you never saw him doing it?

18         A      I don't remember the specifics of my

19  Complaint.

20         Q      How do you know Mr. Becker was putting it

21  up, then?

22         A      It's possible, it's possible that another

23  person may have, but I didn't think so.

24         Q      So you filed an internal grievance against

25  Becker for putting, what did you say, rags and papers


                NIZIANKIEWICZ & MILLER REPORTING SERVICE

1    on a bulletin board?

2        A        Uh-huh.

3        Q        Okay.   Paragraph thirty-four says "On or

4    about May 13, 1994, the plaintiff filed numerous

5    grievances against Kline." I take it that should say

6    "Kaine," right?

7        A        Yes.

8        Q        One of them was for misuse of Town

9    property.  You filed a grievance against the fellow

10   who got you a job for misuse of Town property?

11       A        Uh-huh.

12       Q        What did you think he was doing that was

13   misusing Town property?

14       A        I believe it was the weight room.  At that

15   time I believe I thought it was the weight room area.

16       Q        I'm curious why you would report on

17   somebody who got you a job for setting up a weight

18   room?

19       A        During this time, I felt as though I was

20   being mistreated.

21       Q        And you wanted to get back at them, right?

22       A        I didn't finish.

23       Q        That's right, isn't it, you felt you were

24   being mistreated and you wanted to get back at them so

25   you started making reports against Becker and Kaine?


                NIZIANKIEWICZ & MILLER REPORTING SERVICE

68

```
1          A        I wouldn't put it that way.

2          Q        When did you first learn there was a weight

3     room?

4          A        As soon as I got there, I guess.

5          Q        So you knew it was there for three years,

6     four years?

7          A        Yes.

8          Q        You used it yourself, didn't you?

9          A        I may have.  I'm not a weight lifter, but I

10    may have been in there and lifted something.

11         Q        And you didn't bother to report it until

12    you thought that Becker and Kaine were being mean or

13    inappropriate towards you, right?

14         A        I guess you could say that.

15         Q        And you wanted to get them for that

16    behavior, you wanted to punish them for that behavior

17    by telling the Town that Mr. Kaine had a gym at the

18    WPC, right?

19         A        I wouldn't say I wanted to punish them.

20         Q        Well, how is having a gym at the WPC a

21    misuse of Town property?

22         A        Well, if somebody's working out there at

23    night after hours and they get hurt there's going to

24    be a big problem.

25         Q        Really?  Are you an attorney?
```

NIZIANKIEWICZ & MILLER REPORTING SERVICE

69

1        A       No.

2        Q       How would you know what kind of big problem

3   there would be?

4        A       If a guy's alone and he needs help and he's

5   alone he's going to be in trouble.

6        Q       People are alone at water treatment plants,

7   aren't they?

8        A       You asked me and I told you that.

9        Q       That was your interest, you were solely

10  interested in public safety, someone might get hurt at

11  this piece of property?

12       A       No.  I wouldn't say so.

13       Q       Because otherwise you would have reported

14  it right away, you wouldn't have waited four years?

15       A       That wasn't my only interest.

16       Q       I know what your interest is.  Your

17  interest was you wanted to get Mr. Kaine, right, you

18  wanted to retaliate against him for what you thought

19  was inappropriate treatment towards you for not

20  sticking up for you, right?

21       A       No.  I wouldn't say that.

22       Q       So you took something you knew about for

23  four years and you reported him on it to try to get

24  him into trouble, right?

25       A       During this time I was treated poorly and

NIZIANKIEWICZ & MILLER REPORTING SERVICE

70

1  there were things going on there that some people had

2  privileges, some people didn't.  There was no -- I

3  didn't think it was a fair place.  People weren't

4  treated equally.  I wanted to point out that this --

5  like I was being excluded from certain jobs.  It was

6  like two ends of a scale.

7      Q    And the best way to address that is, what,

8  report that one of your co-employees is misusing the

9  property?

10      A    Probably wasn't the best way to do it.

11      Q    Do you know if Kaine had permission to put

12  the gym there?

13      A    I assume.

14      Q    Do you know who bought the gym equipment?

15      A    No.  Well, I know some of it was Jim's.

16      Q    Do you know if all of it was Jim's?

17      A    No, I don't know.

18      Q    So what did Jim do that would be misusing

19  Town property, if he used his own equipment in an area

20  that was authorized by the Town for him to use?

21      A    Well, if he was there alone at night and he

22  got seriously injured that would be a big problem.

23      Q    You've said that twice and with all due

24  respect it wouldn't be a big problem because it would

25  be covered by Workers' Comp.


            NIZIANKIEWICZ & MILLER REPORTING SERVICE

71

1           My question to you is, you've used a very
2    specific phrase here, "misuse of town property."
3    You're alleging that he was somehow stealing or
4    embezzling or doing something untoward with Town
5    property.   What was he doing untoward with the Town's
6    property?

7           A     I feel like it was an unnecessary risk.

8           Q     That was your concern?   Your Complaint
9    wasn't that it was misuse of Town property, it was
10   that you thought it was an unnecessary risk?   The very
11   same machine that you yourself you just acknowledged
12   you used?

13          A     I believe I had been in there.   I probably
14   been in there and lifted something at some point, yes.

15          Q     You're not really testifying under oath
16   that you reported this because you thought it was a
17   risk to Mr. Kaine, are you?

18          A     That's not specifically the only reason.
19   Like I said --

20          Q     What was the reason that you reported it?

21          A     When I was there, there were things going
22   on where there was unequal treatment and I wanted to
23   point out that how can this be happening when I can't
24   even get a chance to get experience or --

25          Q     Mr. Kaine didn't misuse Town property, did


                NIZIANKIEWICZ & MILLER REPORTING SERVICE

72

```
 1   he?
 2                      MS. O'NEIL-BAKER:    Objection.
 3         That's been asked several times.
 4   BY MR. ROSE:
 5         Q      Now, this is a very specific question.    Jim
 6   Kaine did not misuse Town property as alleged in
 7   paragraph thirty-four of your Complaint, did he?
 8         A      I thought it was a misuse, myself.
 9         Q      Explain that to me.    What he did that was a
10   misuse of Town property?    First identify the Town
11   property then identify how he misused it.
12         A      If somebody got hurt over there there'd be
13   a big problem, after working hours, working out alone.
14         Q      That's what you mean by misuse of Town
15   property?
16         A      I don't think that's proper use.    If you
17   have somebody to help you, if there's somebody around,
18   at least, you know, you can't -- if there was somebody
19   there to help him, whatever, in case of an emergency,
20   but there wasn't.
21         Q      Mr. Mallett, let's be very clear.    What you
22   mean by misuse of Town property you're now telling me
23   is Jim Kaine using his own exercise equipment in a
24   Town building that he has permission to be in, that's
25   what you mean by misuse of Town property?
```

NIZIANKIEWICZ & MILLER REPORTING SERVICE