UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

COPY

---------------------------------x
RICHARD MALLETT,                 :
          PLAINTIFF              :
     VS                          : CIVIL ACTION
TOWN OF PLAINVILLE,              : 3:01CV1137(AHN)
          DEFENDANT              :
---------------------------------x

JANUARY 16, 2002

Deposition of **MICHAEL CONKLIN**, taken pursuant to the Federal Rules of Civil Procedure held at the Law Offices of James S. Brewer, 818 Farmington Avenue, West Hartford, CT, before Elisa Ferraro, LSR, a Notary Public in and for the State of Connecticut, License No. 00233, on Wednesday, January 16, 2002 at 10:58 a.m.

A+ REPORTING SERVICES
10 Ryan Drive
Wallingford, CT 06492
(203) 269-9976

EXHIBIT C

1  Q    You've used them at work?
2  A    Yes.
3  Q    Have you directed them towards anybody at
4  work?
5  A    No.
6  Q    How do you use the C word without directing
7  it toward somebody?
8  A    You can hit your hand with a hammer --
9  Q    You use the C word?
10 A    -- and start swearing like crazy.
11 Q    Have you heard Becker use any profanity at
12 the workplace?
13 A    Yes.
14 Q    Have you heard him say Fuck you, asshole to
15 Rich Mallett ever?
16 A    No.
17 Q    Never?
18 A    No.
19 Q    Has Rich Mallett ever complained to you
20 that Becker said that to him?
21 A    No.
22 Q    How tall are you?
23 A    Six-two.
24 Q    How much do you weigh?

21

| | | |
|---|---|---|
| 1 | A | 210 pounds. |
| 2 | Q | Do you work out? |
| 3 | A | No. |
| 4 | Q | How would you describe your physical |
| 5 | condition? | |
| 6 | A | Fair. |
| 7 | Q | Just fair? |
| 8 | A | Yup. |
| 9 | Q | Do you have any ailments? |
| 10 | A | Yes. |
| 11 | Q | What? |
| 12 | A | I broke my neck a summer ago. |
| 13 | Q | At work? |
| 14 | A | No. |
| 15 | Q | How? |
| 16 | A | I got hit by a van on my motorcycle. |
| 17 | Q | So are you talking about the summer of |
| 18 | 2000? | |
| 19 | A | Yes. |
| 20 | Q | You have a lawsuit pending? |
| 21 | A | No. |
| 22 | Q | Was it your fault? |
| 23 | A | No. |
| 24 | Q | A van hit you? |

A+ REPORTING SERVICES

28

```
 1                (Whereupon, a discussion off the
 2      record.)
 3          Q     On February 7, 2001, do you recall using
 4  that term we just went over toward Richard Mallett?
 5          A     Yes.
 6          Q     You don't disagree with that date?
 7          A     No.
 8          Q     Did you also use the C word toward him that
 9  day?
10          A     No.
11          Q     You sure?
12          A     Yes.
13          Q     Is there any reason why he would claim that
14  you did?
15          A     I don't know.
16          Q     You do use that word though?
17          A     Yes.
18          Q     And you have used it in the past, the C
19  word?
20          A     Yes.
21                MR. BREWER:  And just so it's on the record
22      and we're not going to get an objection to that
23      later on, is there a stipulation as to what it
24      was?
```

```
 1              MR. ROSE:  The old military phrase was
 2      Charlie, Uncle, Nan, Tara.
 3          Q      That's what you were disciplined for,
 4      calling Rich Mallett a nigger?
 5          A      Yes.
 6          Q      Did you have that written up by anybody?
 7      Was it a documented discipline?
 8          A      Yes.
 9          Q      Who wrote it up?
10          A      Janet Marineau.
11          Q      Did Richard Mallett complain to Janet
12      Marineau?
13          A      I don't know.
14          Q      Did you read the complaint against you,
15      this complaint, this disciplinary complaint?
16          A      Yes.
17          Q      Do you still have a copy of it?
18          A      No.
19          Q      What happened to your copy?
20          A      I threw it away.
21          Q      What was the discipline for that incident?
22          A      Time off.
23          Q      How much time off?
24          A      Without pay.
```

