UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
-----------------------------------x
RICHARD B. MALLETT,                 :
        PLAINTIFF                   :
    VS                              : CIVIL ACTION
TOWN OF PLAINVILLE,                 : 3:01CV1137(AHN)
        DEFENDANT                   :
-----------------------------------x
```

COPY

JANUARY 4, 2002

Deposition of JAMES KAINE, taken pursuant to the Federal Rules of Civil Procedure held at the Law Offices of James S. Brewer, 818 Farmington Avenue, West Hartford, CT, before Elisa Ferraro, LSR, a Notary Public in and for the State of Connecticut, License No. 00233, on Friday, January 4, 2002 at 10:14 a.m.

A+ REPORTING SERVICES
10 Ryan Drive
Wallingford, CT 06492
(203) 269-9976

EXHIBIT D

1  matter; right?
2      A   Yes.
3      Q   Do you recall after the union meeting, and
4  I don't know if it's the exact date but around November
5  30 of '99, verbally harassing Rich Mallett in any way?
6      A   No.
7      Q   I'm not saying the degree. I'm saying in
8  any way. I shouldn't use the word harass. Did you
9  complain to him about not going to the meeting?
10     A   No.
11     Q   Did you try to provoke him into hitting
12 you?
13     A   No.
14     Q   Do you have a recollection of talking to
15 Rich Mallett sometime after the union meeting?
16     A   As far as job assignments.
17     Q   Not about the union?
18     A   No.
19     Q   Were you aware of whether or not Rich
20 Mallett went to the union meeting in November of '99,
21 the election meeting?
22     A   I was aware.
23     Q   What were you aware of?
24     A   That he was not there.

1  Q    So if he's not there, he can't vote for
2  anybody; right?
3  A    True.
4  Q    And if you did or if other people did want
5  to vote for say Butch and Becker, if he's not at the
6  meeting, they're not going to get what they want;
7  right?  If he's not at the meeting, he can't vote later
8  on; right?
9  A    No.  You're not allowed to do that.
10 Q    So you don't recall calling him a piece of
11 shit or anything like that on that day?
12 A    No.
13 Q    Did you stick up for Rich Mallett at the
14 union meeting when people were talking about him?
15      MR. ROSE:  Object to the form.
16 Q    This is the November of '99 meeting.
17 A    Yes, I did.
18 Q    What did you say on behalf of Rich Mallett?
19 A    Somebody in the union was downgrading him
20 about something, but I don't remember what.
21 Q    Did they call him a name?
22 A    I don't know.  I don't recall.
23 Q    Were they talking shit about him?
24      MR. ROSE:  Object to the form.

A    I don't really know.

Q    You know what that means; right?

A    Yes. I remember the incident but I don't remember what it was about.

Q    Did you ever tell Rich that they were talking shit about him?

A    Yes, I did.

Q    That's the word that you would use, not my word. That's what you would use; right?

A    Yes.

Q    That means talking poorly about him; right?

A    True.

Q    What was Rich's reaction when you told him about that?

A    I don't remember.

Q    Were people upset that Rich wasn't at the meeting to vote? Is that what it was?

A    No.

Q    What were they upset about?

A    I really don't remember the incident so I don't remember -- the individual that was talking about him was not a member of the WPC.

Q    I'm going from my notes. Is it Karabin?

A    Yes.

| | | |
|---|---|---|
| 1 | Q | It's quiet? |
| 2 | A | Yes. |
| 3 | Q | Is it a preferred position? |
| 4 | | MR. ROSE: Object to the form. |
| 5 | A | Yes. |
| 6 | Q | People like to be in Siberia? |
| 7 | A | Yes. |
| 8 | Q | Siberia always had a negative connotation. |
| 9 | | Why do they call it Siberia? |
| 10 | A | Don't know. |
| 11 | Q | Have you ever worked there? |
| 12 | A | Yes. |
| 13 | Q | Did you like working there? |
| 14 | A | Yes. |
| 15 | Q | Does anyone meet with you during the |
| 16 | | workday when you're in Siberia? |
| 17 | A | Yes, they do. |
| 18 | Q | Do you know if Rich Mallett was assigned to |
| 19 | | Siberia? |
| 20 | A | Yes. |
| 21 | Q | When was that? |
| 22 | A | Number of times. |
| 23 | Q | Who assigned him there? |
| 24 | A | Between what years? |

1   Q   For not doing what he told you?  For
2   insubordination?
3   A   Insubordination.
4   Q   Were you a union representative at the
5   time?
6   A   Yes, I was.  I might have been steward.
7   I'm not positive.
8   Q   Is that the only discipline that you've
9   had?  I'm not talking about like somebody telling you to
10  get to work on time.  I'm talking about documented.
11  A   I believe so.
12  Q   Did you ever hear Mike Conklin say he was
13  going to sue Cunningham and Mallett?
14  A   No.
15  Q   Mike Conklin, where's he now?
16  A   Behind me.
17  Q   No.  I mean at work.  Does that scare you?
18  He's behind you.  You can't see him.
19  A   I can't see him.
20  Q   He's a lot bigger than you, isn't he?
21  A   Yes, he is.
22  Q   Did you ever hear him say he was going to
23  sue Cunningham and Mallett?
24  A   No.

| | | |
|---|---|---|
| 1 | A | No. |
| 2 | Q | Did you ever tell Rich Mallett in June of 2000 that he's never going to go anywhere in the department? |
| 5 | A | No. |
| 6 | Q | Do you know when Bill Cunningham started asking for time card information? |
| 8 | A | I don't recall the date. |
| 9 | Q | Could it have been July 25 of 2000? |
| 10 | A | Possibly, but I'm not sure. |
| 11 | Q | Did you ever see Becker threatening or harassing Rich Mallett in front of you or -- |
| 13 | A | No. |
| 14 | Q | -- any other co-worker? |
| 15 | A | No. |
| 16 | Q | Did you ever have any or were you ever aware of any complaints that Rich Mallett made prior to this one about his work conditions? |
| 19 | | MR. ROSE: Object to the form. By complaints, do you mean lawsuit or internal. |
| 21 | | MR. BREWER: Internal. |
| 22 | A | Possibly to Jan Marineau. |
| 23 | Q | What was that? |
| 24 | A | I don't know if it was an overtime issue. |

164

| | |
|---|---|
| 1 | STATE OF CONNECTICUT     : |
| 2 | S.S. Wallingford |
| 3 | COUNTY OF NEW HAVEN      : |

I, Elisa Ferraro, LSR, a Notary Public for the State of Connecticut, do hereby certify that the deposition of **JAMES KAINE**, a witness, was taken before me pursuant to the Federal Rules of Civil Procedure at the Law Offices of James S. Brewer, 818 Farmington Avenue, West Hartford, CT, commencing at 10:14 a.m., on Friday, January 4, 2002.

I further certify that the witness was first sworn by me to tell the truth, the whole truth, and nothing but the truth, and was examined by counsel, and his testimony stenographically reported by me and subsequently transcribed as herebefore appears.

I further certify that I am not related to the parties hereto or their counsel, and that I am not in any way interested in the event of said cause.

Dated at New Haven, Connecticut, this 8th day of January, 2002.

_____
Notary Public

My Commission Expires:  December 31, 2001.
License #00233