WORKING AGREEMENT

BETWEEN

THE TOWN OF PLAINVILLE

AND

PLAINVILLE TOWN EMPLOYEES

LOCAL 1303-56 OF COUNCIL #4

AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES

AFL-CIO

**JULY 1, 1995 THROUGH JUNE 30, 2000**

EXHIBIT E

# TABLE OF CONTENTS

Description

Page

PREAMBLE ... 1

Article I.    Recognition ... 3

Article II.   Union Security ... 4-6

Article III.  Management Rights ... 7

Article IV.   Hours of Work, Overtime and Holiday Premium Pay ... 8-10

Article V.    Holidays ... 11-12

Article VI.   Seniority ... 13-16

Article VII.  Wages ... 17

Article VIII. Insurance & Pension ... 18-21

Article IX.   Vacations ... 22-23

Article X.    Leave Provisions ... 24-27

Article XI    Safety and Health ... 28-29

Article XII.  Disciplinary Procedure ... 30

Article XIII. Grievance Procedure ... 31-33

Article XIV.  Savings Clause ... 34

Article XV.   Duration ... 35-36

              Wage and Salary Plan ... 37-39

              Memorandum of Understanding - Overtime ... 40-42

              Memorandum of Understanding - WPC ... 43

              Building & Grounds Vacation ... 44

## PREAMBLE

The welfare of the Town and its employees is dependent upon the service the Town renders the public. The Town and its employees recognize that its primary responsibility is to the public. Improvements in this service and economy in operating and maintaining expenses are promoted by willing cooperation between the Town management and the organization of its employees. An obligation rests upon the management, upon the Union and upon each employee to render honest, efficient and economical service. The spirit of cooperation between the management and the Union, and the employees represented thereby, being essential to efficient operation, all parties will so conduct themselves to promote this spirit.

This Agreement has as its purpose and intent the promotion of harmonious relations between the Town and the Union, the establishment of an equitable and peaceful procedure for the resolution of differences, the creation of an environment in which the Town and the Union can cooperate to achieve their joint objectives, and the establishment of rates of pay, hours of work, working conditions and other terms and conditions of employment.

# WORKING AGREEMENT

## BETWEEN

## THE TOWN OF PLAINVILLE

## AND

## PLAINVILLE TOWN EMPLOYEES

## LOCAL 1303-56 OF COUNCIL #4

## AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES,

## AFL-CIO

This Agreement entered into, by and between the Town of Plainville, hereinafter referred to as the Town, and Local 1303 of Council #4, American Federation of State, County and Municipal Employees, AFL-CIO, hereinafter referred to as the Union.

2

# ARTICLE I

## RECOGNITION

The Town recognizes the Union as the sole and exclusive bargaining agent for the purpose of collective bargaining on matters of wages, hours of employment, and other conditions of employment for all of the employees in the Department of Technical & Physical Services with the exception of the Superintendent, Assistant Superintendent, Foremen, Chief Plant Operator, Secretaries, and Engineering, Building, Planning and Community Development Department employees. The Department of Technical & Physical Services consists of Buildings and Grounds, Roadways, and Water Pollution Control.

## ARTICLE II

## UNION SECURITY

Section 2.0  It shall be a condition of employment that all employees of the Employer covered by this Agreement who are members of the Union in good standing on the effective (execution) date of this Agreement shall remain members in good standing of the Union during the term of the Agreement.

It shall be a condition of employment that all employees covered by this Agreement who are not members of the Union on the effective date of this Agreement shall, on the thirty-first (31st) day following the effective date of this Agreement become and remain members in good standing in the Union or pay to the Union an amount equal to dues payable by Union members during the term of the Agreement.

It shall also be a condition of employment that all employees covered by this Agreement and hired on or after its effective (execution) date shall, on the thirty-first (31st) day following the beginning of such employment become and remain members in good standing in the Union, or pay to the Union an amount equal to dues payable by Union members during the term of this Agreement.

The Union agrees to indemnify, save and hold the Town harmless from any claims, suits, losses, damages or expenses arising out of or in any respect related to the

4

application or operation of this Article.

