# ARTICLE IX

## VACATIONS

**Section 9.0**  Employees shall be granted time off with pay for vacations according to the following schedule:

Day of entry to one years' service prorated based on 10 days, not to be granted until completion of the probationary period.  Two weeks after 1 years' service; three weeks after 5 years' service; four weeks after 10 years' service; and, after 20 years' service, one (1) additional day per year until five (5) days additional are reached.

**Section 9.1**  The fiscal year date shall be used to determine the amount of vacation due.  Vacation accumulations will be posted within thirty (30) days after the beginning of the fiscal year.  Posting shall show all vacation due to the employee.

**Section 9.2**  Seniority by division will govern vacation choice and at least one employee in each classification will remain in each division.

**Section 9.3**  Prorated accumulated vacation pay shall be granted to an employee in the event he/she terminates his/her services with the Town.

**Section 9.4**  In the event of death of an employee, his/her spouse and/or minor children shall receive his/her prorated accumulated vacation.  If the employee has neither spouse nor children, the pay shall be given to the estate of the deceased employee.

<u>Section 9.5</u>   In the event of illness during the employee's vacation period, the employee will be given the option of charging the sick days to his/her sick leave provided it is substantiated by a doctor's certificate.

<u>Section 9.6</u>   Vacation shall be taken in minimum increments of one-half (1/2) day.

## ARTICLE X

## LEAVE PROVISIONS

Section 10.0  Each employee shall be entitled to accumulate sick leave with full pay of eighteen (18) days in any fiscal year.  Unused sick leave may be accumulated from year to year to a total of up to 150 days.  No credit towards accumulated sick leave shall be granted for time worked by an employee in excess of his/her normal work week.  Sick leave shall continue to accumulate during leaves of absence with pay and during the time an employee is on authorized sick leave, injury leave or vacation time.

Section 10.1  Sick leave may be used for the following purposes:

    A.) Personal illness, physical incapacity, injury or exposure to contagious disease;

    B.) Enforced quarantine of the employee in accordance with community health regulations; and

    C.) When the serious illness of a member of the employee's immediate family requires his/her personal attendance, if supported by a medical certificate.

Section 10.2

    A.) Employees, upon retirement, shall be entitled to compensation of one day's pay for every three (3) days of unused sick leave.  Such payment shall be in a lump sum.

    B.) An employee of at least five (5) years full time service shall receive upon termination of employment with the Town, on the basis of his/her current

regular pay, one (1) day's pay for every three (3) days of unused sick leave.

**Section 10.3** In the event of an employee's death, his/her spouse and/or children shall receive on the basis of the employee's current wages one (1) day's pay for every one (1) day of unused sick leave.

**Section 10.4** Additional leave with pay may be granted as warranted, by the Town Manager, when applied for by the employee, in writing, to the Town Manager, stating the reason for the additional special leave.

**Section 10.5** In the event of a death in the immediate family, special leave of five (5) working days with pay from the date of death shall be granted an employee in the event of death of his/her:

A.) Spouse, Child, Father or Mother;

B.) Special leave of three (3) working days with pay from the date of death shall be granted an employee in the event of death of his/her:

Sister, Brother, Father-in-law, Mother-in-law or relative domiciled in the employee's household;

C.) Special leave of one (1) working day with pay, for the purpose of attending the funeral, shall be granted an employee in the event of the death of his/her:

Grandchild, Grandmother, Grandfather, Brother-in-law, Sister-in-law, Aunt, Uncle, Niece, or Nephew.

D.) Under extenuating circumstances, two (2) additional days with pay

may be granted under Sections A, B and C above, with the written approval of the Town Manager.

E.) Personal Days - Employees shall be granted one (1) personal day for each calendar quarter of perfect attendance. Such personal day may be taken as earned following each calendar quarter or may be accumulated during the current contract year. Such accumulated personal days must be used not later than the end of the first quarter of the next contract year. One (1) additional day allowed for a fiscal years' perfect attendance. Perfect attendance will not be interrupted by authorized funeral leave, jury duty leave, holiday leave, two (2) week military leave or authorized union business leave. Any other absence or tardiness will constitute a break in perfect attendance.

