UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------x
                                    )
RICHARD B. MALLETT,                 )    CIVIL ACTION NO.
        Plaintiff                   )    3:01 CV 1137 (AHN)
                                    )
VS.                                 )
                                    )
TOWN OF PLAINVILLE, ET AL.,         )    September 30, 2004
        Defendants                  )
                                    )
-------------------------------------------------x

## MOTION FOR SUMMARY JUDGMENT

The Defendants, Town of Plainville, John Bohenko, Robert Jackson, Shirley Osle, Robert Jahn, and Janet Marineau, (hereinafter, "the Town Defendants"), pursuant to Fed.R.Civ.P. Sec. 56 and Local Rule 56(a), hereby move the Court to render summary judgment in their favor. As more particularly set forth in the documents submitted in support of this motion, there is no genuine issue of material fact, and the Defendants are entitled to judgment as a matter of law.

Wherefore, it is respectfully requested that this motion for summary judgment be granted.

Dated at New Britain, Connecticut, this 30th day of September, 2004.

          **DEFENDANTS,**
          **TOWN OF PLAINVILLE, ET AL.,**

BY: _____
     Dennis G. Ciccarillo, Esquire
     Fed. Bar # ct06580
     Eisenberg, Anderson, Michalik & Lynch LLP
     136 West Main Street
     P.O. Box 2950
     New Britain, CT 06050
     Tel: (860) 225-8403

## **CERTIFICATION**

    I certify that a copy of the foregoing was mailed, postage prepaid, this 30th day of September, 2004 to the following counsel of record:

James S. Brewer, Esq.
818 Farmington Avenue
West Hartford, CT 06119

Alexandria L. Voccio, Esq.
Michael J. Rose, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

J. William Gagne, Jr., Esq.
1260 Silas Deane Highway
Wethersfield, CT 06109

                                         _____
                                         Dennis G. Ciccarillo