UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD MALLETT,<br>PLAINTIFF | CIVIL ACTION NO.<br>3:01-CV-1137 (AHN) |
| VS. | |
| TOWN OF PLAINVILLE, ET AL<br>DEFENDANTS | SEPTEMBER 24, 2004 |

### DEFENDANTS, BUTCH PARADIS, STEVEN CLARK AND AFSCME LOCAL 1303-56 MOTION FOR EXTENSION OF TIME

In accord with the above Defendants' request at the pre-trial conference on September 22, 2004, Defendants Butch Paradis, Steven Clark and AFSCME Local 1303-56 request an extension [] days to October 29, 2004 to file dispositive motions. Currently the motions are due on [Septe]mber 30, 2004. Counsel has been on trial in Hartford with Judge Lavine, and needs additional [time] to draft the motion.

Respectfully submitted,
DEFENDANTS, BUTCH PARADIS,
STEVEN CLARK and AFSCME,
LOCAL 1303-56

By _____
J. William Gagne, Jr.
Law Office of J. William Gagne Jr.
   & Associates, P.C.
1260 Silas Deane Highway
Wethersfield, CT 06109
Telephone: (860) 522-5049
Facsimile: (860) 571-6084
Fed. Bar No. ct02126
Email: jwgagne@snet.net

10/4, 2004 GRANTED
SO ORDERED
ALAN H. NEVAS, U.S.D.J.

FILED 2004 OCT -4 P 4:54
U.S. DISTRICT COURT