UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD MALLETT | : | CIVIL ACTION NO. |
| PLAINTIFF, | : | 3:01CV1137 (AHN) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF PLAINVILLE, et. al, | : | |
| DEFENDANTS, | : | October 13, 2004 |

### MOTION FOR EXTENSION OF TIME

The plaintiff hereby moves for an extension of time to oppose the defendants' Motions for Summary Judgment for thirty days. The undersigned must respond to three other Motions for Summary Judgment in three other cases in and around October 21, 2004, and therefore cannot dedicate an appropriate amount of time to properly respond to the current Motions in the present case. The current deadline to respond is October 21, 2004. This is the plaintiff's first request for an extension of time. The undersigned contacted Attorneys Voccio and Ciccarillo and they do not object to this Motion.

PLAINTIFF

BY: _____
Erin I. O'Neil
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06119
(860)523-4055
Federal Bar #ct 23073

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was faxed or mailed, postage prepaid, on this October 13, 2004, to all counsel of record including:

Dennis G. Ciccarillo
Eisenberg, Anderson, Michalik & Lynch
136 West Main St.
PO Box 2950
New Britain, CT 06050-2950

J. William Gagne, Jr.
J. William Gagne & Assoc.
1260 Silas Deane Highway
Wethersfield, CT 06109

Michael J. Rose
Daniel C. DeMerchant
Melinda A. Powell
Alexandria L. Voccio
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

A+ Reporting Services
10 Ryan Drive
Wallingford, CT 06492

                                                      _____
                                                            Erin I. O'Neil