FILED

2004 OCT 29 A 9: 16

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD MALLETT, | : | CIVIL ACTION NO. |
| PLAINTIFF | : | 3:01-CV-1137 (AHN) |
| | : | |
| VS. | : | |
| | : | |
| TOWN OF PLAINVILL, ET AL | : | |
| DEFENDANTS | : | OCTOBER 28, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that the Defendants, Butch Paradis, Steven Clark and AFSCME Council 4, Local 1303-56 have manually filed the following documents:

1. Defendants' Motion for Summary Judgment

2. Local Rule 56(a)1 Statement in Support Defendants' Motion for Summary Judgment

3. Defendants' Memorandum of Law in Support of Motion for Summary Judgment

These documents have not been filed electronically due to a software problem. The document feeder is continuously jamming pages and files are not being properly compressed. All such documents have been manually served on all parties.

                DEFENDANTS, BUTCH PARADIS,
                STEVEN CLARK and AFSCME
                COUNCIL 4, LOCAL 1303-56

By _____
J. William Gagne, Jr.
Law Office of J. William Gagne, Jr.
    & Associates, P.C.
1260 Silas Deane Highway
Wethersfield, CT 06109
Telephone: (860) 522-5049
Facsimile: (860) 571-6084
Fed. Bar No. ct02126
Email: jwgagne@snet.net

## **CERTIFICATION**

I hereby certify that on October 28, 2004, the foregoing was mailed via U.S. Mail, first class, postage prepaid to the following:

Erin O'Neil, Esq.
Brewer & O'Neil
818 Farmington Avenue
West Hartford, CT 06119

Dennis G. Ciccarillo, Esq.
Eisenberg, Anderson, Michalik & Lynch, LLP
136 West Main Street
P.O. Box 2950
New Britain, CT 06050-2950

Alexandria Voccio, Esq.
Howd & Ludorf
65 Wethersfield, Avenue
Hartford, CT 06114

_____
J. William Gagne, Jr.