**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

RICHARD MALLETT,                                     CIVIL ACTION NO.
          PLAINTIFF                                        3:01-CV-1137 (AHN

VS.

TOWN OF PLAINVILLE, ET AL
 DEFENDANTS                                          **November 18, 2004**

**PLAINTIFF'S AFFIDAVIT**

State of Connecticut )
                                      )                    ss:     West Hartford, November 18, 2004
County of Hartford   )

I, Richard Mallet, being duly sworn, hereby depose and state, upon knowledge,

information and belief that:

1.       On or about March 1990, I began working at the Plainville Water Pollution Control

Department (hereinafter "WPC").

2.       Soon after my hire, I noticed defendant Becker consuming alcohol, including beer and

whiskey, while working.

1

3.      Between March 1990 and June 1991, I was witness to multiple incidents of harassment

by Becker targeting other employees at the WPC.

4.      On or about June 1991, I was harassed and threatened by Becker while at the WPC.

Following this harassment, I reported the accumulated incidents to my supervisors.

5.      After he was reported, Becker continued to harass me, telling me I should leave if I didn't

like the way the WPC was run, and that it was either "my way or the highway."

6.      Defendant Kaine participated in this harassment and intimidation, often times joining

with Becker in these violent verbal attacks.

7.      On or about July 31, 1992, I was diagnosed by my physician Dr. Paul Gallagher as

having negative physical effects from the stress of work, including but not limited to nausea,

sleeplessness, high blood pressure, and loss of the ability to concentrate.

8.      On or about July 31, 1992, I met with Defendant Bohenko to report Becker's harassment

and my diagnosis by Dr. Gallagher.

9.      On or about July 31, 1992, after a year of constant harassment by Becker and Kaine, I left

the WPC.

10.    On or about July 31, 1992, I requested worker's compensation and sick leave from the

Town of Plainville to recover from work related injuries.

11.    On or about August 10, 1992, I first visited Dr. Daniel Kelleher, a psychiatrist.  Over the

course of four visits in August 1992, Dr. Kelleher diagnosed me as having Post-Traumatic Stress

Disorder with depression resulting from my working conditions.

12    On or about August 26, 1992, defendants Town of Plainville and Bohenko denied my

worker's compensation claim.

13.    On or about September 1992, I was transferred by Bohenko to the Town of Plainville's

Buildings and Grounds Department.  This reassignment forced me to take a reduction in pay.

14    On or about February 24, 1993, my former position, left vacant since my departure,

opened at the WPC.  I, wanting to resume my career in waste water management, applied for the

position.

15.    On or about May 5, 1993, Bohenko and the Town of Plainville required proof of medical

fitness as a prerequisite for my rehire.

16    On or about May 6, 1993, I was granted medical clearance to resume work at the WPC.

17.    On or about June 14, 1993, I resumed my position as Assistant Plant Operator I at the

WPC.  Upon my return, I immediately faced constant harassment, intimidation, and threats

spearheaded by Becker and Kaine.


18    On or about July 13, 1993, Becker called me a "fucking queer" and then physically

threatened me.  I reported this incident to Joe Watkins, plant superintendent at the time.

19.     On or about July 20, 1993, Becker drove by me while on duty and said, "Fuck You,

Asshole." I reported this incident to my  supervisor, defendant Jahn.


20.     On or about July 26, 1993, Becker and Kaine harassed and taunted me while at work.  I

reported this incident to Jahn, my supervisor.


21.     On or about August 1993, I was interviewed by Bohenko about Becker's  harassment of

myself and other employees, especially Patricia Cassidy, a female secretary.  I provided

testimony that implicated Becker in several instances of harassment.


22.     On or about October 7, 1993, Becker was suspended from the WPC for three days.


23.     On or about May 13, 1994, I filed a grievance against Becker for posting harassing

messages on the WPC bulletin board targeted at myself.  Defendants Paradis and Watkins were

aware of the activity and failed to take action.


24.     On or about May 13, 1994, I filed numerous grievances against Kleine.  Of them one was

for misuse of town property, as he used part of the WPC as a health spa and fitness center.

Another was for raising and keeping a pit bull at the WPC.  Defendants Paradis and Watkins

were aware of the activity and failed to take action.

25.     From October, 1993, to August 1995, I was subject to numerous threats and acts of

intimidation and harassment directed by Becker and Kaine regarding my numerous filed

grivances detailing misuse of town facilities at the WPC.


26.     On or about August 8, 1995, Becker was to receive a hearing of appeal for his

suspension, the basis of which was my complaints of sexual harassment.  I agreed to reduce the

sexual harassment charge to harassment, and the hearing was adjourned.  Before the hearing,

Becker threatened me if I didn't retract my complaint.  He said he was" King of the head games"

and that he was trying to "put me over the edge".


