UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **RICHARD MALLETT,**<br>    **PLAINTIFF**<br>**VS.**<br>**TOWN OF PLAINVILLE, ET AL**<br>    **DEFENDANTS** | **CIVIL ACTION NO.**<br>**3:01-CV-1137 (AHN)**<br><br>**DECEMBER 15, 2004** |

### DEFENDANTS, BUTCH PARADIS. STEVEN CLARK AND AFSCME LOCAL 1303-56 OBJECTION TO THE PLAINTIFF'S AFFIDAVIT

The Defendants Butch Paradis, Steven Clark and the American Federation of State, County and Municipal Employees, Local 1303-56 [hereinafter "Union Defendants"], hereby object to the Plaintiffs Affidavit dated November 18, 2004. Specifically the Union Defendants object on the grounds that the Plaintiff has submitted conclusory averments in his affidavit regarding the Union Defendants.

The object of Rule 56 is not to replace conclusory averments in a pleading with conclusory allegations in an affidavit. Lujan v. National Wildlife Fed'n, 497 U.S. 871, 888 (1990); Hollander v. American Cvanamide Co., 172 F.3d 192, 198 (2d Cir. 1999). When a non-moving party relies only on his own affidavit to oppose summary judgment, his affidavit may not be conclusory or unsupported by factual data. Delange v. Dutra Const. Co., 183 F.3d 916 (9th Cir. 1999).

The Union Defendants object to consideration of the Plaintiffs affidavit. Specifically, ¶ 23 and 24. "Defendants Paradis and Watkins were aware of the activity and failed to take action." Such statement is conclusory and unsupported by any facts.

While these objected-to statements are not sufficient to raise issues of material fact, the Union Defendants contend that they should be disregarded as conclusory averments.

                              Respectfully submitted,
                              DEFENDANTS, BUTCH
                              PARADIS, STEVEN CLARK and
                              AFSCME, LOCAL 1303-56

By. _____

J. William Gagne, Jr.
Law Office of J. William Gagne Jr.
    & Associates, P.C. 970
Farmington Avenue, Suite 207 West
Hartford, CT 06107 Telephone:
(860) 522-5049 Facsimile:
(860)561-6204 Fed. Bar No.
ct02126 Email: jwgagne@snet.net

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed via first class mail, postage prepaid, on December 15, 2004, to all counsel and pro se parties of record, as set forth below:

Erin O'Neil, Esq. Brewer &
O'Neil 818 Farmington
Avenue West Hartford, CT
06119

Dennis G. Ciccarillo, Esq.
Eisenberg, Anderson, Michalik & Lynch, LLP
136 West Main Street
P.O. Box 2950
New Britain, CT 06050-2950

Michael J. Rose, Esq.
Alexandria Voccio, Esq.
Howd & Ludorf 65
Wethersfield, Avenue
Hartford, CT 06114

fWt   J- William Gagne, Jr.