UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **RICHARD MALLETT,** <br> **PLAINTIFF** <br> VS. <br> **TOWN OF PLAINVILLE, ET AL** <br> **DEFENDANTS** | **CIVIL ACTION NO.** <br> **3:01-CV-1137(AHN)** <br><br> **DECEMBER 15, 2004** |

### DEFENDANTS. BUTCH PARADIS. STEVEN CLARK AND AFSCME LOCAL 1303-56 REQUEST FOR PERMISSION TO FILE REPLY TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

The Defendants Butch Paradis, Steven Clark and the American Federation of State, County and Municipal Employees, Local 1303-56 [hereinafter "Union Defendants"], respectfully request that they be allowed to file a Reply to the Plaintiffs Memorandum in Opposition to Defendants' Motion for Summary Judgment. The Reply was due December 10, 2004.

However, as of this date, the Union Defendants still have not received a copy of the Plaintiffs Memorandum. Seeking to determine the status of the case, and determine why a memorandum was not filed, the Union Defendants' counsel went to the District Court's Pacer. Counsel found that a memorandum was filed. Having now read the memorandum, the Union Defendants specifically want to address the following:

1. The Plaintiff has failed to raise or identify any genuine issue as to a material fact in dispute;

2. The grievances presented as Exhibit 13 have not been signed by a Union representative;

3.  The Plaintiff cannot recover against the Union Defendants as individuals where the allegations focus on their conduct as union president;

4.  Mere negligence or tactical errors on the part of a Union in processing a grievance do not constitute a breach of the duty of fair representation;

5.  Grievances do not constitute protected speech under a First Amendment Retaliation Claim;

6.  The Union is a private entity and the Union Defendants were not acting under color of law.

WHEREFORE, the Union Defendants respectfully request that this Court grant permission for the filing of a Reply to the Plaintiffs Memorandum in Opposition to Defendants' Motion for Summary Judgment.

> Respectfully submitted,
> DEFENDANTS, BUTCH PARADIS,
> STEVEN CEARK and AFSCME,
> EOCAE 1303-56
>
> By [signature]
>
> J. William Gagne, Jr.
> Eaw Office of J. William Gagne Jr.
>     & Associates, P.C. 970
> Farmington Avenue, Suite 207 West
> Hartford, CT 061 07 Telephone: (860)
> 522-5049 Facsimile: (860) 561-6204
> Fed. Bar No. ct02126 Email:
> jwgagne@snet.net

**<u>ORDER</u>**

The foregoing motion, having been considered, is hereby ORDERED:

GRANTED/DENIED

BY THE COURT

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed via first class mail, postage prepaid, on December 15, 2004, to all counsel and pro se parties of record, as set forth below:

Erin O'Neil, Esq. Brewer &
O'Neil 818 Farmington
Avenue West Hartford, CT
06119

Dennis G. Ciccarillo, Esq.
Eisenberg, Andcrson, Michalik & Lynch, LLP
136 West Main Street
P.O. Box 2950
New Britain, CT 06050-2950

Michael J. Rose, Esq.
Alexandria Voccio, Esq.
Howd & Ludorf 65
Wethersfield, Avenue
Hartford, CT 06114

        J. William Gagne, Jr.