UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------x
)
RICHARD B. MALLETT,         )    CIVIL ACTION NO.
    Plaintiff              )    3:01 CV 1137 (AHN)
)
VS.                         )
)
TOWN OF PLAINVILLE, ET AL.,)    August 26, 2004
    Defendants            )
)
---------------------------------------x

## MOTION FOR PERMISSION TO FILE BRIEF IN EXCESS OF 40 PAGES

Pursuant to Local R. Civ. P 7(a)2, the Defendants, Town of Plainville, John Bohenko, Robert Jackson, Shirley Osle, Robert Jahn, and Janet Marineau, (hereinafter, "the Town Defendants"), respectfully move for permission to file a brief in excess of 40 pages. Dispositive motions are due by September 30, 2004, and the Town Defendants intend to file and brief a Motion for Summary Judgment as to all eight counts of the Complaint. Because there are five such Defendants, and eight counts containing allegations covering a time frame of about a decade, adequate presentation on all of the issues will require a brief in excess of the 40 page limit prescribed by Rule 7.

      Attorney O'Neil on behalf of the Plaintiff objects to this motion; counsel for all other defendants do not object to this motion.

December 15, 2004. DENIED as moot. SO ORDERED.
Alan H. Nevas, U.S.D.J.