119

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD MALLETT, <br> PLAINTIFF | : CIVIL ACTION NO. <br> : 3:01-CV-1137 (AHN) |
| VS. | : |
| TOWN OF PLAINVILLE, ET AL <br> DEFENDANTS | : DECEMBER 15, 2004 |

1/19/20 05 ___ GRANTED
SO ORDERED ___ ALAN H. NEVAS, U.S.D.J.

### DEFENDANTS, BUTCH PARADIS, STEVEN CLARK AND AFSCME LOCAL 1303-56 REQUEST FOR PERMISSION TO FILE REPLY TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

The Defendants Butch Paradis, Steven Clark and the American Federation of State, County and Municipal Employees, Local 1303-56 [hereinafter "Union Defendants"], respectfully request that they be allowed to file a Reply to the Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment. The Reply was due December 10, 2004.

However, as of this date, the Union Defendants still have not received a copy of the Plaintiff's Memorandum. Seeking to determine the status of the case, and determine why a memorandum was not filed, the Union Defendants' counsel went to the District Court's Pacer. Counsel found that a memorandum was filed. Having now read the memorandum, the Union Defendants specifically want to address the following:

1. The Plaintiff has failed to raise or identify any genuine issue as to a material fact in dispute;

2. The grievances presented as Exhibit 13 have not been signed by a Union representative;