# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

RICHARD MALLETT

V.                                         APPEARANCE

TOWN OF PLAINVILLE, et. al.

CASE NO.:  3:01 cv 01137 (AHN)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The Plaintiff, Richard Mallett

__April 28, 2005__          _[signature]_
Date                         Signature

ct _25640_                    David C. Nelson
Federal Bar Number           Print Name

                             Garrison, Levin-Epstein, Chimes & Richardson
                             Firm Name

                             405 Orange Street
                             Address

                             New Haven,      CT          06511
                             City            State       Zip Code

                             (203) 777-4425
                             Phone Number

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Appearance have been mailed on this date to the following counsel of record:

*See Attached Service List*

_[signature]_
David C. Nelson

## SERVICE LIST

Attorneys for Plaintiff, Richard Mallett:

**Alyssa S. Vigue, Esq.**
818 Farmington Avenue
West Hartford, CT  06119

**Erin I. O'Neil-Baker, Esq.**
41-A New London Turnpike
Glastonbury, CT  06833

**James S. Brewer, Esq.**
P.O. Box 330343
West Hartford, CT  06133-0343


Attorneys for Defendants, Town of Plainville, John Bohenko, Robert Jackson, Shirley Osle, Robert Jahn, and Janet Marineau:

**Dennis G. Ciccarillo, Esq.**
Eisenberg, Anderson, Michalik & Lynch
136 West Main Street, P.O. Box 2950
New Britain, CT  06050-2950


Attorneys for Defendants, Donald Becker, James Kaine and Michael Conklin:

**Alan Neigher, Esq.**
Byelas & Neigher
1804 Post Road East
Westport, CT  06880

**Alexandria L. Voccio, Esq.**
**Daniel C. DeMerchant, Esq.**
**Melinda A. Powell, Esq.**
**Michael J. Rose, Esq.**
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114-1190

<u>Attorneys for Defendants, Butch Paradis, Steven Clark, and American Federation of State & Municipal Employees (AFSCME)</u>:

**J. William Gagne, Jr., Esq.**
J. William Gagne & Associates
970 Farmington Avenue, Suite 207
West Hartford, CT  06107