UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD B. MALLETT | : | No. 3:01CV01137 (AHN) |
| VS. | : | |
| TOWN OF PLAINVILLE, ET AL | : | |
| | : | April 28, 2005 |

## MOTION TO WITHDRAW APPEARANCE

Consistent with a court order by Judge Robert L. Holzberg on April 15, 2005, undersigned counsel respectfully requests that he be allowed to withdraw his appearance in the above-captioned case.

Respectfully submitted:

BY  /s/ James S. Brewer
JAMES S. BREWER
Federal Bar No. ct07019
P.O. Box 330343
West Hartford, CT 06133-0343
Tel: 860-216-2876

## **CERTIFICATION**

A copy hereof was mailed, postage prepaid, on the above-mentioned date, to the following counsel of record:

Erin I. O'Neil-Baker
41-A New London Turnpike
Glastonbury, CT 06833

Alyssa S. Vigue
15 Knoll Lane
Simsbury, CT 06089

Dennis G. Ciccarillo
Eisenberg, Anderson, Michalik & Lynch
136 West Main Street, P.O. Box 2950
New Britain, CT 06050-2950

Alan Neigher
Byelas & Neigher
1804 Post Road East
Westport, CT 06880

Alexandria L. Voccio
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Daniel C. DeMerchant
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Michael J. Rose
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Melinda A. Powell
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

J. William Gagne, Jr.
970 Farmington Avenue
Suite 207
West Hartford, CT 06107

   /s/ James S. Brewer
JAMES S. BREWER