UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD B. MALLETT | : | CIVIL ACTION NO: 3:01CV1137(AHN) |
| PLAINTIFF, | : | |
| | : | |
| VS. | : | |
| | : | |
| | : | |
| TOWN OF PLAINVILLE | : | April 29, 2005 |

**MOTION TO WITHDRAW APPEARANCE**

Pursant to D. Conn. L. Civ. R. 7(e), the undersigning respectfully moves to withdraw her appearance on behalf of the plaintiff, in the above-captioned matter. The Plaintiff continues to be represented by David C. Nelson of Garrison, Levin-Epstein, Chimes & Richardson

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

PLAINTIFF,
RICHARD MALLET

By: _____
Erin I. O'Neil-Baker
41A New London Tpke
Glastonbury, CT  06033
Fed Bar # ct 23073
(860) 466-4278
fax (860) 466-4279
erinoneilbaker@yahoo.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was faxed or mailed, postage prepaid, on this 29th day of April, 2005 to all counsel of record including:

Dennis G. Ciccarillo
Eisenberg, Anderson, Michalik & Lynch
136 West Main St.
PO Box 2950
New Britain, CT 06050-2950

J. William Gagne, Jr.
1260 Silas Deane Highway
Wethersfield, CT 06109

Michael Rose
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

<u>Courtesy Copy</u>:
The Honorable Holly B. Fitzsimmons
Chambers
915 Lafayette Blvd.
Bridgeport, CT 06604

                                                                                                _____

                                                                                                Erin I. O'Neil-Baker