# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

RICHARD MALLETT

V.

TOWN OF PLAINVILLE, et. al.

**APPEARANCE**

(Amended)

CASE NUMBER: 3:01 cv 01137 (AHN)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

The Defednats, Town of Plainville, John Bohenko, Robert Jackson, Shirley Osle, Robert Jahn, and Janet Marineau

FILED 2005 MAY 11 P 1:17 U.S. DISTRICT COURT BRIDGEPORT CONN

May 10, 2005
**Date**

ct 05680
**Connecticut Federal Bar Number**

860-225-8403
**Telephone Number**

860-223-4026
**Fax Number**

dciccarillo@mbsclawyers.com
**E-mail address**

_Signature_

Dennis G. Ciccarillo
**Print Clearly or Type Name**

35 Pearl Street, Suite 300
**Address**

New Britain, CT 06051

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See attached service list

_Dennis G. Ciccarillo_
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

## SERVICE LIST

Alexandria L. Voccio, Esq.
Michael J. Rose, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

J. William Gagne, Jr., Esq.
1260 Silas Deane Highway
Wethersfield, CT 06109

Erin I. O'Neil-Baker, Esq.
41-A New London Turnpike
Glastonbury, CT 06833

David C. Nelson, Esq.
Garrison, Levin-Epstein, Chimes & Richardson
405 Orange Street
New Haven, CT 06511