UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD B. MALLETT | : | NO.: 3:01CV1137 (AHN) |
| v. | : | |
| TOWN OF PLAINVILLE; ET AL | : | MAY 13, 2005 |

## MOTION TO RENEW MOTION FOR SUMMARY JUDGMENT

The Defendants, DONALD BECKER, JAMES KAINE and MICHAEL CONKLIN, in the above-captioned matter, hereby move this Court to renew and consider their motion for summary judgment (#96), in conjunction with their local rule 56(a)(1) statement (#97), and their supporting memorandum of law (#98). In support of this motion, the undersigned, on behalf of the defendants, hereby represent as follows:

1. Defendants' motion for summary judgment was denied on March 24, 2005 without prejudice to renew when substitute counsel appears for the plaintiff;

2. New counsel has appeared for the plaintiff, Richard B. Mallett.

WHEREFORE, the defendants, DONALD BECKER, JAMES KAINE and MICHAEL CONKLIN, hereby respectfully request that their motion for summary judgment filed on September 27, 2004, be considered by the Court.

ORAL ARGUMENT IS NOT REQUESTED

        DEFENDANTS,
        DONALD BECKER, JAMES KAINE and
        MICHAEL CONKLIN


        By/s/Daniel C. DeMerchant
           Daniel C. DeMerchant [ct19342]
           Howd & Ludorf, LLC
           65 Wethersfield Avenue
           Hartford, CT  06114
           Phone:  (860) 249-1361
           Fax:  (860) 249-7665
           E-Mail:  ddemerchant@hl-law.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 13th day of May, 2005.

David C. Nelson
Garrison, Levin-Epstein, Chimes & Richardson
405 Orange Street
New Haven, CT 06511

Dennis G. Ciccarillo, Esquire
Robert Michalik, Esquire
Plainville Town Counsel
Eisenberg, Anderson, Michalik & Lynch
136 West Main Street
P.O. Box 2950
New Britain, CT 06050-2950

J. William Gagne, Jr., Esquire
Gagne & Associates, P.C.
1260 Silas Deane Highway
Wethersfield, CT 06109

                                        /s/Daniel C. DeMerchant
                                        Daniel C. DeMerchant