UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 MAY 16 P 12: 20
U.S. DISTRICT COURT
BRIDGEPORT. CONN

---------------------------------------------x
)
RICHARD B. MALLETT,           )    CIVIL ACTION NO.
      Plaintiff              )    3:01 CV 1137 (AHN)
                              )
VS.                           )
                              )
TOWN OF PLAINVILLE, ET AL.,  )    May 12, 2005
      Defendants             )
                              )
---------------------------------------------x

## MOTION TO RENEW MOTION FOR SUMMARY JUDGMENT

The Defendants, Town of Plainville, John Bohenko, Robert Jackson, Shirley Osle, Robert Jahn, and Janet Marineau, hereby move that their Motion for Summary Judgment, and all attendant filings, be renewed and considered by the Court.

These defendants originally filed a Motion for Summary Judgment on September 30, 2004. That motion was denied on March 24, 2005 without prejudice to renewal when substitute counsel appeared. New counsel has appeared for the Plaintiff, Richard Mallett. As such, the defendants respectfully move to renew their motion for summary judgment and request that it be considered.

Dated at New Britain, Connecticut, this 12th day of May, 2005.

DEFENDANTS,
TOWN OF PLAINVILLE, ET AL.,

BY: _____
Dennis G. Ciccarillo, Esquire
Fed. Bar # ct06580
Michalik, Bauer, Silvia & Ciccarillo, LLP
35 Pearl Street, Suite 300
New Britain, CT 06051
Tel: (860) 225-8403

## CERTIFICATION

I certify that a copy of the foregoing was mailed, postage prepaid, this 12th day of May, 2005 to the following counsel of record:

Alexandria L. Voccio, Esq.
Michael J. Rose, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

J. William Gagne, Jr., Esq.
1260 Silas Deane Highway
Wethersfield, CT 06109

Erin I. O'Neil-Baker, Esq.
41-A New London Turnpike
Glastonbury, CT 06833

David C. Nelson, Esq.
Garrison, Levin-Epstein, Chimes & Richardson
405 Orange Street
New Haven, CT 06511

_____
Dennis G. Ciccarillo