UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD MALLET, <br>     PLAINTIFF | : <br> : <br> : | NO.: 3:01 CV 1137 |
| V. | : <br> : | |
| TOWN OF PLAINVILLE, ET AL. <br>     DEFENDANTS | : <br> : | MAY 16, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that Plaintiff, Richard Mallet, has manually filed the following documents:

**Exhibits 1 - 5 of
Plaintiff's Supplemental Memorandum of Law in Opposition to the
Defendants' Motions for Summary Judgment**

This document has not been filed electronically because

[ ]    the document or thing cannot be converted to an electronic format
[X]    the electronic file size of the document exceeds 1.5 megabytes
[ ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

RESPECTFULLY SUBMITTED,

_____
David C. Nelson   *(Fed. Bar No.: ct25640)*
GARRISON, LEVIN-EPSTEIN, CHIMES
    & RICHARDSON, P.C.
405 Orange Street
New Haven, CT 06511
Ph: (203) 777-4425
Fax: (203) 776-3965
dnelson@garrisonlaw.com

## CERTIFICATION

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via first class mail, postage prepaid, as indicated below, on this 16th day of May, 2005 to:

Attorneys for Defendants, Town of Plainville, John Bohenko, Robert Jackson, Shirley Osle, Robert Jahn, and Janet Marineau:

**Dennis G. Ciccarillo, Esq.**
Eisenberg, Anderson, Michalik & Lynch
136 West Main Street, P.O. Box 2950
New Britain, CT 06050-2950
(860) 225-8403

Attorneys for Defendants, Donald Becker, James Kaine and Michael Conklin:

**Alan Neigher, Esq.**
Byelas & Neigher
1804 Post Road East
Westport, CT 06880
(203) 259-0599

**Alexandria L. Voccio, Esq.**
**Daniel C. DeMerchant, Esq.**
**Melinda A. Powell, Esq.**
**Michael J. Rose, Esq.**
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190
(860) 249-1361

Attorneys for Defendants, Butch Paradis, Steven Clark, and American Federation of State & Municipal Employees (AFSCME):

**J. William Gagne, Jr., Esq.**
J. William Gagne & Associates
970 Farmington Avenue, Suite 207
West Hartford, CT 06107
(860) 522-5049

_____
David C. Nelson