# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**RICHARD MALLETT**

**APPEARANCE**
(Amended)

v.

**TOWN OF PLAINVILLE, ET AL.**     CASE NUMBER: 3:01 cv 01137 (AHN)

**To the Clerk of this court and all parties of record:**

**Enter my appearance as counsel in this case for:**

The Defendants, Town of Plainville, John Bohenko, Robert Jackson, Shirley Osle, Robert Jahn and Janet Marineau


May 18, 2005                                          _____
                                                                     Signature

ct 05680                                              Dennis G. Ciccarillo_____
Connecticut Federal Bar Number                        Print Clearly or Type Name

(860) 225-8403_____                          35 Pearl Street, Suite 300_____
Telephone Number                                      Address

(860) 223-4026_____                          New Britain, CT 06051_____
Fax Number

dciccarillo@mbsclawyers.com
E-mail address


## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on the 18th day of May, 2005 to the following:

See Attached Service List


_____
Dennis G. Ciccarillo

## **SERVICE LIST**

Alexandria L. Voccio, Esq.
Michael J. Rose, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

J. William Gagne, Jr., Esq.
970 Farmington Avenue, Suite 207
West Hartford, CT 06107

Erin I. O'Neil-Baker, Esq.
41-A New London Turnpike
Glastonbury, CT 06833

David C. Nelson, Esq.
Garrison, Levin-Epstein,
 Chimes & Richardson
405 Orange Street
New Haven, CT 06511

_____