### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| **RICHARD MALLETT,**<br>　　**PLAINTIFF**<br><br>**VS.** | **CIVIL ACTION NO.**<br>**3:01-CV-1137 (AHN)** |
| **TOWN OF PLAINVILLE, ET AL**<br>　　**DEFENDANTS** | **MAY 26,2005** |

### DEFENDANTS, BUTCH PARADIS, STEVEN CLARK AND
### AFSCME LOCAL 1303-56'S MOTION TO RENEW
### MOTION FOR SUMMARY JUDGMENT

The Defendants, Butch Paradis, Steven Clark and AFSCME, Council 4, Local 1303-56, hereby move that their Motion for Summary Judgment, and all attendant filings, be renewed and considered by the Court.

These Defendants originally filed a Motion for Summary Judgment on October 29, 2004. That motion was denied on March 24, 2005 without prejudice to renew when substitute counsel appeared. New counsel has appeared for the Plaintiff, Richard Mallett. As such, the Defendants respectfully move to renew their Motion for Summary Judgment and request that it be considered.

Respectfully submitted,
DEFENDANTS, BUTCH
PARADIS, STEVEN CLARK and
AFSCME, LOCAL 1303-56

By

/William Gagne, *ht.*  ^_'^   , V , -
</*Law* Office of J. William Gagne Jr.
        & Associates, P.C. 970
Farmington Avenue, Suite 207 West
Hartford, CT 06107 Telephone:
(860) 522-5049 Facsimile: (860)
561-6204 Fed. Bar No. ct02126
Email: jwgagncfajsnet.net

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed via first class mail,

postage prepaid, on May^LJ^ 2005, to all counsel and pro se parties of record, as set

forth below:


Dennis G. Ciccarillo, Esq.
Michalik, Bauer, Silvia & Ciccarillo, LLP
35 Pearl Street, Suite 300
New Britain, CT 06051

Michael J. Rose, Esq.
Alexandria Voccio, Esq.
Howd & Ludorf 65
Wethersfield, Avenue
Hartford, CT 06114

David C. Nelson, Esq.
Garrison, Levin-Epstein, Chimes & Richardson, PC
405 Orange Street
New Haven, CT 06511

-7