UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JUL 29 A 11: 51
DISTRICT COURT

| | | |
|---|---|---|
| RICHARD MALLETT, PLAINTIFF | : | CIVIL ACTION NO. 3:01-CV-1137 (AHN) |
| VS. | : | |
| TOWN OF PLAINVILLE, ET AL DEFENDANTS | : | JULY 28, 2005 |

## APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Kimberly A. Cuneo as counsel for the defendants, Butch Paradis, Steven Clark and AFSCME, Council 4, Local 1303-56, in the above-captioned case.

This appearance is in addition to any appearance already on file for defendants Butch Paradis, Steven Clark and AFSCME, Council 4, Local 1303-56.

DEFENDANTS, BUTCH PARADIS, STEVEN CLARK and AFSCME, LOCAL 1303-56

By _____
Kimberly A. Cuneo
Law Office of J. William Gagne Jr.
 & Associates, P.C.
970 Farmington Avenue, Suite 207
West Hartford, CT 06107
Telephone: (860) 522-5049
Facsimile: (860) 561-6204
Fed. Bar No. ct24677
Email: jwgagne@snet.net

1

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed via first class mail, postage prepaid, on July 28, 2005, to all counsel and pro se parties of record, as set forth below:

Dennis G. Ciccarillo, Esq.
Michalik, Bauer, Silvia & Ciccarillo, LLP
35 Pearl Street, Suite 300
New Britain, CT 06051

Michael J. Rose, Esq.
Alexandria Voccio, Esq.
Howd & Ludorf
65 Wethersfield, Avenue
Hartford, CT 06114

David C. Nelson, Esq.
Garrison, Levin-Epstein, Chimes & Richardson, PC
405 Orange Street
New Haven, CT 06511

_____
Kimberly A. Cuneo

2