UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD MALLET, | : | |
|     PLAINTIFF | : | NO.: 3:01 CV 1137 |
| | : | |
| V. | : | |
| | : | |
| TOWN OF PLAINVILLE, ET AL. | : | |
|     DEFENDANTS | : | October 28, 2005 |

## MOTION TO SUBSTITUTE COUNSEL

David C. Nelson, counsel for the plaintiff, is leaving Garrison, Levin-Epstein, Chimes & Richardson, P.C. for the Office of the Attorney General.  Mr. Mallet's case will be handled by another attorney at Garrison, Levin-Epstein, Chimes & Richardson.  Mr. Mallet has consented to this substitution.  Attorney Nelson requests that he be allowed to withdraw from this case and the firm of Garrison, Levin-Epstein, Chimes & Richardson take his place.

                                                  **THE PLAINTIFF,**
                                                **RICHARD MALLET**

                                  By: ___/s/ *David C. Nelson*_____.
                                        David C. Nelson  (Fed. Bar No. ct25640)
                                        GARRISON, LEVIN-EPSTEIN, CHIMES
                                            & RICHARDSON, PC
                                          405 Orange Street
                                          New Haven, CT  06511
                                          Ph:  (203) 777-4425
                                          Fax:  (203) 776-3965
                                          DNelson@Garrisonlaw.com

# CERTIFICATION

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via first class mail, postage prepaid, as indicated below, on this 28th day of October, 2005 to:

Attorneys for Defendants, Town of Plainville, John Bohenko, Robert Jackson, Shirley Osle, Robert Jahn, and Janet Marineau:

**Dennis G. Ciccarillo, Esq.**
Eisenberg, Anderson, Michalik & Lynch
136 West Main Street, P.O. Box 2950
New Britain, CT  06050-2950
(860) 225-8403

Attorneys for Defendants, Donald Becker, James Kaine and Michael Conklin:

**Alexandria L. Voccio, Esq.**
**Daniel C. DeMerchant, Esq.**
**Melinda A. Powell, Esq.**
**Michael J. Rose, Esq.**
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114-1190
(860) 249-1361

Attorneys for Defendants, Butch Paradis, Steven Clark, and American Federation of State & Municipal Employees (AFSCME):

**J. William Gagne, Jr., Esq.**
J. William Gagne & Associates
970 Farmington Avenue, Suite 207
West Hartford, CT  06107
(860) 522-5049

                                       /s/ *David C. Nelson*  .
                                          David C. Nelson