# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

RICHARD MALLETT

V.                                    APPEARANCE

TOWN OF PLAINVILLE, et. al.

CASE NO.:  3:01-cv-01137 (AHN)

To the Clerk of this court and all parties of record:

**Enter my appearance as counsel in this case for**

The Plaintiff, Richard Mallett

_____December 7, 2005_____
Date

_____
Signature

ct _04132_____
Federal Bar Number

Joseph D. Garrison
Print Name

Garrison, Levin-Epstein, Chimes & Richardson
Firm Name

405 Orange Street
Address

New Haven,        CT              06511
City              State           Zip Code

(203) 777-4425
Phone Number

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Appearance have been mailed on this date to the following counsel of record:

**SEE ATTACHED SERVICE LIST**

Joseph D. Garrison

## SERVICE LIST

Attorneys for Defendants, Town of Plainville, John Bohenko, Robert Jackson, Shirley Osle, Robert Jahn, and Janet Marineau:

**Dennis G. Ciccarillo, Esq.**
Michalik, Bauer, Silvia & Ciccarillo, LLP
35 Pearl Street, Suite 300
New Britain, CT  06051


Attorneys for Defendants, Donald Becker, James Kaine and Michael Conklin:

**Alan Neigher, Esq.**
Byelas & Neigher
1804 Post Road East
Westport, CT  06880


**Alexandria L. Voccio, Esq.**
**Daniel C. DeMerchant, Esq.**
**Melinda A. Powell, Esq.**
**Michael J. Rose, Esq.**
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114-1190


Attorneys for Defendants, Butch Paradis, Steven Clark, and American Federation of State & Municipal Employees (AFSCME):

**J. William Gagne, Jr., Esq.**
**Kimberly Ann Cuneo, Esq.**
J. William Gagne & Associates
970 Farmington Avenue, Suite 207
West Hartford, CT  06107