FILED

2005 DEC 21 ₱ 12: 08

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
BRIDGEPORT, CONN

```
_____X
                       )
RICHARD B. MALLETT,    )     CIVIL ACTION NO.
         Plaintiff     )     3:01 CV 1137 (AHN)
                       )
VS.                    )
                       )
TOWN OF PLAINVILLE, ET AL. )
         Defendants    )
                       )     DECEMBER 19, 2005
_____X
```

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule Civ. Pro. 15, the undersigned, Alan Neigher,

respectfully moves for leave of the Court to withdraw his appearance on behalf of

defendant Donald Becker, James Kaine and Michael Conklin, since notice of

appearance dated July 26, 2001 was filed on their behalf by attorneys Michael J. Rose

and Melinda A. Powell, both of Howd & Ludorf, 65 Wethersfield Avenue, Hartford, CT

06114.

ALAN NEIGHER - ct00134
BYELAS & NEIGHER
Withdrawing Counsel
1804 Post Road East
Westport, CT 06880
203/259-0599

## ORDER

The foregoing Motion to Withdraw Appearance, having been hear, it is hereby

**GRANTED/DENIED**

THE COURT

By:_____

## CERTIFICATION

I certify that a copy of the foregoing was mailed, postage prepaid, this 19th day of December, 2005 to the following:

Dennis G. Ciccarillo, Esq.
Michalik, Bauer, Silvia & Ciccarillo, LLP
35 Pearl Street, Suite 300
New Britain, CT 06051

Alexandria L. Voccio, Esq.
Daniel C. DeMerchant, Esq.
Melinda A. Powell, Esq.
Michael J. Rose, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

J. William Gagne, Jr., Esq.
Kimberly Ann Cuneo, Esq.
J. William Gagne & Associates
970 Farmingto Avenue, Suite 207
West Hartford, CT 06107

_____
ALAN NEIGHER