UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD MALLETT

v  CASE NO. 3:01CV1137 (AHN)

TOWN OF PLAINVILLE,
JOHN BOHENKO, ROBERT
JACKSON, SHIRLEY OSLE,
ROBERT JAHN, DONALD
BECKER, JAMES KAINE,
MICHAEL CONKLIN,
BUTCH PARADIS, STEVEN
CLARK, JANET MARINEAU,
AMERICAN FEDERATION OF
STATE, COUNTY AND MUNICIPAL
EMPLOYEES

## JUDGMENT

This matter came on before the Honorable Alan H. Nevas, Senior United States District Judge, as a result of defendants' motions for summary judgment.

The Court heard oral argument on July 27, 2005 and has reviewed all of the papers filed in conjunction with the motions. On April 4, 2006 a Corrected Ruling on Motions for Summary Judgment was entered by the Court granting defendants' motions.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 6th day of April 2006.

KEVIN F. ROWE, CLERK

By ___/s/ Alice Montz___
Deputy Clerk

Entered on Docket _____