Case 3:01-cv-01137-AHN   Document 98-8   Filed 09/29/2004   Page 6 of 11

30

| | | |
|---|---|---|
| 1 | Q | Suspension? |
| 2 | A | Yes. |
| 3 | Q | For how long? |
| 4 | A | One day. |
| 5 | Q | Who decided on the suspension? |
| 6 | A | Janet Marineau. |
| 7 | Q | It didn't go up to any higher level than |
| 8 | that? | |
| 9 | | MR. ROSE: If you know. |
| 10 | A | I don't know. I'm not sure. |
| 11 | Q | I'm assuming you're not going to make |
| 12 | things up as we go along. It's your personal | |
| 13 | knowledge. | |
| 14 | A | Yes. I don't. |
| 15 | Q | You know that Janet Marineau told you you |
| 16 | had one day suspension? | |
| 17 | A | Yes. |
| 18 | Q | Did she write it on the document? |
| 19 | A | Yes. |
| 20 | Q | Is that what you're saying you threw away? |
| 21 | A | Yes. |
| 22 | Q | Did you assist your attorneys at all with |
| 23 | gathering documents to produce to the plaintiff in this | |
| 24 | case? | |

```
 1        A    No.
 2        Q    You sure?
 3        A    Yes.
 4        Q    Where did this incident take place?
 5        A    At the water pollution control.
 6        Q    Where?
 7        A    In the plant.
 8        Q    Where in the plant?
 9        A    In the break room.
10        Q    And it was just you and Rich in the room?
11        A    Yes.
12        Q    What provoked you, at least going by what
13   you claim you said, to say that to him?
14        A    It was under my understanding he was being
15   paid for something he didn't do.
16        Q    Being paid?
17        A    For something he didn't do.
18        Q    You mean work pay?
19        A    Yes.
20        Q    That was the only reason why you said that
21   to him?
22        A    Yes.
23        Q    Just describe how this conversation or
24   incident took place.
```

1    A        I came in and he was in the break room and
2 I said, "I heard you're getting paid for work that you
3 didn't do.  In my opinion, that's stealing something
4 from the town and you're going to go down for that,
5 Nigger."
6    Q        Okay.  So that's a threat; right?
7    A        No.
8    Q        You didn't believe you were threatening him
9 when you said, "You're going to go down for that"?
10   A        No.
11   Q        What was going on in your mind when you
12 said that?
13   A        That he was going to get in trouble for
14 taking money from the town that wasn't his.
15   Q        Okay.  How was he going to get in trouble
16 for it?
17   A        I don't know.
18           MR. ROSE:  You mean in Mike's mind
19       subjectively?
20           MR. BREWER:  Yes.
21   Q        What was going on in your mind?  What made
22 you think he was going to get in trouble for that?
23   A        He was being paid for something he didn't
24 do.

1    A    Yes.  And I admitted to using the N word
2 and I was also told that was inappropriate.
3    Q    Were you ever told it was unacceptable?
4    A    I don't recall.
5    Q    Were you ever told that you would be fired
6 if you did it again?
7    A    No.
8    Q    You knew that.  Did you admit that you used
9 the N word toward Richard Mallett?
10   A    Yes.
11   Q    What was his reaction when you did that?
12 This is back on February 7, 2001.
13   A    I don't know.  I turned around and walked
14 out.
15   Q    Were you angry when you said it to him?
16   A    Not really.  I was aggravated.
17   Q    Frustrated?
18   A    Yeah.
19   Q    What were you frustrated about?
20   A    Because I work very hard at the plant and I
21 get paid for what I work.  If I don't work, I don't
22 eat.  You cannot work and still get paid.
23   Q    You have benefits; right?
24   A    No.

1   Q    The police never looked into it?
2   A    No.
3   Q    You're going down means what to you?
4   A    Going down means you're going down.
5   Q    If you're a boxer, going down means you're
6   going to be knocked out?
7   A    That means he's falling down.
8   Q    When you say going down to somebody, it
9   means you're going to knock him out?
10  A    No.
11  Q    It doesn't?
12  A    No.
13  Q    What does it mean to you when you say to
14  someone you're going down?
15  A    You're going to get in trouble.
16  Q    Why don't you just say you're going to get
17  in trouble?
18  A    I don't know.
19  Q    You want to say what you mean and mean what
20  you say, right, so you don't get in trouble yourself?
21       MR. ROSE:  Object to the form.
22  Q    Do you understand what I'm saying?
23  A    No.
24  Q    Why would you say you're going down,

| | |
|---|---|
| 1 | STATE OF CONNECTICUT    : |
| 2 | S.S. Wallingford |
| 3 | COUNTY OF NEW HAVEN    : |

I, Elisa Ferraro, LSR, a Notary Public for the State of Connecticut, do hereby certify that the deposition of **MICHAEL CONKLIN**, a witness, was taken before me pursuant to the Federal Rules of Civil Procedure, at the Law Offices of James S. Brewer, 818 Farmington Avenue, West Hartford, CT, commencing at 10:58 a.m., on Wednesday, January 16, 2002.

I further certify that the witness was first sworn by me to tell the truth, the whole truth, and nothing but the truth, and was examined by counsel, and his testimony stenographically reported by me and subsequently transcribed as herebefore appears.

I further certify that I am not related to the parties hereto or their counsel, and that I am not in any way interested in the event of said cause. Dated at New Haven, Connecticut, this 25th day of February, 2002.

_____Elisa Ferraro SS_____
Notary Public

My Commission Expires:   December 31, 2006.
License #00233