**Section 2.1**   The Town agrees to deduct from the pay of all its employees, who authorize such deductions from their wages, such membership dues, initiation fees and reinstatement fees as may be fixed by the Union.  Such deduction shall continue for the duration of this Agreement or any extension thereof.

**Section 2.2**  The deduction of any month shall be made during a regular payroll week of said month and shall be remitted to the Union, together with a list of names of employees from whose wages such deduction have been made not later than the last day of said month.

**Section 2.3**  The Town agrees that there will be no lockout of its employees during the life of this Agreement.

**Section 2.4**  There shall be no strike, work stoppage or job action of any kind during the life of this Agreement.

**Section 2.5**  The Town will provide each employee with a copy of this Agreement, within thirty (30) days after the date of the signing of this Agreement, new employees will be provided with a copy of this Agreement at the time of hire.  Five (5) signed copies will be sent to the Council #4 office, by the Town within thirty (30) days after the signing of this Agreement.

<u>Section 2.6</u>  The Town and the Union agree that there shall be no discrimination against any employee because of race, color, religion, age, political affiliation, physical handicap, sex, national origin, or union membership or lack thereof.

## ARTICLE III

## MANAGEMENT RIGHTS

Section 3.0  Except as specifically abridged or modified by any provision of this Agreement, the Town will continue to have, whether exercised or not, all of the rights, powers and authority heretofore existing, including but not limited to the following:

Determine the standards of services to be offered by the Department of Technical and Physical Services, determine the standards of selection for employment, direct its employees, take disciplinary action, relieve its employees from duty because of lack of work or for other legitimate reasons, issue rules and regulations, maintain the efficiency of governmental operations; determine the methods, means and personnel by which the Town's operations are to be conducted; determine the content of job classifications; exercise complete control and discretion over its organization and the technology of performing its work; and, fulfill all of its legal responsibilities.

The above rights, responsibilities and prerogatives are inherent in the Town Council and Town Manager by virtue of statutory and Charter provisions and cannot be subject to any grievance or arbitration proceeding except as specifically provided for in this Agreement.

Section 3.1  The Town shall be furnished the names of officers and stewards of the Union and of any change thereof within ten (10) working days of such change.

# ARTICLE IV

## HOURS OF WORK, OVERTIME & HOLIDAY PREMIUM PAY

Section 4.0  The standard work week shall be forty (40) hours per week consisting of five (5) eight (8) hour days, Monday through Friday.  The regular work day shall be 7:00 a.m. to 3:15 p.m., with a half hour for lunch.  The Water Pollution Control Plant work schedule shall consist of five (5) eight (8) hour days but not be governed by the work schedule Monday through Friday.  The Buildings and Grounds work schedule will be subject to weekend rotation during the months of June, July and August.

Section 4.1  Time and one-half shall be paid for all work in excess of eight (8) hours in any one day, or over forty (40) hours in any one week.

A.)    Time and one-half shall be paid for all work performed on Saturday for employees on a Monday through Friday work schedule.

B.)    Double time shall be paid for all work performed on holidays as set forth in Section 5.0 in addition to holiday pay.

C.)    Double time shall be paid for all work performed on Sundays.

D.)    All overtime hours shall be compensated for in the next pay period.

E.)    Compensatory time off shall not be utilized for the purpose of avoiding overtime premium pay.

8

<u>Section 4.2</u>  When an employee is called to work outside his/her regularly scheduled working hours, he/she shall be paid from the time called in, providing he/she rings in within one-half (1/2) hour after the call-in.  There shall be a three (3) hour minimum in all call-in situations.

<u>Section 4.3</u>  Part-time and probationary employees will not be called to work overtime unless there are no full-time employees available from that division.

<u>Section 4.4</u>  Any employee who does not avail himself/herself of the opportunity to work overtime will be charged on the overtime chart as though he/she had worked. A "not at home" or "no answer" will constitute grounds for charging time.

<u>Section 4.5</u>  The Union shall be given a list quarterly of all overtime hours and hourly rate paid to employees.

<u>Section 4.6</u>  All bargaining unit work will be done by bargaining unit employees.  This does not preclude the Town from supplementing its forces with contract units or other forces.  During sanding and snowplowing operations and hauling of cover material for landfill, bargaining unit employees will not be sent home while such contract units or other forces are in the field for such operations.