**Section 10.6** Union officials shall be allowed to attend official Union conventions or conferences without loss of pay for a period required to attend the function, not to exceed two (2) weeks and not more than two (2) officials, in any fiscal year, with notification to the Town Manager.

**Section 10.7** Employees shall be granted leaves with full pay for jury duty or any other civic duty requiring an appearance before a court or other public body, such employee shall receive the portion of their regular pay which will, together with their jury duty pay, equal their total salary or wages for the same period.

**Section 10.8** Up to two (2) weeks military leave may be granted for service on active

reserve or National Guard duty, during which an employee shall be paid the difference between the regular salary and all military pay.

## Section 10.9

A.) No employee shall lose any seniority because of any military service including service in the National Guard or Organized Reservists.

B.) On return from military service an employee shall be reinstated in his/her former job or one of like rank and shall receive credit for the yearly increments awarded during his/her absence on military service provided he/she reports for duty within ninety (90) days of his/her discharge from military service.

C.) The employee's accumulation of sick leave, upon leaving, shall be retained to his/her credit when he/she returns.

## Section 10.10
Employees will be notified semi-annually of all sick and personal days accumulated.

## Section 10.11
Sick days and personal days shall be taken in minimum increments of one fourth (1/4) day.

## ARTICLE X!

## SAFETY AND HEALTH

Section 11.0  The Town Manager shall appoint a Safety Committee of officers of the Union and Department Heads to submit recommendations for the purpose of better safety in the department.  The Committee shall meet quarterly.  An agenda will be drafted by the Director of Technical and Physical Services and the President of the Union.  Discussions will be limited to those items on the agenda.  The Employer retains exclusive responsibility to provide a safe and healthful workplace, as required under the Occupational Safety and Health Act.  The Union Safety Committee is clearly advisory in nature.

Section 11.1

    A.) Where necessary, foul weather gear shall be furnished to all employees working in conditions exposed to severe elements, i.e. rain gear, boots, etc.

    B.) Helmets and safety glasses shall be furnished to employees working in hazardous locations and equipment.

Section 11.2  Employees working beyond the regular working hours shall receive a meal allowance of $6.00 per meal if employed during meal hours of 6:00 p.m. thru 6:00 a.m.  If employed on a paid holiday or Sunday, the noon meal shall also be paid for.  Meals must be eaten at a business establishment within the Town of Plainville whenever possible.

**Section 11.3**   The Town shall provide, free of charge, to the employees medical injections for the prevention and treatment of the contagious diseases such as poison ivy, flu and tetanus.

**Section 11.4**   Effective July 1, 1995 the Town of Plainville will provide a uniform allowance of $350.00 per year, per employee, for purchase of uniforms and safety shoes.  Effective July 1, 1997 the Town of Plainville will provide a uniform allowance of $450.00 per year, per employee, for purchase of uniforms and safety shoes. Each employee will be allowed to select from a list of not more than three (3) vendors, a vendor from whom they prefer to purchase uniforms.  The list of three vendors shall be selected by the union and submitted to the Town for approval.  The color of the uniforms will be the same for all divisions.

# ARTICLE XII

## DISCIPLINARY PROCEDURE

Section 12.0

A.) All disciplinary actions shall be applied in a fair manner and shall not be inconsistent with the infraction for which disciplinary action is being applied.

B.) The normal format for disciplinary actions shall include:

1.) A verbal or written warning;

2.) Suspension without pay; and

3.) Discharge.

This does not preclude immediate suspension or discharge.

C.) All suspensions and discharges shall be stated in writing with reason given and a copy given to the employee and the Union as soon as possible after such suspension or discharge.

# ARTICLE XIII

## GRIEVANCE PROCEDURE

**Section 13.0**  Grievances arising out of matters covered by this Agreement and disputes and consultations on any questions arising out of the Employer-Employee relationship will be processed in the following manner:

A.) Within fifteen (15) working days of when the employee knew of the alleged occurrence, he/she shall submit to his/her Immediate Supervisor an official form stating the nature of the grievance.