27.     On or about June 1999, I was offered training toward lab certification by  Marineau and

Richard Tingle ("Tingle").  However, defendants consistently denied me the necessary training

time for certification.  I was eventually replaced as backup lab technician by another employee,

Michael Cianchetti.


28.     On or about November 1999, I was permanently assigned to work alone at an isolated

facility called "Siberia."  I remained at this facility for approximately four months.


29.     On or about November 24, 1999, a co-worker, Steven Gregory, approached me and stated

that he was "concerned for my well being" if I did not attend the upcoming union meeting and


6

vote for certain individuals.

30.     On or about November 30, 1999, Tingle approached me and threatened that if I did not

attend the union meeting and vote for certain individuals including Becker, I should "look for a

new job."

31.     I was unable to attend the union meeting of December 13, 1999.  On or about December

14, 1999, I was approached by Kaine at approximately seven o'clock in the morning.  Kaine

insulted me, using profanity, and attempted to provoke me into a physical altercation.  When I

refused to fight, I was called a "coward."  Kaine derided my  saying "I thought you wanted to get

along."

32.     On or about June 23, 2000, Kaine and I got into an argument.  Kaine again threatened

me, stating "If you want to mess with me, I'll mess with you."  Kaine then told me, "you're never

going anywhere in this department."

33.     On or about July 25, 2000, Plainville resident Bill Cunningham ("Cunningham") made a

request for time cards of WPC employees.

34.     On or about August 25, 2000, during a crew meeting, Becker accused me of        leaking

information to Cunningham.  Becker threatened and harassed me in front of my     co-workers

and WPC management.  I reported the incident to Marineau and asked that  she make sure it

didn't happen again.

35.     On or about August 30, 2000, Cunningham's investigation into the questionable practices at the WPC, including time card irregularities, began to receive press in *The Herald*, a local newspaper. These stories continued through April 2001.

36.     On or about September 14, 2000, Tingle approached a former employee of the WPC, Daniel Winkler, at a local bakery. Tingle told Winkler that the crew at the WPC believed I was leaking information to Cunningham regarding the time card controversy and the crew was "out to get" me. I reported the conversation to Marineau, who said she would discuss the matter with Defendant Osle.

37.     On or about October 5, 2000, Tingle again approached Winkler at the bakery and repeated the negative comments and repeated that the crew was "out to get" me.

38.     On or about October 23, 2000, I was promoted to crew leader by Doug Kahle and James Kaine, with the approval of Jan Marineau. The next day, however, this promotio was withdrawn without explanation.

39.     On or about November 24 and 25, 2000, I was denied overtime opportunities at the Roadways Department. This was against past practice and union agreement.

40.     On or about November 28, 2000, I attended a crew meeting. Becker again accused me, in front of entire crew, of helping Cunningham. Jahn, Marineau, and Osle were in attendance at the meeting and did nothing to quiet Becker.

41.     On or about February 7, 2001, Conklin confronted me in break room at the WPC. Conklin called me a "cunt" and then threatened me, saying "you're going down, nigger." More than two weeks passed after I reported the incident to Marineau before Conklin was suspended for just one day. A witness refused to testify. According to Jan Marineau, a second witness, Frank Marcione, was not even questioned.

42.     On or about March 27, 2001, I was diagnosed with a hernia. I have been out since then on worker's compensation.

43.     Prior to Kaine,  operators were usually rotated weekly to give operators well rounded experience in a variety of tasks. This, however, changed when Kaine was given the authority to assign job assignments and Kaine assigned to me to "Siberia" for long periods of time.

44.     After the arbitration hearing, Becker told him me was "king of the head games" and that he was "trying to push" him "over the edge". Becker also threatened     to sue me at this time if he did not withdraw his complaint. Accordingly, while I agreed to the proposed resolution, I did not report what Becker said at this time because I feared further retaliation.

45.     The plaintiff did not use the gym equipment for 3 or 4 years. The plaintiff was retaliated against for not contributing to the dogs' upkeep.

46.     I suffered a loss of compensation from being denied the role of back up helper in the lab.

47.     Kaine wanted to isolate me in "Siberia" to cause further psychological damage.

48.     After the first meeting I approached Marineau and indicated to her how the

        humiliation by Becker made me feel. Additionally, I pleaded with her not to let me

        be  subjected to that sort of treatment again. Despite my plea,   however, a second

        meeting at the Town Hall was held. Once again, Becker was allowed to speak,

        harass, humiliate, and threaten me again.

49.     When I was removed from the position of crew leader after one day I was told by a co-

        worker that Kaine and Becker were going to set me up in the position as crew leader.

50.     Bohenko, Jackson, Osle, John, and Marineau knew, and or should have known that I

        was not being treated fairly as I had sent a 12 page letter to Osle detailing my misery.

51.     I repeatedly pleaded for the Town to provide me with a safe and healthy workplace. I

        asked for a transfer out of the WPC, which was denied and I could not return to the

        work environment.