<u>Section 4.7</u>  Time clocks are to remain in operation.

<u>Section 4.8</u>

A.)     Each employee shall have one (1) Twenty (20) minute coffee break daily at approximately 9:00 a.m.  Coffee breaks shall be taken at the location of the job assignment when possible and in no case shall exceed twenty (20) minutes from the time of leaving the job site until resuming work.

B.)     Employees working scheduled overtime beyond the normal work day will be allowed a fifteen (15) minute coffee break at approximately 2:30 p.m.

C.)     Employees working at 12 midnight will be allowed a fifteen    ( 1 5 ) minute break.

<u>Section 4.9</u>  Overtime will be equalized within classification to the nearest thirty (30) hours in the fiscal year.  In the event overtime has not been equalized, as provided herein, the employee affected shall be paid at his/her hourly rate for all hours in excess of thirty (30) not later than thirty (30) days following the end of the fiscal year.

# ARTICLE V

# HOLIDAYS

**Section 5.0** **Effective July 1, 1995 through June 30, 1997 the** following holidays shall be observed as days off with full pay:

1/2 Day before New Year's Day, New Year's Day, Martin Luther King Day, Lincoln's Birthday, Washington's Birthday, Good Friday, Memorial Day, July 4th, Labor Day, Columbus Day, Veteran's Day, Thanksgiving Day, Day after Thanksgiving, 1/2 Day before Christmas, and Christmas Day.

**Effective July 1, 1997 the following holidays shall be observed as days off with full pay:**

1/2 Day before New Year's Day, New Year's Day, Martin Luther King Day, President's Day, Good Friday, Memorial Day, July 4th, Labor Day, Columbus Day, Veteran's Day, Thanksgiving Day, Day after Thanksgiving, 1/2 Day before Christmas, and Christmas Day.

**Section 5.1** Holidays falling on a Sunday shall be celebrated on Monday. Holidays falling on a Saturday shall be celebrated on the preceding day. Employees must work the day before the holiday and the day after the holiday in order to receive said holiday pay.

**Section 5.2** If a holiday occurs while an employee is on vacation the employee shall be granted an additional day off at a time convenient for the Town and the employee.

Section 5.3  If a holiday occurs while an employee is out on sick leave the employee will have the option of accepting the day as a holiday at a later time provided he/she substantiates said sickness with a doctor's certificate.  The scheduling of the holiday at a later date will be at the convenience of the Town and the employee.

Section 5.4  If the Town Council proclaims an unanticipated holiday for any of its employee, the members of this bargaining unit shall also receive said holiday.

## ARTICLE VI

## SENIORITY

<u>Section 6.0</u>  The Town shall prepare a list of full time employees showing their seniority in length of service with the Town and deliver the same to the Union on December 1st of each year.  Upon completion of their probationary period, new employees shall be added to this list. The length of service of the employee with the Town shall determine the seniority of the employee.  The principal of seniority shall govern and control within the bargaining unit in all cases of transfer, decrease or increase of the working force as well as preference in assignment to shift work and choice of vacation time.

<u>Section 6.1</u>  New employees shall serve a probationary period of ninety (90) working days and shall have no seniority rights during this period of time.  The retention of the employee during this period shall be at the sole discretion of the Town.  All employees who have successfully completed their probationary periods shall be full-time employees and shall acquire length of service records as of the date of their employment.

<u>Section 6.2</u>

A.)     All job openings within the bargaining unit shall be posted on

Union bulletin boards for a period of seven (7) days prior to

any action taken to fill any job opening.  If the senior qualified employee

13

applies for the job opening, the seven (7) day period shall be waived. Employees shall submit their applications to their immediate supervisor in writing. Employees submitting an application who were not given the assignment in accordance with the provisions of this agreement, may appeal the action through the grievance procedure. This provision shall not prohibit bargaining unit employees from applying for non-bargaining unit positions.

B.)     Copies of the job posting, a list of the persons bidding for the job and the name of the person appointed shall be sent to the Union President at the time of appointment. All job openings within the bargaining unit must be filled within sixty (60) days or be abolished.