Within fifteen (15) working days of the submission, the aggrieved employee, the Union representative, the Immediate Supervisor, and the Director of Technical and Physical Services shall meet to discuss the grievance.

The Director of Technical and Physical Services shall respond to the grievance in writing, within three (3) working days of the completion of the meeting.

B.) In the event there is no settlement under Step A above, the matter may be submitted by the aggrieved employee, the Union Representative and/or the Steward in writing to the Town Manager.  Such submission must be submitted within seven (7) working days after the completion of Step A herein.

The Town Manager or his/her designee shall convene a meeting within thirty (30) calendar days of the submission.  The Town Manager or his/her designee shall respond in writing within ten (10) working days of the

meeting, which time limit may be extended at the request of the Town Manager or his/her designee.

C.) If the Union is not satisfied with the decision of the Town Manager at Step B it may, within ten (10) working days of receiving the decision, submit the matter to arbitration by the State Board of Mediation and Arbitration.

D.) Within fifteen (15) working days of the Union's notice to the Town of its submission to the State Board of Mediation and Arbitration of a grievance over an employee's discharge, the Town may elect to have the grievance resolved by an arbitrator mutually selected by the parties from the list of American Arbitration's Association's labor arbitrators who reside in the State of Connecticut. The Town shall pay all fees and costs of the AAA arbitrator and the AAA.

E.) The arbitration panel or the arbitrator identified under subparts C.) or D.) above shall:

   1.) Hear and decide only one grievance in each case;

   2.) Be bound by and must comply with the terms of this Agreement or the written policy that is being aggrieved;

   3.) Have no power to add to, delete from or modify in any way the provisions of this Agreement or any written policy; and

   4.) The decision of the arbitrator shall be final and binding on both parties.

Section 13.1 Officers and stewards of the Union shall be designated by the Union for the purpose of adjusting grievances and shall be afforded the necessary amount of time off without loss of pay to conduct such business. The person so designated shall

first request from the supervisor to be released from his/her duties.

<u>Section 13.2</u>   Failure by the employees, the Union or the Town to insist upon compliance with any provision of this Agreement at any given time or times under any given set or sets of circumstances shall not operate to waive or modify such provision, or in any manner whatsoever to render it unenforceable, as to any other time or times or as to any other occurrences, whether the circumstances are or are not the same.

# ARTICLE XIV

## SAVINGS CLAUSE

<u>Section 14.0</u> Should any Article, section or portion thereof of this Agreement be held unlawful and unenforceable by any court of competent jurisdiction, such decision of the court shall apply only to the Specific Article, Section or portion thereof directly specified in the decision, upon the issuance of such a decision.

## ARTICLE XV

## DURATION

This Agreement shall be effective as of July 1, 1995 and shall remain in full force and effect through June 30, 2000. It shall be automatically renewed from year to year unless either party shall notify the other in writing One Hundred Twenty (120) days prior to the anniversary date that it desires to modify this Agreement. In the event such notice is given, negotiations shall begin not later than ninety (90) days prior to the anniversary date; this Agreement shall remain in full force and be effective during the period of negotiations and until notice of termination of the Agreement is provided to the other party in the manner set forth in the following paragraph.

In the event that either party desires to terminate this Agreement, written notice must be given to the other party not less than ten (10) days prior to the desired termination date which shall not be before the termination date set forth in the preceding paragraph.

When negotiations are held during working hours, members of the negotiating team shall be allowed to participate in negotiations without loss of pay.

35

IN WITNESS HEREOF, the parties hereto have set their hands this

_20TH_ day of _DECEMBER_, 1995.