**Section 6.3**  If vacancies to be filled occur in regular positions within the bargaining unit or new positions are created within the bargaining unit, those positions shall be eligible for replacement by Department of Technical and Physical Services employees who are qualified to perform the work. The senior qualified employee within the division shall be given the first opportunity to fill a vacancy for which he/she is qualified. If the position is not bid for within its respective division, qualified employees in other Department of Technical and Physical Services Divisions shall be eligible for bidding for the position. In the event there are no qualified applicants, the job will be filled from outside Town employment.

**Section 6.4**  When an employee is retained in a vacancy or new position for a period of forty-five (45) consecutive work days, he/she shall be considered qualified and

14

allocated in said position, if the position continues to exist, otherwise he/she shall return to his/her former position.

Section 6.5  Layoff.  The Town shall notify the Union and the employees thirty (30) working days in advance of a pending layoff.  If the employee chooses to utilize the provisions of bumping as outlined in Section 6.5D, he/she shall remain an employee. The Union will notify the Town within fifteen (15) working days the person that will be laid off.  Layoffs within classifications shall take effect as follows:

A.)     Part-time employees.

B.)     Probationary employees.

C.)     Except as provided for in Section 6.5D, the employee with the least seniority first, etc.

D.)     A qualified employee scheduled for layoff may, if he/she so desires, replace an employee with less seniority in an equal or lower job classification, provided the bumping employee has greater seniority than the employee he/she bumps.

Section 6.6   Laid-off Full-time employees, within classifications, with the most seniority shall be rehired first, and no new employee shall be hired in these classifications until all laid-off employees in these classifications have been given an opportunity to return to work within fourteen (14) days of notification.  The above is limited to a two (2) year period from date of layoff.

## Section 6.7

A.) Employees shall not be discharged without just cause. Seniority shall be lost for the following reasons only: (1) Voluntary quitting; (2) Discharge for cause; (3) Failure to return to work as required in Section 6.6 above; (4) Retirement; and, (5) as provided in Section 6.7B.

B.) When an employee has become physically or mentally incapable of, or unfit for, the efficient performance of the duties of his/her position by reason of infirmity due to advance age or other disability, the Town Manager, based upon a medical evaluation of the employee's inability to perform his/her regular duties, may transfer the employee to less arduous duties or separate the employee from Town service in good standing.

## Section 6.8 Officers and Stewards of the Union shall have super-seniority in the event of a layoff provided they are capable of performing the job they are preempting.

# ARTICLE 7!!

## WAGES

<u>Section 7.0</u>  Wage scales shall be negotiated and made a part of this Agreement.

<u>Section 7.1</u>

A.)    Employees promoted to a higher classification, or assigned to a higher classification, shall be paid at the same step in the wage schedule in the higher classification.

B.)    Temporary Assignment - A temporary assignment is defined as an assignment to an employee to perform a particular task in a higher classification for which the employee is qualified to perform.  Any employee assigned to a higher classification for more than four (4) consecutive hours, shall be paid at the same step in the wage schedule in the higher classification.

<u>Section 7.2</u>  The wage and salary plan is attached hereto as Appendix A and is a part hereof.

<u>Section 7.3</u>  Wages shall be given to employees in a plain envelope.

<u>Section 7.4</u>  On the first pay day of December, 1995, each employee shall receive a lump sum payment, of $700.00, less all necessary governmental deductions and withholdings.  This is a one time payment which shall not be paid at any other time during the term of this contract.

17

## ARTICLE VIII

## INSURANCE & PENSION

**Section 8.0**  The Town shall provide and pay for a life insurance policy covering base salary of the employee.  Also Accidental Death and Dismemberment.

**Section 8.1**  The Town agrees to provide the following program of hospitalization, surgical, and medical insurance at the individual's election.  The election of either Alternative A or Alternative B shall first be made by November 15, 1995, with an effective date of such coverage, and premium contribution, if applicable, on January 1, 1996. If any employee fails to make an election in writing by November 15, 1995, he/she shall be deemed to have elected Alternative A.  Thereafter, employees may elect to change from one Alternative to another only one time annually, by May 1st of each year, for coverage effective July 1st of the calendar year.  From the time of this agreement until January 1, 1996, the program of health insurance in the July 1, 1992 - June 30, 1995 agreement shall remain in full force and effect.