FOR THE TOWN

_____
John P. Bohenko
Town Manager

_____
Caryl Bradt
Director of Technical & Physical Services

_____
Witness

_____
Witness

FOR THE UNION

_____
Kevin Murphy
Union Business Manager

_____
Richard Karabin, President
Local #1303, Council #4

_____
Witness

_____
Witness

**36**

TOWN OF PLAINVILLE
DEPARTMENT OF PUBLIC WORKS

Appendix A
Wage and Salary Plan
Effective July 1, 1995

|  |  | Starting Rate | One (1) Year | Two (2) Years |
|---|---|---|---|---|
| **Roadways Equipment Operator II** | 7-1-95 | $13.65 | $14.86 | $16.06 |
| | 7-1-96 | $14.06 | $15.30 | $16.54 |
| | 7-1-97 | $14.45 | $15.72 | $17.00 |
| | 7-1-98 | $14.87 | $16.19 | $17.50 |
| | 7-1-99 | $15.31 | $16.66 | $18.01 |
| **Equipment Operator I** | 7-1-95 | $13.40 | $14.58 | $15.76 |
| | 7-1-96 | $13.80 | $15.02 | $16.23 |
| | 7-1-97 | $14.18 | $15.43 | $16.68 |
| | 7-1-98 | $14.60 | $15.88 | $17.17 |
| | 7-1-99 | $15.03 | $16.35 | $17.68 |
| **Truck Driver** | 7-1-95 | $12.29 | $13.38 | $14.46 |
| | 7-1-96 | $12.66 | $13.78 | $14.89 |
| | 7-1-97 | $13.01 | $14.16 | $15.30 |
| | 7-1-98 | $13.39 | $14.57 | $15.75 |
| | 7-1-99 | $13.79 | $15.00 | $16.22 |
| **Laborer** | 7-1-95 | $11.11 | $12.09 | $13.07 |
| | 7-1-96 | $11.44 | $12.45 | $13.46 |
| | 7-1-97 | $11.75 | $12.79 | $13.83 |
| | 7-1-98 | $12.10 | $13.17 | $14.24 |
| | 7-1-99 | $12.46 | $13.56 | $14.66 |

## Buildings & Grounds

**Maintenance Man II**

| | | | |
|---|---|---|---|
| 7-1-95 | $13.65 | $14.86 | $16.06 |
| 7-1-96 | $14.06 | $15.30 | $16.54 |
| 7-1-97 | $14.45 | $15.72 | $17.00 |
| 7-1-98 | $14.88 | $16.19 | $17.50 |
| 7-1-99 | $15.32 | $16.66 | $18.01 |

**Maintenance Man I**

| | | | |
|---|---|---|---|
| 7-1-95 | $12.29 | $13.38 | $14.46 |
| 7-1-96 | $12.66 | $13.78 | $14.89 |
| 7-1-97 | $13.01 | $14.16 | $15.30 |
| 7-1-98 | $13.39 | $14.57 | $15.75 |
| 7-1-99 | $13.79 | $15.00 | $16.22 |

**Laborer**

| | | | |
|---|---|---|---|
| 7-1-95 | $11.11 | $12.09 | $13.07 |
| 7-1-96 | $11.44 | $12.45 | $13.46 |
| 7-1-97 | $11.75 | $12.79 | $13.83 |
| 7-1-98 | $12.10 | $13.17 | $14.24 |
| 7-1-99 | $12.46 | $13.56 | $14.66 |

## Water Pollution Control

**Asst. Plant Operator II**

| | | | |
|---|---|---|---|
| 7-1-95 | $14.08 | $15.33 | $16.57 |
| 7-1-96 | $14.50 | $15.79 | $17.07 |
| 7-1-97 | $14.90 | $16.22 | $17.54 |
| 7-1-98 | $15.34 | $16.70 | $18.05 |
| 7-1-99 | $15.79 | $17.19 | $18.59 |

**Chemist**

| | | | |
|---|---|---|---|
| 7-1-95 | $14.08 | $15.33 | $16.57 |
| 7-1-96 | $14.50 | $15.79 | $17.07 |
| 7-1-97 | $14.90 | $16.22 | $17.54 |
| 7-1-98 | $15.34 | $16.70 | $18.05 |
| 7-1-99 | $15.79 | $17.19 | $18.59 |