**Alternative A:**

   a.)    The Connecticut Hospital Service (Blue Cross) Semi-Private room coverage, including Blue Cross Full Service Prescription Drug Rider, without cost to the employee to cover the employee and eligible dependents.

   b.)    The Blue Cross Full Service Dental Plan with Rider A at no cost to the employee only.  Dependent coverage will be made available at the employee's expense.  Payments of these premiums will qualify under the Town of Plainville Flexible Benefits Plan (IRS Section 125).

c.)   The Blue Shield, Century Plan 96 with $5.00 per visit deductible Home and Office Medical Care endorsement without cost to the employee to cover the employee and eligible dependents.

d.)   The Comprehensive Additional Protection Major Medical Insurance Program with a maximum lifetime benefit of $1,000,000.00, $250,000.00 per disability except mental illness $25,000.00 per disability. The deductible amount of $100.00 per person not to exceed $300.00 per family.  The claims sharing of 20% of the first $3,000.00 in a calendar year shall be paid by the employee for the employee or his/her dependents.

e.)   Effective January 1, 1996, each employee who has elected Alternative A, or who has not made an election by November 15, 1995, shall contribute five (5%) percent of the premium cost, by weekly payroll deduction, except that for the term of this contract, such contribution shall not exceed that amount which is equal to seven (7%) percent of the January 1, 1996 premium.  Payments of these premiums will qualify under the Town of Plainville Flexible Benefits Plan (IRS Section 125).

**Alternative B:**

**The Century Preferred Provider Plan with managed benefits, with the following co-pay features:**

| IN NETWORK | OUT OF NETWORK |
|---|---|
| **$25 Emergency Room if not Admitted** | **$200 Hospital** |
| **$5 Home & Office (unlimited)** | **$200/400/500 Home & Office Deductible** |
| **$0 Prescription (mail)** | **$1000/2000/2500 Co-Insurance (80/20)** |
| **$2 Prescription (generic)** | **$1,000,000 Lifetime Max.** |
| **$7 Prescription (brand name)** | |
| **$2,000 Prescription Max.** | |

**The Blue Cross Full Service Dental Plan with Rider A at no cost to the employee only.**

Dependent coverage will be made available at the employee's expense. Payments of these premiums will qualify under the Town of Plainville Flexible Benefits Plan (IRS Section 125).

F.)    Worker's Compensation - Any bargaining unit employee who shall suffer personal injury in the performance of his/her work and who shall be eligible for payments under the Worker's Compensation Act shall receive the difference between his/her pay and the allowance of Worker's Compensation from the Town, not to exceed a period of 24 months.

G.)    Pension Plan - The current Connecticut General Insurance Retirement Program as amended shall remain in effect and will continue to be reviewed.

   1.)    Employee shall acquire vesting in the Plan after five (5) years of service.

   2.)    Each employee shall receive an annual statement of fiscal year's contributions, and interest credited, within six (6) months of the end of the fiscal year.

   3.)    The Union shall receive a copy of the annual financial report of the Plan when received by the Town Manager.

H.)    Disability - The current group long-term disability insurance shall remain in effect.

Section 8.2    The Town reserves the right to institute cost containment measures relative to insurance coverage.    Such coverage may include mandatory second opinions for elective surgery, pre-admission and continuing admission review,

preferred provider provisions, prohibition on weekend admissions except in emergency situations, mandatory out-patient elective surgery for certain designated surgical procedures, and some or all of the requirements of the Managed Benefit Program of Blue Cross and Blue Shield of Connecticut.   The Town will provide a minimum of ninety (90) days written notice to the Union prior to implementation of the first cost containment measures.   The Town will arrange to have the insurance carrier make a presentation to unit members on cost containment prior to implementation of the first cost containment measures.

Section 8.3  The Town shall have the right to change insurance carriers provided that the benefits and coverages remain comparable to those identified in the foregoing section of the Article.