**Asst. Plant Operator I**

| | | | |
|---|---|---|---|
| 7-1-95 | $13.11 | $14.26 | $15.42 |
| 7-1-96 | $13.51 | $14.69 | $15.88 |
| 7-1-97 | $13.88 | $15.10 | $16.32 |
| 7-1-98 | $14.29 | $15.54 | $16.80 |
| 7-1-99 | $14.71 | $16.00 | $17.30 |

| Inspector | 7-1-95 | $13.11 | $14.26 | $15.42 |
|---|---|---|---|---|
| | 7-1-96 | $13.51 | $14.69 | $15.88 |
| | 7-1-97 | $13.88 | $15.10 | $16.32 |
| | 7-1-98 | $14.29 | $15.54 | $16.80 |
| | 7-1-99 | $14.71 | $16.00 | $17.30 |
| Laborer | 7-1-95 | $11.11 | $12.09 | $13.07 |
| | 7-1-96 | $11.44 | $12.45 | $13.46 |
| | 7-1-97 | $11.76 | $12.79 | $13.83 |
| | 7-1-98 | $12.10 | $13.17 | $14.24 |
| | 7-1-99 | $12.46 | $13.56 | $14.66 |

The above Appendix A reflects the following changes in wages:

7/01/96 (3.0% increase on all wages)
7/01/97 (2.75% increase on all wages)
7/01/98 (2.95% increase on all wages)
7/01/99 (2.95% increase on all wages)

## MEMORANDUM OF UNDERSTANDING

### AFSCME LOCAL 1303

### DEPARTMENT OF PUBLIC WORKS
### PLAINVILLE, CONNECTICUT

**STATEMENT OF POLICY**
**EFFECTIVE SEPTEMBER 1993**

**REGULATIONS GOVERNING**
**EQUALIZATION OF OVERTIME**

PURPOSE: To establish a procedure for the charging of overtime and establish a clear understanding of equalization of overtime provisions:

A.) Public Works Personnel will be charged on the overtime reports as follows:

1.)  Employees REPORTING for work will be charged actual hours worked.

2.)  Employees REFUSING work will be charged TWICE the actual hours worked by substitute employee.

3.)  Employees UNAVAILABLE (i.e. no response) when called will be charged the actual hours worked by substitute employee.

4.)  Employees UNAVAILABLE (i.e. no response) because of illness, vacation or injury leave will be charged upon call out of entire classification within division regardless whether contacted or not. Employees on vacation leave will be called prior to charging, Monday thru Friday in accordance with Paragraph A.2 and A.3

**40**

above providing they advise their supervisor they are available and their whereabouts. Employees on vacation Monday thru Friday will be charged on Saturday, Sunday and Holidays upon call out of entire classification within division regardless of availability. Employees will be charged the actual hours worked by substitute employees.

5.)    Employees UNAVAILABLE due to extended illness or injury leave of five (5) working days or more will be charged on a rotational basis within classification, in addition to Section 4 above. Employees will be charged the actual hours worked by substitute employees.

6.)    Employees on or returning from sick or injury leave excluding scheduled office visits will not be eligible for overtime work until they have worked their next regularly scheduled eight (8) hour work day, or until all qualified personnel within their classification within their division have been called. Employees will be charged according to Sections 4 and 5 above.

7.)    Employees transferring to another division or changing classifications within a fiscal year are excluded from overtime equalization requirements of Article IV, Section 4.9 of the contract. However, every attempt will be made to equalize the overtime within the new division or classification for that portion of the remaining fiscal year.

41

FOR THE TOWN

_____
John P. Bohenko
Town Manager

_____
Caryl Bradt
Director of Technical & Physical Services

_____
Witness

_____
Witness

_____
Date  12-20-95

FOR THE UNION

_____
Kevin Murphy
Union Business Manager

_____
Richard Karabin, President
Local #1303, Council #4

_____
Witness

_____
Witness

_____
Date  1-11-96

## MEMORANDUM OF UNDERSTANDING
## AFSCME LOCAL 1303
## AND
## TOWN OF PLAINVILLE, CONNECTICUT

It is the policy of the Town of Plainville that when an employee obtains a Class 3 Operator's License (formerly Class 4), the Town will promote the employee to Assistant Plant Operator II classification.

The Town agrees to supply training for Water Pollution Control employees and will allow schooling for employees who so desire, to enable them to pass state examinations.

FOR THE TOWN:                                    FOR THE UNION:


John P. Bohenko
Town Manager

Kevin Murphy
Representative


Caryl Bradt, Director
Technical & Physical Services

President
Local #1303, Council #4


WITNESS

WITNESS

12-20-95                                          12/20/95

TOWN OF PLAINVILLE                                    REVISED 11-15-95
BUILDINGS AND GROUNDS DEPT.

## I. BUILDINGS AND GROUNDS VACATION POLICY

   A.    Late May or early June:
         Sign up sheets for all employees is passed around for vacation sign ups.
         Requested that only one (1) Maintenance Man I and one (1) Maintenance Man
         II choose the same week by seniority.  (Vacation schedule will be posted on
         bulletin board)

## II. ADDITIONAL VACATIONS

   A.    Those who did not sign up for vacation or want to request additional
         vacation should submit requests for approval (Note: Scheduled vacations
         from seniority sign up posted)

   B.    Requests for time with less than two (2) men out in the Division; automatic
         approval.

   C.    Requests for time when two (2) men scheduled off; approval not available
         until work load for that period can be determined usually only 72 hours
         notice available.

   D.    Negotiated exception with two (2) men out, request for a vacation or
         personal day by one (1) additional employee received at least five (5)
         working days in advance of the requested day; Automatic approval unless
         major project scheduled as determined by the Town Manager.

FOR THE TOWN                              FOR THE UNION

_____                   _____
John P. Bohenko                           Kevin Murphy
Town Manager                              Union Business Manager

_____                   _____
Caryl Bradt                               Richard Karabin, President
Director of Technical & Physical Services Local #1303, Council #4

_____                   _____
Date    12-20-95                          Witness

44

## MEMORANDUM OF AGREEMENT

The Town of Plainville and Local 1303-56, AFSCME, Co. 4 hereby agree that the following terms shall apply to employees of the Water Pollution Control ("WPC") Division who are "on-call" to respond in cases of emergency:

Commencing January 15, 1996, at 7:00 a.m., and continuing thereafter on a weekly basis, 7:00 a.m. Monday to 7:00 a.m. Monday, two employees who work in the WPC Division, within the classifications Operator 1 and Operator 2, shall wear "pagers" or "beepers". The two employees on-call through wearing of such beeper shall rotate each week, and the schedule of assignments shall be made at least three months in advance. From the time either of such employees are either telephoned or paged, he/they shall respond to the site of the emergency within 30 minutes. To the extent that any confined space entry permits are required, the Operator 2 shall be responsible for signing the same. The employees on-call shall be compensated at the rate of $17.50 per day for each of the seven days on-call, in addition to the three (3) hour minimum or time beyond three (3) hours worked when actually called in.

Commencing January 15, 1996, all employees within the WPC Division shall work Monday through Friday, eight (8) hours per day. The two on-call employees shall, in addition to their 40 hours, work four (4) hours each on that Saturday of their on-call week, at overtime rates. One of the on-call employees shall report for work and attend to duties as usual on Sunday and shall be paid three (3) hours at double time rates.

The parties agree that any and all equalization of overtime provisions (e.g., Section 4.9) within the collective bargaining agreement shall not apply to employees within the WPC Division for at least the period July 1, 1995 through June 30, 1997.

**TOWN OF PLAINVILLE,**                                      **LOCAL 1303-56. AFSCME, CO. 4,**


BY: _____                   BY: _____
    John P. Bohenko                                    Kevin M. Murphy
    Town Manager                                        Staff Representative


BY: _____                   BY: _____
    Caryl Bradt                                        Richard Karabin
    Dir. Technical & Physical Services                 President